Exhibit 5 - ManageEngine under Claim 1 of US 10,873,595

| Claim 1 Elements | Applicability |
|---|---|
| A method, comprising:<br><br>at at least one server:<br><br>identifying first vulnerability information utilizing second vulnerability information that is used to identify a plurality of potential vulnerabilities, the first vulnerability information being identified by: | ManageEngine, when in operation, practices *a method, comprising: at at least one server* (e.g., one or more servers that includes, accesses, and/or serves ManageEngine, etc.)*: identifying first vulnerability information* (e.g., a smaller "sub-set" of actual vulnerabilities relevant to a particular operating system/application/version thereof, and/or associated information including, but not limited to information describing (and/or related to) the actual vulnerabilities themselves, information describing (and/or related to) endpoints that contain the particular operating system/application/version thereof, information describing (and/or related to) policy/detection/remediation techniques for addressing the actual vulnerabilities relevant to the particular operating system/application/version thereof including signature/rule/configuration/setting/policy updates for anti-virus/intrusion-detection-system (IDS)/firewall/other engine or feature software, where such vulnerabilities each include a security weakness, gap, or flaw that could be exploited by an attack or threat, etc.) *utilizing second vulnerability information* (e.g., a larger "super-set" list of possible vulnerabilities relevant to different operating systems/applications/versions thereof, and/or associated information including, but not limited to information describing (and/or related to) the possible vulnerabilities themselves, information describing (and/or related to) the different operating systems/applications/versions thereof, information describing (and/or related to) policy/detection/remediation techniques for addressing the potential vulnerabilities relevant to the different operating systems/applications/versions thereof including signature/rule/configuration/setting/policy updates for anti-virus/intrusion-detection-system (IDS)/firewall/other engine or feature software, where such vulnerabilities each include a security weakness, gap, or flaw that could be exploited by an attack or threat, etc.) *that is used to identify a plurality of potential vulnerabilities* (e.g., possible vulnerabilities relevant to different operating systems/applications/versions thereof, etc.)*, the first vulnerability information being identified by:*<br><br>**<u>Note</u>**: See, for example, the evidence below (emphasis added, if any): |

Exhibit 5 - ManageEngine under Claim 1 of US 10,873,595

<table>
<tr>
<td></td>
<td>

## Enterprise vulnerability management software

Vulnerability Manager Plus is a multi-OS vulnerability management and compliance solution that offers built-in remediation. It is an end-to-end vulnerability management tool delivering comprehensive coverage, continual visibility, rigorous assessment, and integral remediation of threats and vulnerabilities, from a single console. Whether your endpoints are on your local network, in a DMZ (demilitarized zone) network, at a remote location, or on the move, Vulnerability Manager Plus is the go-to solution to empower your distributed workforce with safe working conditions. Learn how to perform step-by-step vulnerability management in your enterprise with Vulnerability Manager Plus.

**Scan**

Scan and discover exposed areas of all your local and remote office endpoints as well as roaming devices.

**Assess**

Leverage attacker-based analytics, and prioritize areas that are more likely to be exploited by an attacker.

**Manage**

Mitigate the exploitation of security loopholes that exist in your network and prevent further loopholes from developing.

https://www.manageengine.com/vulnerability-management/?pos=EndpointCentral&loc=ProdMenu&cat=UEMS

</td>
</tr>
</table>

| | Comprehensive vulnerability scanning<br><br>Eliminating blind spots is the basis of successful vulnerability management. To achieve this, Vulnerability Manager Plus:<br><br>• Detects known or emerging vulnerabilities across all your network endpoints, including workstations, laptops, servers, web servers, databases, virtual machines, and content management systems.<br>• Offers continuous visibility into your endpoints, whether they are located at the local office, in a demilitarized zone, at a remote location, or always on the move.<br>• Extends your visibility beyond just vulnerabilities and identifies misconfigurations, high-risk software, active ports, and much more.<br><br>https://www.manageengine.com/vulnerability-management/vulnerability-scanner.html<br><br>Firewall Analyzer is a firewall administration software, that helps in administering firewall rules and policies into multiple firewalls. The firewall rule automation ensures that firewall rules are pushed into the device seamlessly, avoiding errors and oversight. This firewall administration tool is capable of making the following changes.<br><br>• Add, modify, and delete network and service objects<br>• Add, modify, and delete firewall rules<br>• Analyze the implications of proposed firewall rule changes<br>• Push changes directly to the firewall<br><br>Refer the 'Firewall Rule Administration' page for more details.<br><br>Firewall Analyzer is an efficient firewall rule and policy management tool that helps you gain visibility on all firewall rules, optimize firewall rules, and remove rule anomalies. It provides rule management reports for most major firewall devices including Cisco, FortiGate, WatchGuard, and Check Point.<br><br>https://www.manageengine.com/products/firewall/firewall-rule-management.html |
|---|---|

Exhibit 5 - ManageEngine under Claim 1 of US 10,873,595



https://www.manageengine.com/patch-management/help/automate-patch-deployment-task.html

| | |
|---|---|
| identifying at least one operating system of a plurality of devices, and | ManageEngine, when in operation, practices a method for *identifying at least one operating system* (e.g., a Windows, Mac, Linux, and/or Android operating system, etc., or an application/version thereof, etc.) *of a plurality of devices* (e.g., Windows or Mac endpoints, etc.), *and*<br><br>**Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any):<br><br>While you focus on what matters the most, let Vulnerability Manager Plus' built-in patching module regularly clean up the vulnerabilities in your network by automating the entire cycle of patching—including missing patch detection, download, testing, and deployment—to Windows, Mac, Linux, and over 300 third-party applications. The comprehensive patching functionality enables you to choose the criteria of patches to be automated, specific target machines/custom groups to be patched, flexible deployment policies, patch testing, and approval as well as deployment schedules based on your business requirements. What's more, you can use pre-built Patch Tuesday-based deployment policies to synchronize your patching with monthly Patch Tuesdays, and more. Explore the exhaustive capabilities of Vulnerability Manager Plus' automated patch management.<br><br>https://www.manageengine.com/vulnerability-management/vulnerability-assessment-process.html |
| based on the at least one operating system, identifying at least one of the plurality of potential vulnerabilities as an actual vulnerability of a plurality of actual vulnerabilities of the at least one operating system to which the plurality of devices is actually vulnerable; and | ManageEngine, when in operation, practices a method for, *based on the at least one operating system* (e.g., the Windows, Mac, Linux, and/or Android operating system, etc., or an application/version thereof, etc.), *identifying at least one of the plurality of potential vulnerabilities* (e.g., the possible vulnerabilities relevant to different operating systems/applications/versions thereof, etc.) *as an actual vulnerability of a plurality of actual vulnerabilities* (e.g., a subset of the possible vulnerabilities that is relevant to the identified at least one operating system, etc.) *of the at least one operating system to which the plurality of devices* (e.g., Windows or Mac endpoints, etc.) *is actually vulnerable; and* |

