Exhibit 6 - ManageEngine under Claim 10 of US 10,609,063

| Claim 10 Elements | Applicability |
|---|---|
| A non-transitory computer-readable media storing instructions that, when executed by one or more processors, cause the one or more processors to:<br><br>receive first vulnerability information from at least one first data storage that is generated utilizing second vulnerability information from at least one second data storage that is used to identify a plurality of potential vulnerabilities; | ManageEngine includes *a non-transitory computer-readable media* (e.g., platform for deploying a console/agent, etc.) *storing instructions that, when executed by one or more processors, cause the one or more processors to: receive first vulnerability information* (e.g., a smaller "sub-set" of actual vulnerabilities relevant to a particular operating system/application/version thereof, and/or associated information including, but not limited to information describing (and/or related to) the actual vulnerabilities themselves, information describing (and/or related to) endpoints that contain the particular operating system/application/version thereof, information describing (and/or related to) policy/detection/remediation techniques for addressing the actual vulnerabilities relevant to the particular operating system/application/version thereof including signature/rule/configuration/setting/policy updates for anti-virus/intrusion-detection-system (IDS)/firewall/other engine or feature software, where such vulnerabilities each include a security weakness, gap, or flaw that could be exploited by an attack or threat signature/rule/configuration/setting/policy updates anti-virus/intrusion-detection-system (IDS)/firewall/other engine or feature software, etc.) *from at least one first data storage* (e.g., server memory, memory on the at least one device, etc. for storing a repository of the  smaller "sub-set" of actual vulnerabilities (and/or any of the associated information mentioned earlier) relevant to a particular operating system/application/version thereof, etc.) *that is generated utilizing second vulnerability information* (e.g., a larger "super-set" list of possible vulnerabilities relevant to different operating systems/applications/versions thereof, and/or associated information including, but not limited to information describing (and/or related to) the possible vulnerabilities themselves, information describing (and/or related to) the different operating systems/applications/versions thereof, information describing (and/or related to) policy/detection/remediation techniques for addressing the potential vulnerabilities relevant to the different operating systems/applications/versions thereof including signature/rule/configuration/setting/policy updates for anti-virus/intrusion-detection-system (IDS)/firewall/other engine or feature software, where such vulnerabilities each include a security weakness, gap, or flaw that could be exploited by an attack or threat signature/rule/configuration/setting/policy updates anti-virus/intrusion-detection-system (IDS)/firewall/other engine or feature software, etc.) *from at least one second data storage* (e.g., |

Exhibit 6 - ManageEngine under Claim 10 of US 10,609,063

memory other than the aforementioned memory, where the instant memory is for storing a repository of the larger "super-set" list of possible vulnerabilities relevant to different operating systems/applications/versions thereof (and/or any of the associated information mentioned earlier), including, but not limited to, other server memory, and/or a global intelligence database, etc.) *that is used to identify a plurality of potential vulnerabilities* (e.g., possible vulnerabilities relevant to different operating systems/applications/versions thereof, etc.)*;*

**Note**: See, for example, the evidence below (emphasis added, if any):

## Enterprise vulnerability management software

Vulnerability Manager Plus is a multi-OS vulnerability management and compliance solution that offers built-in remediation. It is an end-to-end vulnerability management tool delivering comprehensive coverage, continual visibility, rigorous assessment, and integral remediation of threats and vulnerabilities, from a single console. Whether your endpoints are on your local network, in a DMZ (demilitarized zone) network, at a remote location, or on the move, Vulnerability Manager Plus is the go-to solution to empower your distributed workforce with safe working conditions. Learn how to perform step-by-step vulnerability management in your enterprise with Vulnerability Manager Plus.

| **Scan** | **Assess** | **Manage** |
|---|---|---|
|  |  |  |
| Scan and discover exposed areas of all your local and remote office endpoints as well as roaming devices. | Leverage attacker-based analytics, and prioritize areas that are more likely to be exploited by an attacker. | Mitigate the exploitation of security loopholes that exist in your network and prevent further loopholes from developing. |

https://www.manageengine.com/vulnerability-management/?pos=EndpointCentral&loc=ProdMenu&cat=UEMS

