Exhibit 7 - ManageEngine under Claim 1 of US 9,118,711

| Claim 1 Elements | Applicability |
|---|---|
| A computer program product embodied on a non-transitory computer readable medium, comprising:<br><br>code for allowing access to first information from at least one first data storage identifying a plurality of potential vulnerabilities including at least one first potential vulnerability and at least one second potential vulnerability; | ManageEngine includes *a computer program product embodied on a non-transitory computer readable medium, comprising: code for allowing access to first information* (e.g., a larger "super-set" list of possible vulnerabilities relevant to different operating systems/applications/versions thereof, and/or associated information including, but not limited to information describing (and/or related to) the possible vulnerabilities themselves, information describing (and/or related to) the different operating systems/applications/versions thereof, information describing (and/or related to) policy/detection/remediation techniques for addressing the potential vulnerabilities relevant to the different operating systems/applications/versions thereof including signature/rule/configuration/setting/policy updates for anti-virus/intrusion-detection-system (IDS)/firewall/other engine or feature software, where such vulnerabilities each include a security weakness, gap, or flaw that could be exploited by an attack or threat, etc.) *from at least one first data storage* (e.g., memory other than the other-mentioned memory, where the instant memory is for storing a repository of the larger "super-set" list of possible vulnerabilities relevant to different operating systems/applications/versions thereof (and/or any of the associated information mentioned earlier, including, but not limited to, server memory, and/or a global intelligence database, etc.) *identifying a plurality of potential vulnerabilities* (e.g., possible vulnerabilities relevant to different operating systems/applications/versions thereof, etc.) *including at least one first potential vulnerability and at least one second potential vulnerability;*<br><br>**Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any): |

Exhibit 7 - ManageEngine under Claim 1 of US 9,118,711

## Enterprise vulnerability management software

Vulnerability Manager Plus is a multi-OS vulnerability management and compliance solution that offers built-in remediation. It is an end-to-end vulnerability management tool delivering comprehensive coverage, continual visibility, rigorous assessment, and integral remediation of threats and vulnerabilities, from a single console. Whether your endpoints are on your local network, in a DMZ (demilitarized zone) network, at a remote location, or on the move, Vulnerability Manager Plus is the go-to solution to empower your distributed workforce with safe working conditions. Learn how to perform step-by-step vulnerability management in your enterprise with Vulnerability Manager Plus.

| Scan | Assess | Manage |
|------|--------|--------|







| Scan and discover exposed areas of all your local and remote office endpoints as well as roaming devices. | Leverage attacker-based analytics, and prioritize areas that are more likely to be exploited by an attacker. | Mitigate the exploitation of security loopholes that exist in your network and prevent further loopholes from developing. |

https://www.manageengine.com/vulnerability-management/?pos=EndpointCentral&loc=ProdMenu&cat=UEMS

Exhibit 7 - ManageEngine under Claim 1 of US 9,118,711

## Comprehensive vulnerability scanning

Eliminating blind spots is the basis of successful vulnerability management. To achieve this, Vulnerability Manager Plus:

- Detects known or emerging vulnerabilities across all your network endpoints, including workstations, laptops, servers, web servers, databases, virtual machines, and content management systems.

- Offers continuous visibility into your endpoints, whether they are located at the local office, in a demilitarized zone, at a remote location, or always on the move.

- Extends your visibility beyond just vulnerabilities and identifies misconfigurations, high-risk software, active ports, and much more.

https://www.manageengine.com/vulnerability-management/vulnerability-scanner.html

Firewall Analyzer is a firewall administration software, that helps in administering firewall rules and policies into multiple firewalls. The firewall rule automation ensures that firewall rules are pushed into the device seamlessly, avoiding errors and oversight. This firewall administration tool is capable of making the following changes.

- Add, modify, and delete network and service objects
- Add, modify, and delete firewall rules
- Analyze the implications of proposed firewall rule changes
- Push changes directly to the firewall

Refer the 'Firewall Rule Administration' page for more details.

