IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **SECURITYPROFILING, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**ZOHO CORPORATION,**<br><br>**Defendant.** | Civil Action No. 6:24-CV-96<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF RELATED CASES

The undersigned hereby provides notice that the above-referenced case is related to the following cases that are pending or have been pending before this Court:

- *SecurityProfiling, LLC v. Trend Micro, Inc.*, No. 6:21-CV-01105-ADA-DTG (W.D. Tex.) (dismissed March 3, 2023);

- *SecurityProfiling, LLC v. Cisco Systems, Inc.*, No. 6:21-CV-01106-ADA (W.D. Tex.) (dismissed July 25, 2022);

- *SecurityProfiling, LLC v. ForcePoint, LLC*, No. 6:23-CV-14-ADA-DTG (W.D. Tex.) (dismissed November 29, 2023); and

- *SecurityProfiling, LLC v. VMWare, Inc.*, No. 6:23-CV-00768-ADA (W.D. Tex.) (pending).

Dated: February 20, 2024

**BUSS & BENEFIELD, PLLC**

By: */s/ Michael A. Benefield*
Michael Benefield
State Bar No. 24073408
michael@bussbenefield.com
Brian Buss
State Bar No. 00798089
brian@bussbenefield.com
8202 Two Coves Drive
Austin, Texas 78730
Phone: 512-619-4451
Fax: 1-844-637-3650

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on February 20, 2024.

/s/ Michael A. Benefield
Michael A. Benefield