# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SECURITYPROFILING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZOHO CORPORATION<br><br>Defendant. | Civil Action No. 6:24-cv-96-ADA<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED NOTICE FOR EXTENSION OF TIME TO ANSWER TO COMPLAINT

Plaintiff, SecurityProfiling, LLC, agreed to provide Defendant, Zoho Corporation, with a thirty (30) day extension of time within which to answer Plaintiff's Complaint for Patent Infringement (Dkt. No. 1). With this extension, Defendant's answer is due on or before May 15, 2024.

Dated: April 11, 2024

BUSS & BENEFIELD, PLLC

By: */s/ Michael A. Benefield*
Michael A. Benefield
State Bar No. 24073408
michael@bussbenefield.com
Brian Buss
State Bar No. 00798089
brian@bussbenefield.com
8202 Two Coves Drive
Austin, Texas 78730
Phone: 512-619-4451
Fax: 1-844-637-3650

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2024, a copy of the foregoing document was filed electronically using the Court's ECF system. Service of this filing will therefore be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system. I also certify that on April 11, 2024, the foregoing document was serve by email on counsel for Defendant, as follows:

Mr. Ryan Marton, ryan@martonibera.com
Mr. Phil Haack, phaack@martonibera.com

*/s/ Michael A. Benefield*
Michael A. Benefield
Counsel for Plaintiff