| | **Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any):<br><br>How to automate your organization's patch management schedule?<br><br>It's safe to assume that vulnerabilities are a constant threat to the network. Manual intervention is required to accurately assess and address the high profile vulnerabilities consistently. But given the rate at which new vulnerabilities surface, manually it's both easy to overlook certain critical vulnerabilities, as well difficult to reduce the total number of unpatched vulnerabilities in your network.<br><br>While you focus on what matters the most, let Vulnerability Manager Plus' built-in patching module regularly clean up the vulnerabilities in your network by automating the entire cycle of patching—including missing patch detection, download, testing, and deployment—to Windows, Mac, Linux, and over 300 third-party applications. The comprehensive patching functionality enables you to choose the criteria of patches to be automated, specific target machines/custom groups to be patched, flexible deployment policies, patch testing, and approval as well as deployment schedules based on your business requirements. What's more, you can use pre-built Patch Tuesday-based deployment policies to synchronize your patching with monthly Patch Tuesdays, and more. Explore the exhaustive capabilities of Vulnerability Manager Plus' automated patch management.<br><br>https://www.manageengine.com/vulnerability-management/vulnerability-assessment-process.html |
|---|---|

| | |
|---|---|
| | Firewall Analyzer is a firewall administration software, that helps in administering firewall rules and policies into multiple firewalls. The firewall rule automation ensures that firewall rules are pushed into the device seamlessly, avoiding errors and oversight. This firewall administration tool is capable of making the following changes.<br><br>• Add, modify, and delete network and service objects<br>• Add, modify, and delete firewall rules<br>• Analyze the implications of proposed firewall rule changes<br>• Push changes directly to the firewall<br><br>Refer the 'Firewall Rule Administration' page for more details.<br><br>Firewall Analyzer is an efficient firewall rule and policy management tool that helps you gain visibility on all firewall rules, optimize firewall rules, and remove rule anomalies. It provides rule management reports for most major firewall devices including Cisco, FortiGate, WatchGuard, and Check Point.<br><br>https://www.manageengine.com/products/firewall/firewall-rule-management.html |

Exhibit 5 - ManageEngine under Claim 1 of US 10,873,595



https://www.manageengine.com/patch-management/help/automate-patch-deployment-task.html

| | |
|---|---|
| communicating, from the at least one server and to at least one of the plurality of devices over at least one network, the first vulnerability information, the first vulnerability information corresponding with the actual vulnerabilities of the at least one operating system of the at least one device, and excluding at least a portion of the second vulnerability information that does not correspond with the actual vulnerabilities of the at least one operating system of the at least one device; | ManageEngine, when in operation, practices a method for *communicating, from the at least one server* (e.g., the one or more servers that includes, accesses, and/or serves ManageEngine, etc.) *and to at least one of the plurality of devices* (e.g., Windows or Mac endpoints, etc.) *over at least one network, the first vulnerability information* (e.g., the smaller "sub-set" of actual vulnerabilities relevant to a particular operating system/application/version thereof, and/or any of the associated information mentioned earlier, etc.)*, the first vulnerability information corresponding with the actual vulnerabilities* (e.g., the subset of the possible vulnerabilities that is relevant to the identified at least one operating system, etc.) *of the at least one operating system* (e.g.*,* the Windows, Mac, Linux, and/or Android operating system, etc., or an application/version thereof, etc.) *of the at least one device, and excluding at least a portion of the second vulnerability information* (e.g., the larger "super-set" list of possible vulnerabilities relevant to different operating systems/applications/versions thereof, and/or any of the associated information mentioned earlier, etc.) *that does not correspond with the actual vulnerabilities of the at least one operating system of the at least one device;*<br><br>**<u>Note</u>**: See, for example, the evidence above (where applicable) and below (emphasis added, if any): |

Exhibit 5 - ManageEngine under Claim 1 of US 10,873,595

## How can I access drilled-down information on vulnerabilities in individual systems?

Clicking on a system takes you to a drilled-down view that clusters vulnerabilities of the system into three major categories:



- The Software Vulnerabilities section enumerates vulnerabilities in the OS and third-party applications installed on the system.

- The Server Vulnerabilities section displays vulnerabilities in web servers, databases, or content management software installed on the system, if any.

- The Zero-day Vulnerabilities section displays the actively exploited and publicly disclosed vulnerabilities affecting the system.

https://www.manageengine.com/vulnerability-management/vulnerability-assessment.html

| | |
|---|---|
| | <br>https://www.manageengine.com/patch-management/help/automate-patch-deployment-task.html |
| at the at least one device: | ManageEngine, when in operation, practices a method for, *at the at least one device* (e.g., one of the Windows or Mac endpoints, etc.)*: receiving, from the at least one server* (e.g., the one or |

| | |
|---|---|
| receiving, from the at least one server over the at least one network, the first vulnerability information; | more servers that includes, accesses, and/or serves ManageEngine, etc.) *over the at least one network, the first vulnerability information* (e.g., the smaller "sub-set" of actual vulnerabilities relevant to a particular operating system/application/version thereof, and/or any of the associated information mentioned earlier, etc.)*;*<br><br>**Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any): |

Exhibit 5 - ManageEngine under Claim 1 of US 10,873,595

## How can I access drilled-down information on vulnerabilities in individual systems?

Clicking on a system takes you to a drilled-down view that clusters vulnerabilities of the system into three major categories:



- The Software Vulnerabilities section enumerates vulnerabilities in the OS and third-party applications installed on the system.