Exhibit 6 - ManageEngine under Claim 10 of US 10,609,063

| |
|---|
| ### Comprehensive vulnerability scanning
Eliminating blind spots is the basis of successful vulnerability management. To achieve this, Vulnerability Manager Plus:

- Detects known or emerging vulnerabilities across all your network endpoints, including workstations, laptops, servers, web servers, databases, virtual machines, and content management systems.
- Offers continuous visibility into your endpoints, whether they are located at the local office, in a demilitarized zone, at a remote location, or always on the move.
- Extends your visibility beyond just vulnerabilities and identifies misconfigurations, high-risk software, active ports, and much more.

https://www.manageengine.com/vulnerability-management/vulnerability-scanner.html

Firewall Analyzer is a firewall administration software, that helps in administering firewall rules and policies into multiple firewalls. The firewall rule automation ensures that firewall rules are pushed into the device seamlessly, avoiding errors and oversight. This firewall administration tool is capable of making the following changes.

- Add, modify, and delete network and service objects
- Add, modify, and delete firewall rules
- Analyze the implications of proposed firewall rule changes
- Push changes directly to the firewall

Refer the 'Firewall Rule Administration' page for more details.

Firewall Analyzer is an efficient firewall rule and policy management tool that helps you gain visibility on all firewall rules, optimize firewall rules, and remove rule anomalies. It provides rule management reports for most major firewall devices including Cisco, FortiGate, WatchGuard, and Check Point.

https://www.manageengine.com/products/firewall/firewall-rule-management.html |

Exhibit 6 - ManageEngine under Claim 10 of US 10,609,063



https://www.manageengine.com/patch-management/help/automate-patch-deployment-task.html

Exhibit 6 - ManageEngine under Claim 10 of US 10,609,063

| | |
|---|---|
| said first vulnerability information generated utilizing the second vulnerability information, by:<br><br>identifying at least one configuration associated with a plurality of devices including a first device, a second device, and a third device, and | ManageEngine includes *said first vulnerability information* (e.g., the smaller "sub-set" of actual vulnerabilities relevant to a particular operating system/application/version thereof, and/or any of the associated information mentioned earlier, etc.) *generated utilizing the second vulnerability information* (e.g., the larger "super-set" list of possible vulnerabilities relevant to different operating systems/applications/versions thereof, and/or any of the associated information mentioned earlier, etc.)*, by: identifying at least one configuration* (e.g., a Windows, Mac, Linux, and/or Android operating system, etc., or an application/version thereof, etc.) *associated with a plurality of devices* (e.g., Windows or Mac endpoints, etc.) *including a first device, a second device, and a third device,* (e.g., a first, second, and third of the Windows or Mac endpoints, etc.) *and*<br><br>**Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any): |

Exhibit 6 - ManageEngine under Claim 10 of US 10,609,063



## What are the 4 steps in vulnerability assessment?

Vulnerability Manager Plus is a well-rounded vulnerability assessment tool that regularly scans your network for vulnerabilities, delivers insights into risk, and helps close the vulnerability management loop instantly with direct remediation from the console.

**Asset discovery**

Detect and manage local and remote endpoints, roaming devices, and closed network (DMZ) mac hines.

**Vulnerability scanning**

Spot all OS vulnerabilities, third-party vulnerabilities, and zero-day vulnerabilities.

**Vulnerability assessment**

Understand the impact of threats, and prioritize vulnerabilities based on severity, age, exploit code disclosure, patch availability, and various infographics for timely risk reduction.