Firewall Analyzer is an efficient firewall rule and policy management tool that helps you gain visibility on all firewall rules, optimize firewall rules, and remove rule anomalies. It provides rule management reports for most major firewall devices including Cisco, FortiGate, WatchGuard, and Check Point.

https://www.manageengine.com/products/firewall/firewall-rule-management.html

Exhibit 7 - ManageEngine under Claim 1 of US 9,118,711



https://www.manageengine.com/patch-management/help/automate-patch-deployment-task.html

| code for causing at least one operation in connection with at | ManageEngine includes *code for causing at least one operation in connection with at least one of a plurality of networked devices* (e.g., Windows or Mac endpoints, etc.), *the at least one* |
|---|---|

Exhibit 7 - ManageEngine under Claim 1 of US 9,118,711

| least one of a plurality of networked devices, the at least one operation configured for:<br><br>identifying at least one configuration associated with the at least one networked device, and | *operation configured for: identifying at least one configuration* (e.g., a Windows, Mac, Linux, and/or Android operating system, etc., or an application/version thereof, etc.) *associated with the at least one networked device, and*<br><br>**Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any):<br><br>## What are the 4 steps in vulnerability assessment?<br><br>Vulnerability Manager Plus is a well-rounded vulnerability assessment tool that regularly scans your network for vulnerabilities, delivers insights into risk, and helps close the vulnerability management loop instantly with direct remediation from the console.<br><br><br><br>https://www.manageengine.com/vulnerability-management/vulnerability-assessment.html |

Exhibit 7 - ManageEngine under Claim 1 of US 9,118,711

| | |
|---|---|
| determining that the at least one networked device is actually vulnerable to one or more actual vulnerabilities, based on the identified at least one configuration and the first information from the at least one first data storage identifying the plurality of potential vulnerabilities, such that second information is stored in at least one second data storage separate from the at least one first data storage, the second information identifying the one or more actual vulnerabilities to which the at least one networked device is actually vulnerable; | ManageEngine is configured for *determining that the at least one networked device* (e.g., one of the Windows or Mac endpoints, etc.) *is actually vulnerable to one or more actual vulnerabilities, based on the identified at least one configuration and the first information* (e.g., the larger "super-set" list of possible vulnerabilities relevant to different operating systems/applications/versions thereof, and/or any of the associated information mentioned earlier, etc.) *from the at least one first data storage* (e.g., memory other than the other-mentioned memory, where the instant memory is for storing a repository of the larger "super-set" list of possible vulnerabilities relevant to different operating systems/applications/versions thereof (and/or any of the associated information mentioned earlier, including, but not limited to, server memory, and/or a global intelligence database, etc.)*, such that second information* (e.g., a smaller "sub-set" of actual vulnerabilities relevant to a particular operating system/application/version thereof, and/or associated information including, but not limited to information describing (and/or related to) the actual vulnerabilities themselves, information describing (and/or related to) endpoints that contain the particular operating system/application/version thereof, information describing (and/or related to) policy/detection/remediation techniques for addressing the actual vulnerabilities relevant to the particular operating system/application/version thereof including signature/rule/configuration/setting/policy updates for anti-virus/intrusion-detection-system (IDS)/firewall/other engine or feature software, where such vulnerabilities each include a security weakness, gap, or flaw that could be exploited by an attack or threat, etc.) *is stored in at least one second data storage* (e.g., other server memory, memory on the at least one device, etc. for storing a repository of a smaller "sub-set" of actual vulnerabilities (and/or any of the associated information) relevant to a particular operating system/application/version thereof, etc.) *separate from the at least one first data storage, the second information identifying the one or more actual vulnerabilities to which the at least one networked device is actually vulnerable;*

**Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any): |

Exhibit 7 - ManageEngine under Claim 1 of US 9,118,711

---

| | |
|---|---|
| | ## Comprehensive vulnerability scanning<br><br>Eliminating blind spots is the basis of successful vulnerability management. To achieve this, Vulnerability Manager Plus:<br><br>• Detects known or emerging vulnerabilities across all your network endpoints, including workstations, laptops, servers, web servers, databases, virtual machines, and content management systems.<br><br>• Offers continuous visibility into your endpoints, whether they are located at the local office, in a demilitarized zone, at a remote location, or always on the move.<br><br>• Extends your visibility beyond just vulnerabilities and identifies misconfigurations, high-risk software, active ports, and much more.<br><br>https://www.manageengine.com/vulnerability-management/vulnerability-scanner.html |

Exhibit 7 - ManageEngine under Claim 1 of US 9,118,711

**Triage vulnerabilities based on impact type**

Though ease of exploitation plays a significant role in risk assessment, exploitable vulnerabilities don't necessarily warrant an attack. In fact, attackers don't focus on vulnerabilities just because they've have a readily available exploit or require less effort to exploit, but because the vulnerability furthers their goals. Only then is the availability, and ease of an exploit factored in. Vulnerability Manager Plus has filters to easily identify vulnerabilities that pose a particular impact such as denial-of-service, remote code execution, memory corruption, privilege elevation, cross-site scripting, sensitive data disclosure, etc.