- The Server Vulnerabilities section displays vulnerabilities in web servers, databases, or content management software installed on the system, if any.

- The Zero-day Vulnerabilities section displays the actively exploited and publicly disclosed vulnerabilities affecting the system.

https://www.manageengine.com/vulnerability-management/vulnerability-assessment.html

Exhibit 5 - ManageEngine under Claim 1 of US 10,873,595

| | |
|---|---|
| | <br>https://www.manageengine.com/patch-management/help/automate-patch-deployment-task.html |

| | |
|---|---|
| identifying a first portion of the first vulnerability information that includes data inspection-related information that corresponds with at least one of the actual vulnerabilities of the at least one operating system of the at least one device, and that excludes other data inspection-related information of the second vulnerability information that does not correspond with the actual vulnerabilities of the at least one operating system of the at least one device; | ManageEngine, when in operation, practices a method for *identifying a first portion of the first vulnerability information* (e.g., the smaller "sub-set" of actual vulnerabilities relevant to a particular operating system/application/version thereof, and/or any of the associated information mentioned earlier, etc.) *that includes data inspection-related information* (e.g., signature/rule/configuration/setting/policy updates (and/or any of the associated information mentioned earlier) for anti-virus software, another data inspection-related engine or feature, etc.) *that corresponds with at least one of the actual vulnerabilities* (e.g., the subset of the possible vulnerabilities that is relevant to the identified at least one operating system, etc.) *of the at least one operating system* (e.g., the Windows, Mac, Linux, and/or Android operating system, etc., or an application/version thereof, etc.) *of the at least one device* (e.g., one of the Windows or Mac endpoints, etc.)*, and that excludes other data inspection-related information of the second vulnerability information* (e.g., the larger "super-set" list of possible vulnerabilities relevant to different operating systems/applications/versions thereof, and/or any of the associated information mentioned earlier, etc.) *that does not correspond with the actual vulnerabilities of the at least one operating system of the at least one device;*<br><br>**<u>Note</u>**: See, for example, the evidence above (where applicable) and below (emphasis added, if any): |

<table>
<tr>
<td></td>
<td>Attackers have a good idea of what works and what doesn't, so you need to learn, too. In addition to CVSS, Vulnerability Manager Plus sheds light on risk factors such as the availability of exploits, vulnerability age, affected asset count, CVE impact type, and patch availability to help triage exploitable and impactful vulnerabilities. What's more, you can directly search for the CVE IDs you're looking for or filter them to focus on high-impact vulnerabilities.<br>
<br>
Vulnerability Manager Plus also features a security news feed that's continually updated with articles on recent vulnerabilities that attackers are discussing, experimenting with, or using, along with current exploits circulating in the wild.<br>
To top it all off, a dedicated zero-day view grants instant visibility into actively exploited and publicly disclosed vulnerabilities.<br>
https://www.manageengine.com/vulnerability-management/vulnerability-assessment.html</td>
</tr>
<tr>
<td>identifying a first event of a plurality of events in connection with the at least one device;</td>
<td>ManageEngine, when in operation, practices a method for identifying a first event (e.g., a first discrete incident that triggers the anti-virus software, the another data inspection-related engine or feature, etc.) of a plurality of events in connection with the at least one device (e.g., one of the Windows or Mac endpoints, etc.); causing a determination that the at least one of the actual vulnerabilities (e.g., the subset of the possible vulnerabilities that is relevant to the identified at</td>
</tr>
</table>

| | |
|---|---|
| causing a determination that the at least one of the actual vulnerabilities corresponding with the data inspection-related information is susceptible to being taken advantage of by the first event identified in connection with the at least one device, utilizing the data inspection-related information;<br><br>identifying a second event of the plurality of events in connection with the at least one device;<br><br>causing a determination that the at least one of the actual vulnerabilities corresponding with the data inspection-related information is not susceptible to being taken advantage of by the second event identified in connection with the at least one device, utilizing the data inspection-related information; | least one operating system, etc.) *corresponding with the data inspection-related information* (e.g., the signature/rule/configuration/setting/policy updates (and/or any of the associated information mentioned earlier) for anti-virus software, another data inspection-related engine or feature, etc.) *is susceptible to being taken advantage of by the first event identified in connection with the at least one device, utilizing the data inspection-related information; identifying a second event* (e.g., a second discrete incident that does not trigger the anti-virus software, the another data inspection-related engine or feature, etc.) *of the plurality of events in connection with the at least one device; causing a determination that the at least one of the actual vulnerabilities corresponding with the data inspection-related information is not susceptible to being taken advantage of by the second event identified in connection with the at least one device, utilizing the data inspection-related information;*<br><br>**Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any): |

Attackers have a good idea of what works and what doesn't, so you need to learn, too. In addition to CVSS, Vulnerability Manager Plus sheds light on risk factors such as the availability of exploits, vulnerability age, affected asset count, CVE impact type, and patch availability to help triage exploitable and impactful vulnerabilities. What's more, you can directly search for the CVE IDs you're looking for or filter them to focus on high-impact vulnerabilities.

Vulnerability Manager Plus also features a security news feed that's continually updated with articles on recent vulnerabilities that attackers are discussing, experimenting with, or using, along with current exploits circulating in the wild.

To top it all off, a dedicated zero-day view grants instant visibility into actively exploited and publicly disclosed vulnerabilities.

https://www.manageengine.com/vulnerability-management/vulnerability-assessment.html

Exhibit 5 - ManageEngine under Claim 1 of US 10,873,595



## How can I view the complete list of CVEs affecting my endpoints?

Vulnerability Manager Plus boasts a dedicated Detected CVEs view that lists all the CVEs affecting your network endpoints. All you have to do is select the desired CVEs then click Fix CVE to instantly create a patch deployment task in all the affected machines.