**Vulnerability remediation**

Deploy automatically correlated patches to seal vulnerabilities, and leverage alternative mitigation measures if no patch is available.

https://www.manageengine.com/vulnerability-management/vulnerability-assessment.html

Exhibit 6 - ManageEngine under Claim 10 of US 10,609,063

| | |
|---|---|
| | **│ Comprehensive vulnerability scanning**<br><br>Eliminating blind spots is the basis of successful vulnerability management. To achieve this, Vulnerability Manager Plus:<br><br>• Detects known or emerging vulnerabilities across all your network endpoints, including workstations, laptops, servers, web servers, databases, virtual machines, and content management systems.<br><br>• Offers continuous visibility into your endpoints, whether they are located at the local office, in a demilitarized zone, at a remote location, or always on the move.<br><br>• Extends your visibility beyond just vulnerabilities and identifies misconfigurations, high-risk software, active ports, and much more.<br><br>https://www.manageengine.com/vulnerability-management/vulnerability-scanner.html<br><br>Firewall Analyzer is a firewall administration software, that helps in administering firewall rules and policies into multiple firewalls. The firewall rule automation ensures that firewall rules are pushed into the device seamlessly, avoiding errors and oversight. This firewall administration tool is capable of making the following changes.<br><br>• Add, modify, and delete network and service objects<br>• Add, modify, and delete firewall rules<br>• Analyze the implications of proposed firewall rule changes<br>• Push changes directly to the firewall<br><br>Refer the 'Firewall Rule Administration' page for more details.<br><br>Firewall Analyzer is an efficient firewall rule and policy management tool that helps you gain visibility on all firewall rules, optimize firewall rules, and remove rule anomalies. It provides rule management reports for most major firewall devices including Cisco, FortiGate, WatchGuard, and Check Point.<br><br>https://www.manageengine.com/products/firewall/firewall-rule-management.html |
| determining that the plurality of devices is vulnerable to at least | ManageEngine includes *determining that the plurality of devices* (e.g., Windows or Mac endpoints, etc.) *is vulnerable to at least one accurately identified vulnerability* (e.g., one of a |

Exhibit 6 - ManageEngine under Claim 10 of US 10,609,063

| | |
|---|---|
| one accurately identified vulnerability based on the identified at least one configuration, utilizing the second vulnerability information that is used to identify the plurality of potential vulnerabilities; | subset of the possible vulnerabilities that is relevant to the identified at least one operating system, etc.) *based on the identified at least one configuration* (e.g., the Windows, Mac, Linux, and/or Android operating system, etc., or an application/version thereof, etc.)*, utilizing the second vulnerability information* (e.g., the larger "super-set" list of possible vulnerabilities relevant to different operating systems/applications/versions thereof, and/or any of the associated information mentioned earlier, etc.) *that is used to identify the plurality of potential vulnerabilities* (e.g., possible vulnerabilities relevant to different operating systems/applications/versions thereof, etc.)*;*<br><br>**Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any): |

Exhibit 6 - ManageEngine under Claim 10 of US 10,609,063



Don't dismiss the importance of severity rankings; they're the universal vulnerability risk assessment standard. The Vulnerability Severity Summary helps you track the number of vulnerabilities you need to resolve for each severity level, providing better visibility over how many critical vulnerabilities, like the easily exploitable remote code execution (RCE), elevation of privilege, and wormable vulnerabilities, are left unaddressed in your network.

https://www.manageengine.com/vulnerability-management/vulnerability-assessment.html

Exhibit 6 - ManageEngine under Claim 10 of US 10,609,063



https://www.manageengine.com/patch-management/help/automate-patch-deployment-task.html

Exhibit 6 - ManageEngine under Claim 10 of US 10,609,063

|  | While you focus on what matters the most, let Vulnerability Manager Plus' built-in patching module regularly clean up the vulnerabilities in your network by automating the entire cycle of patching—including missing patch detection, download, testing, and deployment—to Windows, Mac, Linux, and over 300 third-party applications. The comprehensive patching functionality enables you to choose the criteria of patches to be automated, specific target machines/custom groups to be patched, flexible deployment policies, patch testing, and approval as well as deployment schedules based on your business requirements. What's more, you can use pre-built Patch Tuesday-based deployment policies to synchronize your patching with monthly Patch Tuesdays, and more. Explore the exhaustive capabilities of Vulnerability Manager Plus' automated patch management.<br><br>https://www.manageengine.com/vulnerability-management/vulnerability-assessment-process.html |
|---|---|

Exhibit 6 - ManageEngine under Claim 10 of US 10,609,063



**1. Adding, modifying, and deleting network and service objects:**

You can create any network or service object using Firewall Analyzer, and push these new objects to your firewall device. Firewall Analyzer also fetches the existing set of objects in the firewall and you can modify or delete.