## How to automate your organization's patch management schedule?

It's safe to assume that vulnerabilities are a constant threat to the network. Manual intervention is required to accurately assess and address the high profile vulnerabilities consistently. But given the rate at which new vulnerabilities surface, manually it's both easy to overlook certain critical vulnerabilities, as well difficult to reduce the total number of unpatched vulnerabilities in your network.

While you focus on what matters the most, let Vulnerability Manager Plus' built-in patching module regularly clean up the vulnerabilities in your network by automating the entire cycle of patching—including missing patch detection, download, testing, and deployment—to Windows, Mac, Linux, and over 300 third-party applications. The comprehensive patching functionality enables you to choose the criteria of patches to be automated, specific target machines/custom groups to be patched, flexible deployment policies, patch testing, and approval as well as deployment schedules based on your business requirements. What's more, you can use pre-built Patch Tuesday-based deployment policies to synchronize your patching with monthly Patch Tuesdays, and more. Explore the exhaustive capabilities of Vulnerability Manager Plus' automated patch management.

https://www.manageengine.com/vulnerability-management/vulnerability-assessment-process.html

Exhibit 7 - ManageEngine under Claim 1 of US 9,118,711

|  | Firewall Analyzer is a firewall administration software, that helps in administering firewall rules and policies into multiple firewalls. The firewall rule automation ensures that firewall rules are pushed into the device seamlessly, avoiding errors and oversight. This firewall administration tool is capable of making the following changes. <br><br> • Add, modify, and delete network and service objects <br> • Add, modify, and delete firewall rules <br> • Analyze the implications of proposed firewall rule changes <br> • Push changes directly to the firewall <br><br> Refer the 'Firewall Rule Administration' page for more details. <br><br> Firewall Analyzer is an efficient firewall rule and policy management tool that helps you gain visibility on all firewall rules, optimize firewall rules, and remove rule anomalies. It provides rule management reports for most major firewall devices including Cisco, FortiGate, WatchGuard, and Check Point. <br><br> https://www.manageengine.com/products/firewall/firewall-rule-management.html |
|---|---|

Exhibit 7 - ManageEngine under Claim 1 of US 9,118,711



https://www.manageengine.com/patch-management/help/automate-patch-deployment-task.html

| | |
|---|---|
| code for identifying a first occurrence in connection with | ManageEngine includes *code for identifying a first occurrence* (e.g., a first discrete incident, etc.) *in connection with the at least one networked device* (e.g., one of the Windows or Mac |

Exhibit 7 - ManageEngine under Claim 1 of US 9,118,711

| the at least one networked device and a second occurrence in connection with the at least one networked device; | endpoints, etc.) *and a second occurrence* (e.g., a second discrete incident, etc.) *in connection with the at least one networked device;*<br><br>**Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any):<br><br>### 3. Firewall Rule Reorder Recommendations<br><br><br><br>Firewall Analyzer analyzes various rule interactions and anomalies to provide suggestions on rule position. By correlating the number of rule hits with rule complexity and anomalies, it can estimate the performance improvement for a suggested change. With the help of this report, you get an understanding of how to organize firewall rules to maximize speed.<br>https://www.manageengine.com/products/firewall/firewall-rule-management.html |

Exhibit 7 - ManageEngine under Claim 1 of US 9,118,711

## Other features

### Firewall Reports

Get a slew of security and traffic reports to asses the network security posture. Analyze the reports and take measures to prevent future security incidents. Monitor the Internet usage of enterprise users.

### Firewall Log Management

Unlock the wealth of network security information hidden in the firewall logs. Analyze the logs to find the security threats faced by the network. Also, get the Internet traffic pattern for capacity planning.

### Firewall Alerts

Take instant remedial actions, when you get notified in real-time for network security incidents. Check and restrict Internet usage if banwidth exceeds specified threshold.

### Firewall Compliance Management

Integrated compliance management system automates your firewall compliance audits. Ready made reports available for the major regulatory mandates such as PCI-DSS, ISO 27001, NIST, NERC-CIP, and SANS.

### Real-time Bandwidth Monitoring

With live bandwidth monitoring, you can identify the abnormal sudden shhot up of bandwidth use. Take remedial measures to contain the sudden surge in bandwidth consumption.