https://www.manageengine.com/vulnerability-management/vulnerability-assessment.html

| | |
|---|---|
| | How to automate your organization's patch management schedule?<br><br>It's safe to assume that vulnerabilities are a constant threat to the network. Manual intervention is required to accurately assess and address the high profile vulnerabilities consistently. But given the rate at which new vulnerabilities surface, manually it's both easy to overlook certain critical vulnerabilities, as well difficult to reduce the total number of unpatched vulnerabilities in your network.<br><br>While you focus on what matters the most, let Vulnerability Manager Plus' built-in patching module regularly clean up the vulnerabilities in your network by automating the entire cycle of patching—including missing patch detection, download, testing, and deployment—to Windows, Mac, Linux, and over 300 third-party applications. The comprehensive patching functionality enables you to choose the criteria of patches to be automated, specific target machines/custom groups to be patched, flexible deployment policies, patch testing, and approval as well as deployment schedules based on your business requirements. What's more, you can use pre-built Patch Tuesday-based deployment policies to synchronize your patching with monthly Patch Tuesdays, and more. Explore the exhaustive capabilities of Vulnerability Manager Plus' automated patch management.<br><br>https://www.manageengine.com/vulnerability-management/vulnerability-assessment-process.html |
| identifying a second portion of the first vulnerability information that includes traffic inspection-related information that corresponds with at least one of the actual vulnerabilities of the at least one operating system of the at least one device, and that excludes other | ManageEngine, when in operation, practices a method for *identifying a second portion of the first vulnerability information* (e.g., the smaller "sub-set" of actual vulnerabilities relevant to a particular operating system/application/version thereof, and/or any of the associated information mentioned earlier, etc.) *that includes traffic inspection-related information* (e.g., signature/rule/configuration/setting/policy updates (and/or any of the associated information mentioned earlier) for intrusion-detection software, another traffic inspection-related engine or feature, etc.) *that corresponds with at least one of the actual vulnerabilities* (e.g., the subset of the possible vulnerabilities that is relevant to the identified at least one operating system, etc.) *of the at least one operating system* (e.g., the Windows, Mac, Linux, and/or Android operating |

| | |
|---|---|
| traffic inspection-related information of the second vulnerability information that does not correspond with the actual vulnerabilities of the at least one operating system of the at least one device; | system, etc., or an application/version thereof, etc.) *of the at least one device* (e.g., one of the Windows or Mac endpoints, etc.)*, and that excludes other traffic inspection-related information of the second vulnerability information* (e.g., the larger "super-set" list of possible vulnerabilities relevant to different operating systems/applications/versions thereof, and/or any of the associated information mentioned earlier, etc.) *that does not correspond with the actual vulnerabilities of the at least one operating system of the at least one device;*<br><br>**Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any):<br><br>Firewall Analyzer is a firewall administration software, that helps in administering firewall rules and policies into multiple firewalls. The firewall rule automation ensures that firewall rules are pushed into the device seamlessly, avoiding errors and oversight. This firewall administration tool is capable of making the following changes.<br><br>• Add, modify, and delete network and service objects<br>• Add, modify, and delete firewall rules<br>• Analyze the implications of proposed firewall rule changes<br>• Push changes directly to the firewall<br><br>Refer the 'Firewall Rule Administration' page for more details.<br><br>Firewall Analyzer is an efficient firewall rule and policy management tool that helps you gain visibility on all firewall rules, optimize firewall rules, and remove rule anomalies. It provides rule management reports for most major firewall devices including Cisco, FortiGate, WatchGuard, and Check Point.<br>https://www.manageengine.com/products/firewall/firewall-rule-management.html |

Exhibit 5 - ManageEngine under Claim 1 of US 10,873,595



1. **Adding, modifying, and deleting network and service objects:**

You can create any network or service object using Firewall Analyzer, and push these new objects to your firewall device. Firewall Analyzer also fetches the existing set of objects in the firewall and you can modify or delete.

2. **Adding, modifying, and deleting firewall rules:**

Firewall Analyzer fetches rules and configurations from your firewall device using an API or a command line interface (CLI). These rules can be either deleted or modified, or you can create new rules that can be pushed to the respective firewall device.

| | |
|---|---|
| | https://www.manageengine.com/products/firewall/firewall-rule-administration.html |
| identifying a third event of the plurality of events in connection with the at least one device;<br><br>causing a determination that the at least one of the actual vulnerabilities corresponding with the traffic inspection-related information is susceptible to being taken advantage of by the third event identified in connection with the at least one device, utilizing the traffic inspection-related information;<br><br>identifying a fourth event of the plurality of events in connection with the at least one device;<br><br>causing a determination that the at least one of the actual vulnerabilities corresponding with the traffic inspection-related information is not susceptible to being taken advantage of by the fourth event identified in connection with the at least one device, | ManageEngine, when in operation, practices a method for *identifying a third event* (e.g., a third discrete incident that triggers the intrusion detection software, the another traffic inspection-related engine or feature, etc.) *of the plurality of events in connection with the at least one device* (e.g., one of the Windows or Mac endpoints, etc.)*; causing a determination that the at least one of the actual vulnerabilities* (e.g., the subset of the possible vulnerabilities that is relevant to the identified at least one operating system, etc.) *corresponding with the traffic inspection-related information* (e.g., signature/rule/configuration/setting/policy updates (and/or any of the associated information mentioned earlier) for intrusion detection software, the another traffic inspection-related engine or feature, etc.) *is susceptible to being taken advantage of by the third event identified in connection with the at least one device, utilizing the traffic inspection-related information; identifying a fourth event* (e.g., a fourth discrete incident that does <u>not</u> trigger the intrusion detection software, the another traffic inspection-related engine or feature, etc.) *of the plurality of events in connection with the at least one device; causing a determination that the at least one of the actual vulnerabilities corresponding with the traffic inspection-related information is not susceptible to being taken advantage of by the fourth event identified in connection with the at least one device, utilizing the traffic inspection-related information;*<br><br>**<u>Note</u>**: See, for example, the evidence above (where applicable) and below (emphasis added, if any): |

| | |
|---|---|
| utilizing the traffic inspection-related information; | Firewall Analyzer is a firewall administration software, that helps in administering firewall rules and policies into multiple firewalls. The firewall rule automation ensures that firewall rules are pushed into the device seamlessly, avoiding errors and oversight. This firewall administration tool is capable of making the following changes.<br><br>• Add, modify, and delete network and service objects<br>• Add, modify, and delete firewall rules<br>• Analyze the implications of proposed firewall rule changes<br>• Push changes directly to the firewall<br><br>Refer the 'Firewall Rule Administration' page for more details.<br><br>Firewall Analyzer is an efficient firewall rule and policy management tool that helps you gain visibility on all firewall rules, optimize firewall rules, and remove rule anomalies. It provides rule management reports for most major firewall devices including Cisco, FortiGate, WatchGuard, and Check Point.<br>https://www.manageengine.com/products/firewall/firewall-rule-management.html |

Exhibit 5 - ManageEngine under Claim 1 of US 10,873,595

1. **Adding, modifying, and deleting network and service objects:**

You can create any network or service object using Firewall Analyzer, and push these new objects to your firewall device. Firewall Analyzer also fetches the existing set of objects in the firewall and you can modify or delete.