**2. Adding, modifying, and deleting firewall rules:**

Firewall Analyzer fetches rules and configurations from your firewall device using an API or a command line interface (CLI). These rules can be either deleted or modified, or you can create new rules that can be pushed to the respective firewall device.

Exhibit 6 - ManageEngine under Claim 10 of US 10,609,063

| | |
|---|---|
| | https://www.manageengine.com/products/firewall/firewall-rule-administration.html |
| display information that is based on the first vulnerability information; | ManageEngine is designed to *display information* (e.g., policy interface, other display of the first vulnerability information or information based thereon, including, but not limited to, alerts, etc.) *that is based on the first vulnerability information* (e.g., the smaller "sub-set" of actual vulnerabilities relevant to a particular operating system/application/version thereof, and/or any of the associated information mentioned earlier, etc.)*;*

**Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any): |

Exhibit 6 - ManageEngine under Claim 10 of US 10,609,063

### 1. Adding, modifying, and deleting network and service objects:

You can create any network or service object using Firewall Analyzer, and push these new objects to your firewall device. Firewall Analyzer also fetches the existing set of objects in the firewall and you can modify or delete.

### 2. Adding, modifying, and deleting firewall rules:

Firewall Analyzer fetches rules and configurations from your firewall device using an API or a command line interface (CLI). These rules can be either deleted or modified, or you can create new rules that can be pushed to the respective firewall device.



Exhibit 6 - ManageEngine under Claim 10 of US 10,609,063

| | https://www.manageengine.com/products/firewall/firewall-rule-administration.html |
|---|---|
| cause utilization of different occurrence mitigation actions of diverse occurrence mitigation types, including a firewall-based occurrence mitigation type and an intrusion mitigation system-based occurrence mitigation type, across the plurality of devices for occurrence mitigation by preventing advantage being taken of accurately identified vulnerabilities utilizing the different occurrence mitigation actions of the diverse occurrence mitigation types across the plurality of devices; and | ManageEngine is designed to *cause utilization of different occurrence mitigation actions of diverse occurrence mitigation types* (e.g., firewall, intrusion detection or prevention system, virus scanner, and/or any other different-type/agent-supported mitigation technique(s), etc.)*, including a firewall-based occurrence mitigation type* (e.g., a first mitigation type relevant to a firewall, etc.) *and an intrusion mitigation system-based occurrence mitigation type* (e.g., a second mitigation type relevant to another one of the intrusion detection or prevention system, virus scanner, and/or any other different-type/agent-supported mitigation technique(s), etc.)*, across the plurality of devices* (e.g., Windows or Mac endpoints, etc.) *for occurrence mitigation by preventing advantage being taken of accurately identified vulnerabilities* (e.g., the subset of the possible vulnerabilities that is relevant to the identified at least one operating system, etc.) *utilizing the different occurrence mitigation actions of the diverse occurrence mitigation types across the plurality of devices; and* <br><br> **Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any): |

Exhibit 6 - ManageEngine under Claim 10 of US 10,609,063

| | |
|---|---|
| | ## How to automate your organization's patch management schedule?<br><br>It's safe to assume that vulnerabilities are a constant threat to the network. Manual intervention is required to accurately assess and address the high profile vulnerabilities consistently. But given the rate at which new vulnerabilities surface, manually it's both easy to overlook certain critical vulnerabilities, as well difficult to reduce the total number of unpatched vulnerabilities in your network.<br><br>While you focus on what matters the most, let Vulnerability Manager Plus' built-in patching module regularly clean up the vulnerabilities in your network by automating the entire cycle of patching—including missing patch detection, download, testing, and deployment—to Windows, Mac, Linux, and over 300 third-party applications. The comprehensive patching functionality enables you to choose the criteria of patches to be automated, specific target machines/custom groups to be patched, flexible deployment policies, patch testing, and approval as well as deployment schedules based on your business requirements. What's more, you can use pre-built Patch Tuesday-based deployment policies to synchronize your patching with monthly Patch Tuesdays, and more. Explore the exhaustive capabilities of Vulnerability Manager Plus' automated patch management.<br><br>https://www.manageengine.com/vulnerability-management/vulnerability-assessment-process.html |