### Manage Firewall Service

MSSPs can host multiple tenants, with exclusive segmented and secured access to their respective data. Scalable to address their needs. Manages firewalls deployed around the globe.

https://www.manageengine.com/products/firewall/firewall-rule-management.html

| | |
|---|---|
| code for: determining the first occurrence to have a first severity if the at least one networked device is actually vulnerable to at least one of the actual vulnerabilities that is capable of being taken advantage of by the first | ManageEngine includes *code for: determining the first occurrence* (e.g., the first discrete incident, etc.) *to have a first severity if the at least one networked device* (e.g., one of the Windows or Mac endpoints, etc.) *is actually vulnerable to at least one of the actual vulnerabilities that is capable of being taken advantage of by the first occurrence identified in connection with the at least one networked device, and further determining the second occurrence* (e.g., the second discrete incident, etc.) *to have a second severity if the at least one networked device is not actually* |

Exhibit 7 - ManageEngine under Claim 1 of US 9,118,711

| | |
|---|---|
| occurrence identified in connection with the at least one networked device, and further determining the second occurrence to have a second severity if the at least one networked device is not actually vulnerable to the second occurrence identified in connection with the at least one networked device; | *vulnerable to the second occurrence identified in connection with the at least one networked device;*<br><br>**Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any):<br><br>### 3. Firewall Rule Reorder Recommendations<br><br><br><br>Firewall Analyzer analyzes various rule interactions and anomalies to provide suggestions on rule position. By correlating the number of rule hits with rule complexity and anomalies, it can estimate the performance improvement for a suggested change. With the help of this report, you get an understanding of how to organize firewall rules to maximize speed.<br>https://www.manageengine.com/products/firewall/firewall-rule-management.html |

Exhibit 7 - ManageEngine under Claim 1 of US 9,118,711

| | |
|---|---|
| | **Other features**<br><br>**Firewall Reports**<br>Get a slew of security and traffic reports to asses the network security posture. Analyze the reports and take measures to prevent future security incidents. Monitor the Internet usage of enterprise users.<br><br>**Firewall Log Management**<br>Unlock the wealth of network security information hidden in the firewall logs. Analyze the logs to find the security threats faced by the network. Also, get the Internet traffic pattern for capacity planning.<br><br>**Firewall Alerts**<br>Take instant remedial actions, when you get notified in real-time for network security incidents. Check and restrict Internet usage if banwidth exceeds specified threshold.<br><br>**Firewall Compliance Management**<br>Integrated compliance management system automates your firewall compliance audits. Ready made reports available for the major regulatory mandates such as PCI-DSS, ISO 27001, NIST, NERC-CIP, and SANS.<br><br>**Real-time Bandwidth Monitoring**<br>With live bandwidth monitoring, you can identify the abnormal sudden shhot up of bandwidth use. Take remedial measures to contain the sudden surge in bandwidth consumption.<br><br>**Manage Firewall Service**<br>MSSPs can host multiple tenants, with exclusive segmented and secured access to their respective data. Scalable to address their needs. Manages firewalls deployed around the globe.<br><br>https://www.manageengine.com/products/firewall/firewall-rule-management.html |
| code for reporting the first occurrence and the second occurrence differently based on the first severity and the second severity; | ManageEngine includes *code for reporting the first occurrence* (e.g., the first discrete incident, etc.) *and the second occurrence* (e.g., the second discrete incident, etc.) *differently based on the first severity and the second severity;*<br><br>**Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any): |

Exhibit 7 - ManageEngine under Claim 1 of US 9,118,711



### 3. Firewall Rule Reorder Recommendations



Firewall Analyzer analyzes various rule interactions and anomalies to provide suggestions on rule position. By correlating the number of rule hits with rule complexity and anomalies, it can estimate the performance improvement for a suggested change. With the help of this report, you get an understanding of how to organize firewall rules to maximize speed.

https://www.manageengine.com/products/firewall/firewall-rule-management.html

Exhibit 7 - ManageEngine under Claim 1 of US 9,118,711

## Other features

### Firewall Reports

Get a slew of security and traffic reports to asses the network security posture. Analyze the reports and take measures to prevent future security incidents. Monitor the Internet usage of enterprise users.

### Firewall Log Management

Unlock the wealth of network security information hidden in the firewall logs. Analyze the logs to find the security threats faced by the network. Also, get the Internet traffic pattern for capacity planning.

### Firewall Alerts

Take instant remedial actions, when you get notified in real-time for network security incidents. Check and restrict Internet usage if banwidth exceeds specified threshold.

### Firewall Compliance Management

Integrated compliance management system automates your firewall compliance audits. Ready made reports available for the major regulatory mandates such as PCI-DSS, ISO 27001, NIST, NERC-CIP, and SANS.