2. **Adding, modifying, and deleting firewall rules:**

Firewall Analyzer fetches rules and configurations from your firewall device using an API or a command line interface (CLI). These rules can be either deleted or modified, or you can create new rules that can be pushed to the respective firewall device.

| | https://www.manageengine.com/products/firewall/firewall-rule-administration.html<br><br>Vulnerability Severity Summary<br>Zero-day vulnerabilities<br>Vulnerability Age Matrix<br>Vulnerabilities Over Time<br>High Priority Vulnerabilities<br>Vulnerability Severity Summary: Trust the severity ranking.<br>Low<br>40<br>Moderate<br>34<br>295<br>168<br>Critical<br>53<br>Important<br>Don't dismiss the importance of severity rankings; they're the universal vulnerability risk assessment standard. The Vulnerability Severity Summary helps you track the number of vulnerabilities you need to resolve for each severity level, providing better visibility over how many critical vulnerabilities, like the easily exploitable remote code execution (RCE), elevation of privilege, and wormable vulnerabilities, are left unaddressed in your network.<br>https://www.manageengine.com/vulnerability-management/vulnerability-assessment.html |
|---|---|

<table>
<tr>
<td></td>
<td>Attackers have a good idea of what works and what doesn't, so you need to learn, too. In addition to CVSS, Vulnerability Manager Plus sheds light on risk factors such as the availability of exploits, vulnerability age, affected asset count, CVE impact type, and patch availability to help triage exploitable and impactful vulnerabilities. What's more, you can directly search for the CVE IDs you're looking for or filter them to focus on high-impact vulnerabilities.<br><br><br><br>Vulnerability Manager Plus also features a security news feed that's continually updated with articles on recent vulnerabilities that attackers are discussing, experimenting with, or using, along with current exploits circulating in the wild.<br><br>To top it all off, a dedicated zero-day view grants instant visibility into actively exploited and publicly disclosed vulnerabilities.<br><br>https://www.manageengine.com/vulnerability-management/vulnerability-assessment.html</td>
</tr>
<tr>
<td>identifying a third portion of the first vulnerability information that includes firewall-related information that corresponds with at least one of the actual vulnerabilities of the at least one</td>
<td>ManageEngine, when in operation, practices a method for identifying a third portion of the first vulnerability information (e.g., the smaller “sub-set” of actual vulnerabilities relevant to a particular operating system/application/version thereof, and/or any of the associated information mentioned earlier, etc.) that includes firewall-related information (e.g., signature/rule/configuration/setting/policy updates (and/or any of the associated information mentioned earlier) for firewall software, firewall-related functionality, and/or any engine or</td>
</tr>
</table>

| | |
|---|---|
| operating system of the at least one device, and that excludes other firewall-related information of the second vulnerability information that does not correspond with the actual vulnerabilities of the at least one operating system of the at least one device; | feature that causes use of the same, etc.) *that corresponds with at least one of the actual vulnerabilities* (e.g., the subset of the possible vulnerabilities that is relevant to the identified at least one operating system, etc.) *of the at least one operating system* (e.g., the Windows, Mac, Linux, and/or Android operating system, etc., or an application/version thereof, etc.) *of the at least one device* (e.g., one of the Windows or Mac endpoints, etc.), *and that excludes other firewall-related information of the second vulnerability information* (e.g., the larger "super-set" list of possible vulnerabilities relevant to different operating systems/applications/versions thereof, and/or any of the associated information mentioned earlier, etc.) *that does not correspond with the actual vulnerabilities of the at least one operating system of the at least one device;*<br><br>**Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any):<br><br>Firewall Analyzer is a firewall administration software, that helps in administering firewall rules and policies into multiple firewalls. The firewall rule automation ensures that firewall rules are pushed into the device seamlessly, avoiding errors and oversight. This firewall administration tool is capable of making the following changes.<br><br>• Add, modify, and delete network and service objects<br>• Add, modify, and delete firewall rules<br>• Analyze the implications of proposed firewall rule changes<br>• Push changes directly to the firewall<br><br>Refer the 'Firewall Rule Administration' page for more details.<br><br>Firewall Analyzer is an efficient firewall rule and policy management tool that helps you gain visibility on all firewall rules, optimize firewall rules, and remove rule anomalies. It provides rule management reports for most major firewall devices including Cisco, FortiGate, WatchGuard, and Check Point.<br>https://www.manageengine.com/products/firewall/firewall-rule-management.html |

Exhibit 5 - ManageEngine under Claim 1 of US 10,873,595

1. **Adding, modifying, and deleting network and service objects:**

You can create any network or service object using Firewall Analyzer, and push these new objects to your firewall device. Firewall Analyzer also fetches the existing set of objects in the firewall and you can modify or delete.

2. **Adding, modifying, and deleting firewall rules:**

Firewall Analyzer fetches rules and configurations from your firewall device using an API or a command line interface (CLI). These rules can be either deleted or modified, or you can create new rules that can be pushed to the respective firewall device.