Exhibit 6 - ManageEngine under Claim 10 of US 10,609,063

<table>
<tr>
<td></td>
<td>

Firewall Analyzer is a firewall administration software, that helps in administering firewall rules and policies into multiple firewalls. The firewall rule automation ensures that firewall rules are pushed into the device seamlessly, avoiding errors and oversight. This firewall administration tool is capable of making the following changes.

- Add, modify, and delete network and service objects
- Add, modify, and delete firewall rules
- Analyze the implications of proposed firewall rule changes
- Push changes directly to the firewall

Refer the 'Firewall Rule Administration' page for more details.

Firewall Analyzer is an efficient firewall rule and policy management tool that helps you gain visibility on all firewall rules, optimize firewall rules, and remove rule anomalies. It provides rule management reports for most major firewall devices including Cisco, FortiGate, WatchGuard, and Check Point.

https://www.manageengine.com/products/firewall/firewall-rule-management.html

</td>
</tr>
</table>

Exhibit 6 - ManageEngine under Claim 10 of US 10,609,063



https://www.manageengine.com/patch-management/help/automate-patch-deployment-task.html

| | |
|---|---|
| receive an indication that an occurrence has been identified | ManageEngine is designed to *receive an indication that an occurrence* (e.g., a discrete incident that triggers at least one of the anti-virus, intrusion detection, firewall-related functionality, |

Exhibit 6 - ManageEngine under Claim 10 of US 10,609,063

| in connection with at least one of the plurality of devices utilizing one or more monitors; | and/or any engine or feature, etc.) *has been identified in connection with at least one of the plurality of devices* (e.g., one of the Windows or Mac endpoints, etc.) *utilizing one or more monitors* (e.g., sensor, an agent, an other monitor, etc.);<br><br>**Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any):<br><br>Attackers have a good idea of what works and what doesn't, so you need to learn, too. In addition to CVSS, Vulnerability Manager Plus sheds light on risk factors such as the availability of exploits, vulnerability age, affected asset count, CVE impact type, and patch availability to help triage exploitable and impactful vulnerabilities. What's more, you can directly search for the CVE IDs you're looking for or filter them to focus on high-impact vulnerabilities.<br><br><br><br>Vulnerability Manager Plus also features a security news feed that's continually updated with articles on recent vulnerabilities that attackers are discussing, experimenting with, or using, along with current exploits circulating in the wild.<br><br>To top it all off, a dedicated zero-day view grants instant visibility into actively exploited and publicly disclosed vulnerabilities.<br><br>https://www.manageengine.com/vulnerability-management/vulnerability-assessment.html |

Exhibit 6 - ManageEngine under Claim 10 of US 10,609,063

|  |  |
|---|---|
| wherein the at least one configuration involves at least one operating system. | ManageEngine is configured *wherein the at least one configuration* (e.g., the Windows, Mac, Linux, and/or Android operating system, etc., or an application/version thereof, etc.) *involves at least one operating system.*<br><br>**Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any): |

Exhibit 6 - ManageEngine under Claim 10 of US 10,609,063

## How can I access drilled-down information on vulnerabilities in individual systems?

Clicking on a system takes you to a drilled-down view that clusters vulnerabilities of the system into three major categories:



- The Software Vulnerabilities section enumerates vulnerabilities in the OS and third-party applications installed on the system.

- The Server Vulnerabilities section displays vulnerabilities in web servers, databases, or content management software installed on the system, if any.

- The Zero-day Vulnerabilities section displays the actively exploited and publicly disclosed vulnerabilities affecting the system.

https://www.manageengine.com/vulnerability-management/vulnerability-assessment.html