### Real-time Bandwidth Monitoring

With live bandwidth monitoring, you can identify the abnormal sudden shhot up of bandwidth use. Take remedial measures to contain the sudden surge in bandwidth consumption.

### Manage Firewall Service

MSSPs can host multiple tenants, with exclusive segmented and secured access to their respective data. Scalable to address their needs. Manages firewalls deployed around the globe.

https://www.manageengine.com/products/firewall/firewall-rule-management.html

| | |
|---|---|
| code for displaying, via at least one user interface, a plurality of techniques of different technique types including a first technique for setting or modifying a policy for occurrence mitigation, and a | ManageEngine includes *code for displaying, via at least one user interface* (e.g., policy and/or setting interface, etc.)*, a plurality of techniques of different technique types including a first technique* (e.g., a policy option, etc.) *for setting or modifying a policy for occurrence mitigation, and a second technique* (e.g., a policy-related rule, setting, or action; or the same not related to a particular policy, etc.) *for reacting to packets in connection with the at least one networked device* (e.g., one of the Windows or Mac endpoints, etc.) *for occurrence mitigation;* |

Exhibit 7 - ManageEngine under Claim 1 of US 9,118,711

second technique for reacting to packets in connection with the at least one networked device for occurrence mitigation;

### 3. Firewall Rule Reorder Recommendations



Firewall Analyzer analyzes various rule interactions and anomalies to provide suggestions on rule position. By correlating the number of rule hits with rule complexity and anomalies, it can estimate the performance improvement for a suggested change. With the help of this report, you get an understanding of how to organize firewall rules to maximize speed.

https://www.manageengine.com/products/firewall/firewall-rule-management.html

Exhibit 7 - ManageEngine under Claim 1 of US 9,118,711

## Other features

### Firewall Reports

Get a slew of security and traffic reports to asses the network security posture. Analyze the reports and take measures to prevent future security incidents. Monitor the Internet usage of enterprise users.

### Firewall Log Management

Unlock the wealth of network security information hidden in the firewall logs. Analyze the logs to find the security threats faced by the network. Also, get the Internet traffic pattern for capacity planning.

### Firewall Alerts

Take instant remedial actions, when you get notified in real-time for network security incidents. Check and restrict Internet usage if banwidth exceeds specified threshold.

### Firewall Compliance Management

Integrated compliance management system automates your firewall compliance audits. Ready made reports available for the major regulatory mandates such as PCI-DSS, ISO 27001, NIST, NERC-CIP, and SANS.

### Real-time Bandwidth Monitoring

With live bandwidth monitoring, you can identify the abnormal sudden shhot up of bandwidth use. Take remedial measures to contain the sudden surge in bandwidth consumption.

### Manage Firewall Service

MSSPs can host multiple tenants, with exclusive segmented and secured access to their respective data. Scalable to address their needs. Manages firewalls deployed around the globe.

https://www.manageengine.com/products/firewall/firewall-rule-management.html

Exhibit 7 - ManageEngine under Claim 1 of US 9,118,711

1. Firewall Analyzer shows the activity status of all configured firewall devices. It also displays the vendor name, device type, and status of the firewall device.



You also get a complete picture of everything that's happening on the firewall. Firewall Analyzer provides in-depth reports on:

- Firewall devices, including high-level summaries.
- The traffic in and out of a firewall device (Firewall bandwidth monitor).
- The top 10 host IPs, destination IPs, protocol groups, internal servers, external sites, and conversations.
- Traffic accessing allowed sites and attempting to access denied sites.
- The applications running on devices connected to the firewall (Firewall monitor).
- Firewall rule usage trends, including top allowed rules and top denied rules triggered.
- Security stats, attacks (including DDoS and virus attacks), denied host IPs, denied destination IPs, and denied user logons.
- The VPNs connected to a firewall device.

https://www.manageengine.com/products/firewall/firewall-monitoring.html

Exhibit 7 - ManageEngine under Claim 1 of US 9,118,711

| | |
|---|---|
| code for receiving user input selecting the first technique for setting or modifying the policy for occurrence mitigation, utilizing the at least one user interface; | ManageEngine includes *code for receiving user input selecting the first technique* (e.g., the policy option, etc.) *for setting or modifying the policy for occurrence mitigation, utilizing the at least one user interface* (e.g., the policy and/or setting interface, etc.)*;*<br><br>**Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any): |

Exhibit 7 - ManageEngine under Claim 1 of US 9,118,711



**1. Adding, modifying, and deleting network and service objects:**

You can create any network or service object using Firewall Analyzer, and push these new objects to your firewall device. Firewall Analyzer also fetches the existing set of objects in the firewall and you can modify or delete.