Exhibit 5 - ManageEngine under Claim 1 of US 10,873,595

https://www.manageengine.com/products/firewall/firewall-rule-administration.html

Vulnerability Severity Summary
Zero-day vulnerabilities
Vulnerability Age Matrix
Vulnerabilities Over Time
High Priority Vulnerabilities
Vulnerability Severity Summary: Trust the severity ranking.
Low
40
Moderate
34
295
168
Critical
53
Important
Don't dismiss the importance of severity rankings; they're the universal vulnerability risk assessment standard. The Vulnerability Severity Summary helps you track the number of vulnerabilities you need to resolve for each severity level, providing better visibility over how many critical vulnerabilities, like the easily exploitable remote code execution (RCE), elevation of privilege, and wormable vulnerabilities, are left unaddressed in your network.

https://www.manageengine.com/vulnerability-management/vulnerability-assessment.html

<table>
<tr>
<td></td>
<td>Attackers have a good idea of what works and what doesn't, so you need to learn, too. In addition to CVSS, Vulnerability Manager Plus sheds light on risk factors such as the availability of exploits, vulnerability age, affected asset count, CVE impact type, and patch availability to help triage exploitable and impactful vulnerabilities. What's more, you can directly search for the CVE IDs you're looking for or filter them to focus on high-impact vulnerabilities.<br><br>Vulnerability Manager Plus also features a security news feed that's continually updated with articles on recent vulnerabilities that attackers are discussing, experimenting with, or using, along with current exploits circulating in the wild.<br><br>To top it all off, a dedicated zero-day view grants instant visibility into actively exploited and publicly disclosed vulnerabilities.<br>https://www.manageengine.com/vulnerability-management/vulnerability-assessment.html</td>
</tr>
<tr>
<td>identifying a fifth event of the plurality of events in connection with the at least one device;</td>
<td>ManageEngine, when in operation, practices a method for identifying a fifth event (e.g., a fifth discrete incident that triggers the firewall software, firewall-related functionality, and/or any engine or feature that causes use of the same, etc.) of the plurality of events in connection with the at least one device (e.g., one of the Windows or Mac endpoints, etc.); causing a determination that the at least one of the actual vulnerabilities (e.g., the subset of the possible</td>
</tr>
</table>

| | |
|---|---|
| causing a determination that the at least one of the actual vulnerabilities corresponding with the firewall-related information is susceptible to being taken advantage of by the fifth event identified in connection with the at least one device, utilizing the firewall-related information;<br><br>identifying a sixth event of the plurality of events in connection with the at least one device; and<br><br>causing a determination that the at least one of the actual vulnerabilities corresponding with the firewall-related information is not susceptible to being taken advantage of by the sixth event identified in connection with the at least one device, utilizing the firewall-related information; and | vulnerabilities that is relevant to the identified at least one operating system, etc.) *corresponding with the firewall-related information* (e.g., signature/rule/configuration/setting/policy updates (and/or any of the associated information mentioned earlier) for firewall software, firewall-related functionality, and/or any engine or feature that causes use of the same, etc.) *is susceptible to being taken advantage of by the fifth event identified in connection with the at least one device, utilizing the firewall-related information; identifying a sixth event* (e.g., a sixth discrete incident that does not trigger the firewall software, firewall-related functionality, and/or any engine or feature that causes use of the same, etc.) *of the plurality of events in connection with the at least one device; and causing a determination that the at least one of the actual vulnerabilities corresponding with the firewall-related information is not susceptible to being taken advantage of by the sixth event identified in connection with the at least one device, utilizing the firewall-related information;*<br><br>**Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any):<br><br>Firewall Analyzer is a firewall administration software, that helps in administering firewall rules and policies into multiple firewalls. The firewall rule automation ensures that firewall rules are pushed into the device seamlessly, avoiding errors and oversight. This firewall administration tool is capable of making the following changes.<br><br>• Add, modify, and delete network and service objects<br>• Add, modify, and delete firewall rules<br>• Analyze the implications of proposed firewall rule changes<br>• Push changes directly to the firewall<br><br>Refer the 'Firewall Rule Administration' page for more details.<br><br>Firewall Analyzer is an efficient firewall rule and policy management tool that helps you gain visibility on all firewall rules, optimize firewall rules, and remove rule anomalies. It provides rule management reports for most major firewall devices including Cisco, FortiGate, WatchGuard, and Check Point.<br><br>https://www.manageengine.com/products/firewall/firewall-rule-management.html |

Exhibit 5 - ManageEngine under Claim 1 of US 10,873,595

| | |
|---|---|

Page 33

Exhibit 5 - ManageEngine under Claim 1 of US 10,873,595



1. **Adding, modifying, and deleting network and service objects:**

You can create any network or service object using Firewall Analyzer, and push these new objects to your firewall device. Firewall Analyzer also fetches the existing set of objects in the firewall and you can modify or delete.

2. **Adding, modifying, and deleting firewall rules:**

Firewall Analyzer fetches rules and configurations from your firewall device using an API or a command line interface (CLI). These rules can be either deleted or modified, or you can create new rules that can be pushed to the respective firewall device.

Exhibit 5 - ManageEngine under Claim 1 of US 10,873,595

| | https://www.manageengine.com/products/firewall/firewall-rule-administration.html<br><br>Vulnerability Severity Summary<br>Zero-day vulnerabilities<br>Vulnerability Age Matrix<br>Vulnerabilities Over Time<br>High Priority Vulnerabilities<br>Vulnerability Severity Summary: Trust the severity ranking.<br>Low<br>40<br>Moderate<br>34<br>295<br>168<br>Critical<br>53<br>Important<br>Don't dismiss the importance of severity rankings; they're the universal vulnerability risk assessment standard. The Vulnerability Severity Summary helps you track the number of vulnerabilities you need to resolve for each severity level, providing better visibility over how many critical vulnerabilities, like the easily exploitable remote code execution (RCE), elevation of privilege, and wormable vulnerabilities, are left unaddressed in your network.<br>https://www.manageengine.com/vulnerability-management/vulnerability-assessment.html |
|---|---|