**2. Adding, modifying, and deleting firewall rules:**

Firewall Analyzer fetches rules and configurations from your firewall device using an API or a command line interface (CLI). These rules can be either deleted or modified, or you can create new rules that can be pushed to the respective firewall device.

| | https://www.manageengine.com/products/firewall/firewall-rule-administration.html |
|---|---|
| code for, based on the user input selecting the first technique for setting or modifying the policy for occurrence mitigation, automatically applying the first technique for setting or modifying the policy for occurrence mitigation, such that an identification of a particular actual vulnerability to which the at least one networked device is actually vulnerable is used in connection with the first technique, for mitigating a particular occurrence identified in connection with the at least one networked device if the at least one networked device is actually vulnerable to the particular actual vulnerability and the particular actual vulnerability is capable of being taken advantage of by the particular occurrence identified in connection with the at least one networked device, and further for not mitigating the particular occurrence if the | ManageEngine includes *code for, based on the user input selecting the first technique* (e.g., the policy option, etc.) *for setting or modifying the policy for occurrence mitigation, automatically applying the first technique for setting or modifying the policy for occurrence mitigation, such that an identification of a particular actual vulnerability to which the at least one networked device* (e.g., one of the Windows or Mac endpoints, etc.) *is actually vulnerable is used in connection with the first technique, for mitigating a particular occurrence identified in connection with the at least one networked device if the at least one networked device is actually vulnerable to the particular actual vulnerability and the particular actual vulnerability is capable of being taken advantage of by the particular occurrence identified in connection with the at least one networked device, and further for not mitigating the particular occurrence if the particular actual vulnerability is incapable of being taken advantage of by the particular occurrence identified in connection with the at least one networked device;*<br><br>**Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any): |

Exhibit 7 - ManageEngine under Claim 1 of US 9,118,711

particular actual vulnerability is incapable of being taken advantage of by the particular occurrence identified in connection with the at least one networked device;

**1. Adding, modifying, and deleting network and service objects:**

You can create any network or service object using Firewall Analyzer, and push these new objects to your firewall device. Firewall Analyzer also fetches the existing set of objects in the firewall and you can modify or delete.



**2. Adding, modifying, and deleting firewall rules:**

Firewall Analyzer fetches rules and configurations from your firewall device using an API or a command line interface (CLI). These rules can be either deleted or modified, or you can create new rules that can be pushed to the respective firewall device.



Exhibit 7 - ManageEngine under Claim 1 of US 9,118,711

| | |
|---|---|
| | https://www.manageengine.com/products/firewall/firewall-rule-administration.html |
| code for receiving user input selecting the second technique for reacting to packets in connection with the at least one networked device for occurrence mitigation, utilizing the at least one user interface; and | ManageEngine includes *code for receiving user input selecting the second technique* (e.g., the policy-related rule, setting, or action; or the same not related to a particular policy, etc.) *for reacting to packets in connection with the at least one networked device for occurrence mitigation, utilizing the at least one user interface* (e.g., the policy and/or setting interface, etc.)*; and*<br><br>**Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any): |

Exhibit 7 - ManageEngine under Claim 1 of US 9,118,711



**1. Adding, modifying, and deleting network and service objects:**

You can create any network or service object using Firewall Analyzer, and push these new objects to your firewall device. Firewall Analyzer also fetches the existing set of objects in the firewall and you can modify or delete.

**2. Adding, modifying, and deleting firewall rules:**

Firewall Analyzer fetches rules and configurations from your firewall device using an API or a command line interface (CLI). These rules can be either deleted or modified, or you can create new rules that can be pushed to the respective firewall device.