| | |
|---|---|
| | Attackers have a good idea of what works and what doesn't, so you need to learn, too. In addition to CVSS, Vulnerability Manager Plus sheds light on risk factors such as the availability of exploits, vulnerability age, affected asset count, CVE impact type, and patch availability to help triage exploitable and impactful vulnerabilities. What's more, you can directly search for the CVE IDs you're looking for or filter them to focus on high-impact vulnerabilities.<br><br>Vulnerability Manager Plus also features a security news feed that's continually updated with articles on recent vulnerabilities that attackers are discussing, experimenting with, or using, along with current exploits circulating in the wild.<br><br>To top it all off, a dedicated zero-day view grants instant visibility into actively exploited and publicly disclosed vulnerabilities.<br><br>https://www.manageengine.com/vulnerability-management/vulnerability-assessment.html |
| at at least one administrator computer:<br><br>in response to administrator action, causing setting, before the first and second events, of a | ManageEngine, when in operation, practices a method for, *at at least one administrator computer* (e.g., a machine with a browser or other software for accessing the console, etc.)*: in response to administrator action* (e.g., user input, etc.), *causing setting, before the first and second events, of a first policy* (e.g., a policy for anti-virus software, another data inspection-related engine or feature, etc.) *associated with utilizing the data inspection-related information* (e.g., signature/rule/configuration/setting/policy updates (and/or any of the associated |

| | |
|---|---|
| first policy associated with utilizing the data inspection-related information that is applied to a group including each of the plurality of devices that has the at least one operating system; | information mentioned earlier) for anti-virus software, another data inspection-related engine or feature, etc.) *that is applied to a group including each of the plurality of devices* (e.g., one of the Windows or Mac endpoints, etc.) *that has the at least one operating system* (e.g., the Windows, Mac, Linux, and/or Android operating system, etc., or an application/version thereof, etc.)*;*<br><br>**Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any):<br><br>Firewall Analyzer is a firewall administration software, that helps in administering firewall rules and policies into multiple firewalls. The firewall rule automation ensures that firewall rules are pushed into the device seamlessly, avoiding errors and oversight. This firewall administration tool is capable of making the following changes.<br><br>• Add, modify, and delete network and service objects<br>• Add, modify, and delete firewall rules<br>• Analyze the implications of proposed firewall rule changes<br>• Push changes directly to the firewall<br><br>Refer the 'Firewall Rule Administration' page for more details.<br><br>Firewall Analyzer is an efficient firewall rule and policy management tool that helps you gain visibility on all firewall rules, optimize firewall rules, and remove rule anomalies. It provides rule management reports for most major firewall devices including Cisco, FortiGate, WatchGuard, and Check Point.<br><br>https://www.manageengine.com/products/firewall/firewall-rule-management.html |

Exhibit 5 - ManageEngine under Claim 1 of US 10,873,595

1. **Adding, modifying, and deleting network and service objects:**

You can create any network or service object using Firewall Analyzer, and push these new objects to your firewall device. Firewall Analyzer also fetches the existing set of objects in the firewall and you can modify or delete.

2. **Adding, modifying, and deleting firewall rules:**

Firewall Analyzer fetches rules and configurations from your firewall device using an API or a command line interface (CLI). These rules can be either deleted or modified, or you can create new rules that can be pushed to the respective firewall device.

https://www.manageengine.com/products/firewall/firewall-rule-administration.html

Vulnerability Severity Summary
Zero-day vulnerabilities
Vulnerability Age Matrix
Vulnerabilities Over Time
High Priority Vulnerabilities
Vulnerability Severity Summary: Trust the severity ranking.
Low
40
Moderate
34
295
168
Critical
53
Important
Don't dismiss the importance of severity rankings; they're the universal vulnerability risk assessment standard. The Vulnerability Severity Summary helps you track the number of vulnerabilities you need to resolve for each severity level, providing better visibility over how many critical vulnerabilities, like the easily exploitable remote code execution (RCE), elevation of privilege, and wormable vulnerabilities, are left unaddressed in your network.

https://www.manageengine.com/vulnerability-management/vulnerability-assessment.html

| | |
|---|---|
| | Attackers have a good idea of what works and what doesn't, so you need to learn, too. In addition to CVSS, Vulnerability Manager Plus sheds light on risk factors such as the availability of exploits, vulnerability age, affected asset count, CVE impact type, and patch availability to help triage exploitable and impactful vulnerabilities. What's more, you can directly search for the CVE IDs you're looking for or filter them to focus on high-impact vulnerabilities.<br><br>Vulnerability Manager Plus also features a security news feed that's continually updated with articles on recent vulnerabilities that attackers are discussing, experimenting with, or using, along with current exploits circulating in the wild.<br>To top it all off, a dedicated zero-day view grants instant visibility into actively exploited and publicly disclosed vulnerabilities.<br>https://www.manageengine.com/vulnerability-management/vulnerability-assessment.html |
| in response to administrator action, causing setting, before the third and fourth events, of a second policy associated with utilizing the traffic inspection-related information that is | ManageEngine, when in operation, practices a method for, *in response to administrator action* (e.g., user input, etc.), *causing setting, before the third and fourth events, of a second policy* (e.g., a policy for intrusion-detection software, another traffic inspection-related engine or feature, etc.) *associated with utilizing the traffic inspection-related information* (e.g., signature/rule/configuration/setting/policy updates (and/or any of the associated information mentioned earlier) for intrusion-detection software, another traffic inspection-related engine or |

| | |
|---|---|
| applied the group including each of the plurality of devices that has the at least one operating system; and | feature, etc.) *that is applied the group including each of the plurality of devices* (e.g., the Windows or Mac endpoints, etc.) *that has the at least one operating system* (e.g., the Windows, Mac, Linux, and/or Android operating system, etc., or an application/version thereof, etc.)*; and*<br><br>**Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any):<br><br>Firewall Analyzer is a firewall administration software, that helps in administering firewall rules and policies into multiple firewalls. The firewall rule automation ensures that firewall rules are pushed into the device seamlessly, avoiding errors and oversight. This firewall administration tool is capable of making the following changes.<br><br>• Add, modify, and delete network and service objects<br>• Add, modify, and delete firewall rules<br>• Analyze the implications of proposed firewall rule changes<br>• Push changes directly to the firewall<br><br>Refer the 'Firewall Rule Administration' page for more details.<br><br>Firewall Analyzer is an efficient firewall rule and policy management tool that helps you gain visibility on all firewall rules, optimize firewall rules, and remove rule anomalies. It provides rule management reports for most major firewall devices including Cisco, FortiGate, WatchGuard, and Check Point.<br><br>https://www.manageengine.com/products/firewall/firewall-rule-management.html |

Exhibit 5 - ManageEngine under Claim 1 of US 10,873,595

1. **Adding, modifying, and deleting network and service objects:**

You can create any network or service object using Firewall Analyzer, and push these new objects to your firewall device. Firewall Analyzer also fetches the existing set of objects in the firewall and you can modify or delete.