Exhibit 7 - ManageEngine under Claim 1 of US 9,118,711

| | |
|---|---|
| | https://www.manageengine.com/products/firewall/firewall-rule-administration.html |
| code for, based on the user input selecting the second technique for reacting to packets in connection with the at least one networked device for occurrence mitigation, automatically applying the second technique for reacting to packets in connection with the at least one networked device for occurrence mitigation, such that an identification of a certain actual vulnerability to which the at least one networked device is actually vulnerable is used in connection with the second technique, for reacting to packets in connection with a certain occurrence identified in connection with the at least one networked device if the at least one networked device is actually vulnerable to the certain actual vulnerability and the certain actual vulnerability is capable of being taken advantage of by the certain occurrence identified in connection with the at least one networked device, and further | ManageEngine includes *code for, based on the user input selecting the second technique* (e.g., the policy-related rule, setting, or action; or the same not related to a particular policy, etc.) *for reacting to packets in connection with the at least one networked device* (e.g., one of the Windows or Mac endpoints, etc.) *for occurrence mitigation, automatically applying the second technique for reacting to packets in connection with the at least one networked device for occurrence mitigation, such that an identification of a certain actual vulnerability to which the at least one networked device is actually vulnerable is used in connection with the second technique, for reacting to packets in connection with a certain occurrence identified in connection with the at least one networked device if the at least one networked device is actually vulnerable to the certain actual vulnerability and the certain actual vulnerability is capable of being taken advantage of by the certain occurrence identified in connection with the at least one networked device, and further for not reacting, at least in part, to packets in connection with the certain occurrence if the certain actual vulnerability is incapable of being taken advantage of by the certain occurrence identified in connection with the at least one networked device;*<br><br>**Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any): |

Exhibit 7 - ManageEngine under Claim 1 of US 9,118,711

| | |
|---|---|
| for not reacting, at least in part, to packets in connection with the certain occurrence if the certain actual vulnerability is incapable of being taken advantage of by the certain occurrence identified in connection with the at least one networked device; | **1. Adding, modifying, and deleting network and service objects:** |

You can create any network or service object using Firewall Analyzer, and push these new objects to your firewall device. Firewall Analyzer also fetches the existing set of objects in the firewall and you can modify or delete.



**2. Adding, modifying, and deleting firewall rules:**

Firewall Analyzer fetches rules and configurations from your firewall device using an API or a command line interface (CLI). These rules can be either deleted or modified, or you can create new rules that can be pushed to the respective firewall device.



Exhibit 7 - ManageEngine under Claim 1 of US 9,118,711

| | |
|---|---|
| | https://www.manageengine.com/products/firewall/firewall-rule-administration.html |
| wherein the computer program product is operable such that at least one of:<br><br>said at least one first data storage includes at least one first database;<br><br>said at least one first data storage is a component of a network operations center (NOC) server;<br>said at least one second data storage includes at least one second database;<br>said allowed access to the first information from the at least one first data storage is accomplished by at least one of: receiving at least one update therefrom; pulling at least one update therefrom, communicating therewith, or synchronizing therewith; | ManageEngine is configured *wherein the computer program product is operable such that at least one of* (e.g., only one is required, etc.)*: said at least one first data storage* (e.g., memory other than the other-mentioned memory, where the instant memory is for storing a repository of the larger "super-set" list of possible vulnerabilities relevant to different operating systems/applications/versions thereof (and/or any of the associated information mentioned earlier, including, but not limited to, server memory, and/or a global intelligence database, etc.) *includes at least one first database.*<br><br>**Note**: See, for example, the evidence above (where applicable) and below (emphasis added, if any): |

Exhibit 7 - ManageEngine under Claim 1 of US 9,118,711

said potential vulnerabilities and the actual vulnerabilities include software vulnerabilities in an application or an operating system that are capable of being exploited by an attack or a virus; said at least one operation includes a vulnerability scan operation;

said at least one configuration includes at least one of service pack information, elements contained in files including at least one of an *.ini or *.conf file, an aspect of an operating system, or registry information;

said determination that the at least one networked device is actually vulnerable to the one or more actual vulnerabilities, is carried out by utilizing at least one of a vulnerability identifier or a profile;

said first occurrence of the first severity includes an incident and said second occurrence of the second severity includes an event;

said second occurrence is reported differently than the

### 1. Adding, modifying, and deleting network and service objects:

You can create any network or service object using Firewall Analyzer, and push these new objects to your firewall device. Firewall Analyzer also fetches the existing set of objects in the firewall and you can modify or delete.



### 2. Adding, modifying, and deleting firewall rules:

Firewall Analyzer fetches rules and configurations from your firewall device using an API or a command line interface (CLI). These rules can be either deleted or modified, or you can create new rules that can be pushed to the respective firewall device.