2. **Adding, modifying, and deleting firewall rules:**

Firewall Analyzer fetches rules and configurations from your firewall device using an API or a command line interface (CLI). These rules can be either deleted or modified, or you can create new rules that can be pushed to the respective firewall device.

Exhibit 5 - ManageEngine under Claim 1 of US 10,873,595

https://www.manageengine.com/products/firewall/firewall-rule-administration.html

Vulnerability Severity Summary
Zero-day vulnerabilities
Vulnerability Age Matrix
Vulnerabilities Over Time
High Priority Vulnerabilities
Vulnerability Severity Summary: Trust the severity ranking.
Low
40
Moderate
34
295
168
Critical
53
Important
Don't dismiss the importance of severity rankings; they're the universal vulnerability risk assessment standard. The Vulnerability Severity Summary helps you track the number of vulnerabilities you need to resolve for each severity level, providing better visibility over how many critical vulnerabilities, like the easily exploitable remote code execution (RCE), elevation of privilege, and wormable vulnerabilities, are left unaddressed in your network.

https://www.manageengine.com/vulnerability-management/vulnerability-assessment.html

<table>
<tr>
<td></td>
<td>Attackers have a good idea of what works and what doesn't, so you need to learn, too. In addition to CVSS, Vulnerability Manager Plus sheds light on risk factors such as the availability of exploits, vulnerability age, affected asset count, CVE impact type, and patch availability to help triage exploitable and impactful vulnerabilities. What's more, you can directly search for the CVE IDs you're looking for or filter them to focus on high-impact vulnerabilities.<br><br>Vulnerability Manager Plus also features a security news feed that's continually updated with articles on recent vulnerabilities that attackers are discussing, experimenting with, or using, along with current exploits circulating in the wild.<br>To top it all off, a dedicated zero-day view grants instant visibility into actively exploited and publicly disclosed vulnerabilities.<br>https://www.manageengine.com/vulnerability-management/vulnerability-assessment.html</td>
</tr>
<tr>
<td>in response to administrator action, causing setting, before the fifth and sixth events, of a third policy associated with utilizing the firewall-related</td>
<td>ManageEngine, when in operation, practices a method for, in response to administrator action (e.g., user input, etc.), causing setting, before the fifth and sixth events, of a third policy (e.g., a policy for firewall software, firewall-related functionality, and/or any engine or feature that causes use of the same, etc.) associated with utilizing the firewall-related information (e.g., signature/rule/configuration/setting/policy updates (and/or any of the associated information</td>
</tr>
</table>

| | |
|---|---|
| information that is applied to the group including each of the plurality of devices that has the at least one operating system. | mentioned earlier) for firewall software, firewall-related functionality, and/or any engine or feature that causes use of the same, etc.) *that is applied to the group including each of the plurality of devices* (e.g., the Windows or Mac endpoints, etc.) *that has the at least one operating system* (e.g., the Windows, Mac, Linux, and/or Android operating system, etc., or an application/version thereof, etc.).<br><br>**Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any):<br><br>Firewall Analyzer is a firewall administration software, that helps in administering firewall rules and policies into multiple firewalls. The firewall rule automation ensures that firewall rules are pushed into the device seamlessly, avoiding errors and oversight. This firewall administration tool is capable of making the following changes.<br><br>• Add, modify, and delete network and service objects<br>• Add, modify, and delete firewall rules<br>• Analyze the implications of proposed firewall rule changes<br>• Push changes directly to the firewall<br><br>Refer the 'Firewall Rule Administration' page for more details.<br><br>Firewall Analyzer is an efficient firewall rule and policy management tool that helps you gain visibility on all firewall rules, optimize firewall rules, and remove rule anomalies. It provides rule management reports for most major firewall devices including Cisco, FortiGate, WatchGuard, and Check Point.<br>https://www.manageengine.com/products/firewall/firewall-rule-management.html |

Exhibit 5 - ManageEngine under Claim 1 of US 10,873,595

1. **Adding, modifying, and deleting network and service objects:**

You can create any network or service object using Firewall Analyzer, and push these new objects to your firewall device. Firewall Analyzer also fetches the existing set of objects in the firewall and you can modify or delete.

2. **Adding, modifying, and deleting firewall rules:**

Firewall Analyzer fetches rules and configurations from your firewall device using an API or a command line interface (CLI). These rules can be either deleted or modified, or you can create new rules that can be pushed to the respective firewall device.



Exhibit 5 - ManageEngine under Claim 1 of US 10,873,595

https://www.manageengine.com/products/firewall/firewall-rule-administration.html

Vulnerability Severity Summary
Zero-day vulnerabilities
Vulnerability Age Matrix
Vulnerabilities Over Time
High Priority Vulnerabilities
Vulnerability Severity Summary: Trust the severity ranking.
Low
40
Moderate
34
295
168
Critical
53
Important
Don't dismiss the importance of severity rankings; they're the universal vulnerability risk assessment standard. The Vulnerability Severity Summary helps you track the number of vulnerabilities you need to resolve for each severity level, providing better visibility over how many critical vulnerabilities, like the easily exploitable remote code execution (RCE), elevation of privilege, and wormable vulnerabilities, are left unaddressed in your network.

https://www.manageengine.com/vulnerability-management/vulnerability-assessment.html

Page 47

Attackers have a good idea of what works and what doesn't, so you need to learn, too. In addition to CVSS, Vulnerability Manager Plus sheds light on risk factors such as the availability of exploits, vulnerability age, affected asset count, CVE impact type, and patch availability to help triage exploitable and impactful vulnerabilities. What's more, you can directly search for the CVE IDs you're looking for or filter them to focus on high-impact vulnerabilities.

Vulnerability Manager Plus also features a security news feed that's continually updated with articles on recent vulnerabilities that attackers are discussing, experimenting with, or using, along with current exploits circulating in the wild.

To top it all off, a dedicated zero-day view grants instant visibility into actively exploited and publicly disclosed vulnerabilities.

https://www.manageengine.com/vulnerability-management/vulnerability-assessment.html