Exhibit 7 - ManageEngine under Claim 1 of US 9,118,711

| | |
|---|---|
| first occurrence by not being reported;<br>said first technique for setting or modifying the policy includes just setting the policy;<br>said first technique for setting or modifying the policy includes just setting the policy, and said policy is associated with at least one of a policy template, a custom policy, or standardized template;<br>said second technique for reacting to the packets is carried out utilizing a firewall;<br>said occurrence mitigation includes at least one of removing the one or more actual vulnerabilities, or reducing an effect of a detected occurrence;<br>said reacting to packets involves at least one of dropping, blocking, or redirecting;<br>said occurrence mitigation is carried out for protecting at least one particular aspect of one or more of the networked devices, where the one or more of the networked devices include at least one of a client or | https://www.manageengine.com/products/firewall/firewall-rule-administration.html<br><br><br><br>https://www.manageengine.com/patch-management/help/automate-patch-deployment-task.html |

Exhibit 7 - ManageEngine under Claim 1 of US 9,118,711

a server, and the at least one particular aspect includes at least one of an operating system or an application;

said particular actual vulnerability is at least one of the actual vulnerabilities;

said certain actual vulnerability is at least one of the actual vulnerabilities;

said particular actual vulnerability is the certain actual vulnerability;

said particular occurrence is the certain occurrence;

said particular occurrence includes the first occurrence;

said certain occurrence includes the first occurrence;

said first and second techniques include remediation techniques;

said first occurrence includes an attack;

said computer program product is operable for use with at least one NOC server, a data warehouse, and an SDK for allowing access to the second information and at least one of the plurality of techniques; or

1. Firewall Analyzer shows the activity status of all configured firewall devices. It also displays the vendor name, device type, and status of the firewall device.



You also get a complete picture of everything that's happening on the firewall. Firewall Analyzer provides in-depth reports on:

- Firewall devices, including high-level summaries.
- The traffic in and out of a firewall device (Firewall bandwidth monitor).
- The top 10 host IPs, destination IPs, protocol groups, internal servers, external sites, and conversations.
- Traffic accessing allowed sites and attempting to access denied sites.
- The applications running on devices connected to the firewall (Firewall monitor).
- Firewall rule usage trends, including top allowed rules and top denied rules triggered.
- Security stats, attacks (including DDoS and virus attacks), denied host IPs, denied destination IPs, and denied user logons.
- The VPNs connected to a firewall device.

https://www.manageengine.com/products/firewall/firewall-monitoring.html

| said computer program product is operable such that said determination that the at least one networked device is actually vulnerable to the one or more actual vulnerabilities is carried out by directly querying a firmware or an operating system. | ## Compliance Report for Firewall Devices<br><br>Firewall Analyzer provides elaborate compliance report for the firewall devices and can be used for firewall security auditing. The report helps to configure the firewall rules, which will prevent potentially dangerous access to network and allow only those network hosts that are required. The report identifies all the firewall security related issues thus acting as a firewall security audit tool. This firewall configuration audit tool audits the complete firewall security and provides detailed firewall configuration analysis. It also provides a firewall security audit report and a firewall security audit checklist with an overall security rating. The firewall security audit report helps identify the security issues in the device. This firewall audit tool cross verifies the exsisting firewall rules against a preset firewall audit checklist. This not only measures the impact, but also rates the severity of the issue. With the firewall audit report, the easiness to fix the issue is also assessed. Based on the issues, the report recommends security best practices. This firewall configuration software categorizes the threats faced to various levels and recommends configuration and other changes to tighten the security of the firewall.<br><br>It rates the issues in five categories. They are: Critical, High, Medium, Low, and Info<br><br> |

Exhibit 7 - ManageEngine under Claim 1 of US 9,118,711

https://www.manageengine.com/products/firewall/firewall-security-audit-configuration-analysis.html

## Importance of firewall security audits

Security audits play a pivotal rule in enhancing your network defenses by highlighting the vulnerabilities and sharing the status of compliance with regulatory mandates. This allows your network security admins to take adequate counter measure to bolster your organization's network security.

- **Unveiling Hidden Threats:** Audits assess the misconfigurations, outdated rules, and conflicting policies in your organization that create security loopholes. This process helps pinpoint vulnerabilities that can be exploited by threat actors.
- **Enhanced Compliance:** Many industries require organizations to conduct regular firewall security audits to assess your organization's compliance. These ensure your firewalls meet these requirements and stay protected against threats, and fines arising from compliance breach.
- **Proactive Threat Detection:** Audits analyze logs and identify suspicious activity patterns, enabling you to take swift and address potential threats proactively. This helps to address security events before they escalate into security incidents.
- **Improved Network Performance:** Security audits help highlight redundant rules and traffic anomalies. By identifying and eliminating them, audits can improve network performance and user experience.
- **Reduced Risk and Costs:** Addressing vulnerabilities and improving security posture proactively can prevent data breaches, malware infections, other cyberattacks and the expensive fines that come with it.

https://www.manageengine.com/products/firewall/firewall-security-audit-configuration-analysis.html

Exhibit 7 - ManageEngine under Claim 1 of US 9,118,711