US010873595B1

Exhibit 2

(12) **United States Patent**
Oliphant et al.

(10) Patent No.: **US 10,873,595 B1**
(45) Date of Patent: **Dec. 22, 2020**

(54) **REAL-TIME VULNERABILITY MONITORING**

(71) Applicant: **SecurityProfiling, LLC**, Garland, TX (US)

(72) Inventors: **Brett M. Oliphant**, Plano, TX (US); **John P. Blignaut**, West Lafayette, IN (US)

(73) Assignee: **SecurityProfiling, LLC**, Garland, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/740,961**

(22) Filed: **Jan. 13, 2020**

**Related U.S. Application Data**

(63) Continuation of application No. 15/608,983, filed on May 30, 2017, now Pat. No. 10,547,631, which is a continuation of application No. 14/834,102, filed on Aug. 24, 2015, now Pat. No. 10,154,055, which is a continuation of application No. 14/138,014, filed on Dec. 21, 2013, now Pat. No. 9,117,069, which is a continuation of application No. 10/882,852, filed on Jul. 1, 2004, now abandoned.

(60) Provisional application No. 60/484,085, filed on Jul. 1, 2003.

(51) **Int. Cl.**
H04L 29/06 (2006.01)
G06F 21/50 (2013.01)

(52) **U.S. Cl.**
CPC .......... *H04L 63/1433* (2013.01); *G06F 21/50* (2013.01); *H04L 63/1416* (2013.01); *H04L 63/20* (2013.01); *H04L 63/0263* (2013.01)

(58) **Field of Classification Search**
CPC .. H04L 63/1433; H04L 63/1416; G06F 21/50

USPC .......................................................... 726/23
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,960,170 A | 9/1999 | Chen et al. | |
| 6,119,165 A | 9/2000 | Li et al. | |
| 6,185,689 B1 | 2/2001 | Todd et al. | |
| 6,405,318 B1 | 6/2002 | Rowland | |
| 7,234,168 B2 | 6/2007 | Gupta et al. | |
| 7,278,161 B2 | 10/2007 | Lingafelt et al. | |
| 7,308,493 B2 | 12/2007 | Liang | |
| 7,359,626 B2 | 4/2008 | McMurdie et al. | |
| 7,398,272 B2 | 7/2008 | Hindawi et al. | |
| 8,225,407 B1 | 7/2012 | Thrower et al. | |
| 8,230,505 B1 * | 7/2012 | Ahrens .................. | G06Q 10/02 726/23 |

(Continued)

OTHER PUBLICATIONS

Check Point Software Technologies Ltd, "Getting Started with Check Point RealSecure" Version 4.1, Jan. 2000, 50 pages.

*Primary Examiner* — Dant B Shaifer Harriman
(74) *Attorney, Agent, or Firm* — Patrick E. Caldwell, Esq.; The Caldwell Firm, LLC

(57) **ABSTRACT**

An apparatus is provided including at least one platform; an intrusion prevention system configured to communicative couple with the at least one platform; a firewall configured to communicative couple with the at least one platform; at least one first data storage configured to communicative couple with the at least one platform; and at least one second data storage configured to communicative couple with the at least one platform. The at least one platform is configured to perform a plurality of operations that collective protect one or more networked devices.

**20 Claims, 12 Drawing Sheets**



**US 10,873,595 B1**

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 10,122,748 B1 * | 11/2018 | Currie .................... | G06F 16/955 |
| 2003/0196123 A1 | 10/2003 | Rowland et al. | |
| 2008/0262990 A1 * | 10/2008 | Kapoor ............... | H04L 63/1408 |
| | | | 706/20 |
| 2008/0262991 A1 * | 10/2008 | Kapoor ................... | H04L 63/14 |
| | | | 706/20 |
| 2011/0023119 A1 * | 1/2011 | Rayes .................... | H04L 63/145 |
| | | | 726/23 |
| 2015/0033340 A1 * | 1/2015 | Giokas ................ | H04L 63/1441 |
| | | | 726/23 |
| 2016/0173446 A1 * | 6/2016 | Nantel ................ | H04L 63/0209 |
| | | | 726/11 |
| 2019/0222597 A1 * | 7/2019 | Crabtree ............. | H04L 63/1433 |

* cited by examiner

Case 6:24-cv-00096-ADA   Document 9-2   Filed 05/14/24   Page 3 of 38



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5A



FIG. 5B



FIG. 6

U.S. Patent    Dec. 22, 2020    Sheet 6 of 12    US 10,873,595 B1

U.S. Patent

Dec. 22, 2020

Sheet 7 of 12

US 10,873,595 B1



Off-Site Network Operations
Center (NOC) Servers

702

AES Encryption

701

705

Security Updates,
Hotfixes, & Patches

OnSite Server

703b

IDS
Console

706

Solaris

NT

703a

704

Sensor

Mandrake

706

RedHat

2k

Turbo

704

98

FIG. 7

Solaris

XP

U.S. Patent

Dec. 22, 2020

Sheet 8 of 12

US 10,873,595 B1

Network Operations Center
(NOC) Servers

802

801

805

Security Updates,
Hotfixes, & Patches

OnSite Server

803

Management
Console(s)

AES Encryption

Group One

Group Two

Solaris

806

NT

804

RedHat

Turbo

2k

Solaris

806

2k

804

98

2k

XP

FIG. 8

U.S. Patent

Dec. 22, 2020

Sheet 9 of 12

US 10,873,595 B1



FIG. 9

U.S. Patent

Dec. 22, 2020

Sheet 10 of 12

US 10,873,595 B1



FIG. 10

U.S. Patent

Dec. 22, 2020

Sheet 11 of 12

US 10,873,595 B1



Off-Site Network Operations
Center (NOC) Servers

1102

AES Encryption

1101

1105

Security Rules,
Updates & Patches

OnSite Server

IPS
Console

1103a

1103b

Inline
Sensor

Perimeter
Firewall

1106

Solaris

NT

Mandrake

1106

2k

1104

RedHat

Turbo

Hub

FIG. 11

Solaris

1104

98



FIG. 12

U.S. Patent     Dec. 22, 2020     Sheet 12 of 12     US 10,873,595 B1

**1**

## REAL-TIME VULNERABILITY MONITORING

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of, and claims priority to U.S. patent application Ser. No. 15/608,983 filed May 30, 2017, titled "REAL-TIME VULNERABILITY MONITORING", which in turn is a continuation of, and claims priority to U.S. patent application Ser. No. 14/834,102 filed Aug. 24, 2015, issued as U.S. Ser. No. 10/154,055, titled "REAL-TIME VULNERABILITY MONITORING", which in turn is a continuation of U.S. patent application Ser. No. 14/138,014 filed Dec. 21, 2013, issued as U.S. Pat. No. 9,117,069, which, in turn, is a continuation of U.S. patent application Ser. No. 10/882,852, filed Jul. 1, 2004 which, in turn, claims the benefit of U.S. Provisional Application No. 60/484,085, titled SECURITY MANAGEMENT PROXY SYSTEM AND METHODS and filed Jul. 1, 2003. The foregoing applications and/or patents are herein incorporated by reference in their entirety for all purposes. This application is also related to issued U.S. Pat. No. 8,266,699, titled MULTIPLE-PATH REMEDIATION, as well as applications titled POLICY PROTECTION PROXY (U.S. patent application Ser. No. 10/882,853), VULNERABILITY AND REMEDIATION DATABASE (U.S. patent application Ser. No. 10/882,788), AUTOMATED STAGED PATCH AND POLICY MANAGEMENT (U.S. patent application Ser. No. 10/884,329), and CLIENT CAPTURE OF VULNERABILITY DATA (U.S. patent application Ser. No. 10/883,376), all filed on Jul. 1, 2004. All of these applications are hereby incorporated herein by reference as if fully set forth.

### FIELD OF THE INVENTION

The present invention relates to computer systems, and more particularly to management of security of computing and network devices that are connected to other such devices.

### BACKGROUND

With the growing popularity of the Internet and the increasing reliance by individuals and businesses on networked computers, network security management has become a critical function for many people. Furthermore, with computing systems themselves becoming more complex, security vulnerabilities in a product are often discovered long after the product is released into general distribution. Improved methods are needed, therefore, for managing updates and patches to software systems, and for managing configurations of those systems.

The security management problem is still more complex, though. Often techniques intended to remediate vulnerabilities (such as configuration changes, changes to policy settings, or application of patches) add additional problems. Sometimes patches to an operating system or application interfere with operation of other applications, and can inadvertently disable mission-critical services and applications of an enterprise. At other times, remediation steps open other vulnerabilities in software. There is, therefore, a need for improved security management techniques.

### SUMMARY

An apparatus is provided including at least one platform; an intrusion prevention system configured to communicative

**2**

couple with the at least one platform; a firewall configured to communicative couple with the at least one platform; at least one first data storage configured to communicative couple with the at least one platform; and at least one second data storage configured to communicative couple with the at least one platform. The at least one platform is configured to receive a result of at least one operation in connection with at least one of a plurality of networked devices, the at least one operation based on first information from the at least one first data storage identifying a plurality of potential vulnerabilities including at least one first potential vulnerability and at least one second potential vulnerability. The at least one operation is configured for: identifying at least one configuration associated with the at least one networked device, and determining that the at least one networked device is actually vulnerable to at least one actual vulnerability, based on the identified at least one configuration and the first information from the at least one first data storage identifying the plurality of potential vulnerabilities, such that second information associated with the result is stored in the at least one second data storage separate from the at least one first data storage, the second information relating to the at least one actual vulnerability to which the at least one networked device is actually vulnerable. The at least one platform is further configured to cause display, via at least one user interface, a plurality of techniques including a first technique for utilizing the intrusion prevention system for occurrence mitigation, a second technique for utilizing the firewall for occurrence mitigation. Further, the at least one platform is further configured to allow receipt of: user input causing selection of the first technique for utilizing the intrusion prevention system for occurrence mitigation, and user input causing selection of the second technique for utilizing the firewall for occurrence mitigation. Still yet, at least one platform is further configured to, based on the user input causing selection of the first technique for utilizing the intrusion prevention system for occurrence mitigation, automatically apply the first technique for utilizing the intrusion prevention system for occurrence mitigation; and based on the user input causing selection of the second technique for utilizing the firewall for occurrence mitigation, automatically apply the second technique for utilizing the firewall for occurrence mitigation. Even still, the at least one platform is further configured to cause identification of: in connection with the at least one networked device, a first occurrence including at least one first occurrence packet directed to the at least one networked device, and in connection with the at least one networked device, a second occurrence including at least one second occurrence packet directed to the at least one networked device. Even still yet, the at least one platform is further configured to determine: that the first occurrence including the at least one first occurrence packet directed to the at least one networked device is capable of taking advantage of the at least one of the actual vulnerability to which the at least one networked device is actually vulnerable; and that the second occurrence including the at least one second occurrence packet directed to the at least one networked device is not capable of taking advantage of the at least one of the actual vulnerability to which the at least one networked device is actually vulnerable. Further, the at least one platform is configured to cause a reporting of at least the first occurrence based on the determination that the first occurrence including the at least one first occurrence packet directed to the at least one networked device is capable of taking advantage of the at least one of the actual vulnerability to which the at least one networked device is actually vulnerable.

US 10,873,595 B1

**3**

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a block diagram of a networked system of computers in one embodiment of the present invention.

FIG. **2** is a block diagram showing components of several computing devices in the system of FIG. **1**.

FIGS. **3** and **4** trace signals that travel through the system of FIGS. **1** and **2** and the present invention is applied to them.

FIG. **5**A is a flow chart of a filtering proxy method according to one embodiment of the present invention.

FIGS. **5**B and **6** illustrate a platform, in accordance with possible embodiments.

FIG. **7** illustrates an intelligent IDS, in accordance with one embodiment.

FIG. **8** illustrates an update system, in accordance with one embodiment.

FIG. **9** shows a configured network, in accordance with one embodiment.

FIG. **10** shows policy compliance and enforcement, in accordance with one embodiment.

FIG. **11** illustrates an intelligent IPS, in accordance with one embodiment.

FIG. **12** illustrates an SDK function call flow, in accordance with one embodiment.

DESCRIPTION

For the purpose of promoting an understanding of the principles of the present invention, reference will now be made to the embodiment illustrated in the drawings and specific language will be used to describe the same. It will, nevertheless, be understood that no limitation of the scope of the invention is thereby intended; any alterations and further modifications of the described or illustrated embodiments, and any further applications of the principles of the invention as illustrated therein are contemplated as would normally occur to one skilled in the art to which the invention relates.

Generally, the present invention in one embodiment operates in the context of a network as shown in FIG. **1**. System **100** includes a vulnerability and remediation database **110** connected by Internet **120** to subnet **130**. In this exemplary embodiment, firewall **131** serves as the gateway between Internet **120** and the rest of subnet **130**. Router **133** directs connections between computers **137** and each other and other devices on Internet **120**. Server **135** collects certain information and provides certain data services that will be discussed in further detail herein.

In particular, security server **135** includes processor **142**, and memory **144** encoded with programming instructions executable by processor **142** to perform several important security-related functions. For example, security server **135** collects data from devices **131**, **133**, **137**, and **139**, including the software installed on those devices, their configuration and policy settings, and patches that have been installed. Security server **135** also obtains from vulnerability and remediation database **110** a regularly updated list of security vulnerabilities in software for a wide variety of operating systems, and even in the operating systems themselves. Security server **135** also downloads a regularly updated list of remediation techniques that can be applied to protect a device from damage due to those vulnerabilities. In one embodiment, each vulnerability in remediation database **110** is identified by a vulnerability identifier, and the vulnerabil-

**4**

ity identifier can be used to retrieve remediation information from database **110** (and from database **146**, discussed below in relation to FIG. **2**).

In one embodiment, computers **137** and **139** each comprise a processor **152**, **162**, memory **154**, **164**, and storage **156**, **166**. Computer **137** executes a client-side program (stored in storage **156**, loaded into memory **154**, and executed by processor **152**) that maintains an up-to-date collection of information regarding the operating system, service pack (if applicable), software, and patches installed on computer **137**, and the policies and configuration data (including configuration files, and elements that may be contained in files, such as *.ini and *.conf files and registry information, for example), and communicates that information on a substantially real-time basis to security server **135**. In an alternative embodiment, the collection of information is not retained on computer **137**, but is only communicated once to security server **135**, then is updated in real time as changes to that collection occur.

Computer **139** stores, loads, and executes a similar software program that communicates configuration information pertaining to computer **139** to security server **135**, also substantially in real time. Changes to the configuration registry in computer **139** are monitored, and selected changes are communicated to security server **135** so that relevant information is always available. Security server **135** may connect directly to and request software installation status and configuration information from firewall **131** and router **133**, for embodiments wherein firewall **131** and router **133** do not have a software program executing on them to communicate this information directly.

This collection of information is made available at security server **135**, and combined with the vulnerability and remediation data from source **110**. The advanced functionality of system **100** is thereby enabled as discussed further herein.

Turning to FIG. **2**, one sees additional details and components of the devices in subnet **130**. Computers **137** and **139** are traditional client or server machines, each having a processor **152**, **162**, memory **154**, **164**, and storage **156**, **166**. Firewall **131** and router **133** also have processors **172**, **182** and storage **174**, **184**, respectively, as is known in the art. In this embodiment, devices **137** and **139** each execute a client-side program that continuously monitors the software installation and configuration status for that device. Changes to that status are communicated in substantially real time to security server **135**, which continuously maintains the information in database **146**. Security server **135** connects directly to firewall **131** and router **133** to obtain software installation and configuration status for those devices in the absence of a client-side program running thereon.

Processors **142**, **152**, **162** may each be comprised of one or more components configured as a single unit. Alternatively, when of a multi-component form, processor **142**, **152**, **162** may each have one or more components located remotely relative to the others. One or more components of processor **142**, **152**, **162** may be of the electronic variety defining digital circuitry, analog circuitry, or both. In one embodiment, processor **142**, **152**, **162** are of a conventional, integrated circuit microprocessor arrangement, such as one or more PENTIUM 4 or XEON processors from INTEL Corporation of 2200 Mission College Boulevard, Santa Clara, Calif., 95052, USA, or ATHLON XP processors from Advanced Micro Devices, One AMD Place, Sunnyvale, Calif., 94088, USA.

Memories **144**, **154**, **164** may include one or more types of solid-state electronic memory, magnetic memory, or

5

optical memory, just to name a few. By way of non-limiting example, memory **40***b* may include solid-state electronic Random Access Memory (RAM), Sequentially Accessible Memory (SAM) (such as the First-In, First-Out (FIFO) variety or the Last-In First-Out (LIFO) variety), Programmable Read Only Memory (PROM), Electrically Programmable Read Only Memory (EPROM), or Electrically Erasable Programmable Read Only Memory (EEPROM); an optical disc memory (such as a DVD or CD ROM); a magnetically encoded hard drive, floppy disk, tape, or cartridge media; or a combination of any of these memory types. Also, memories **144**, **154**, **164** may be volatile, nonvolatile, or a hybrid combination of volatile and nonvolatile varieties.

In this exemplary embodiment, storage **146**, **156**, **166** comprises one or more of the memory types just given for memories **144**, **154**, **164**, preferably selected from the nonvolatile types.

This collection of information is used by system **100** in a wide variety of ways. With reference to FIG. **3**, assume for example that a connection request **211** arrives at firewall **131** requesting that data be transferred to computer **137**. The payload of request **211** is, in this example, a probe request for a worm that takes advantage of a particular security vulnerability in a certain computer operating system. Based on characteristics of the connection request **211**, firewall **131** sends a query **213** to security server **135**. Query **213** includes information that security server **135** uses to determine (1) the intended destination of connection request **211**, and (2) some characterization of the payload of connection request **211**, such as a vulnerability identifier. Security server **135** uses this information to determine whether connection request **211** is attempting to take advantage of a particular known vulnerability of destination machine **137**, and uses information from database **146** (see FIG. **2**) to determine whether the destination computer **137** has the vulnerable software installed, and whether the vulnerability has been patched on computer **137**, or whether computer **137** has been configured so as to be invulnerable to a particular attack.

Security server **135** sends result signal **217** back to firewall **131** with an indication of whether the connection request should be granted or rejected. If it is to be granted, firewall **131** passes the request to router **133** as request **219**, and router **133** relays the request as request **221** to computer **137**, as is understood in the art. If, on the other hand, signal **217** indicates that connection request **211** is to be rejected, firewall **131** drops or rejects the connection request **211** as is understood in the art.

Analogous operation can protect computers within subnet **130** from compromised devices within subnet **130** as well. For example, FIG. **4** illustrates subnet **130** with computer **137** compromised. Under the control of a virus or worm, for example, computer **137** sends connection attempt **231** to router **133** in an attempt to probe or take advantage of a potential vulnerability in computer **139**. On receiving connection request **231**, router **133** sends relevant information about request **231** in a query **233** to security server **135**. Similarly to the operation discussed above in relation to FIG. **3**, security server **135** determines whether connection request **231** poses any threat, and in particular any threat to software on computer **139**. If so, security server **135** determines whether the vulnerability has been patched, and if not, it determines whether computer **139** has been otherwise configured to avoid damage due to that vulnerability. Security server **135** replies with signal **235** to query **233** with that answer. Router **133** uses response **235** to determine whether to allow the connection attempt.

6

In some embodiments, upon a determination by security server **135** that a connection attempt or other attack has occurred against a computer that is vulnerable (based on its current software, patch, policy, and configuration status), security server **135** selects one or more remediation techniques from database **146** that remediate the particular vulnerability. Based on a prioritization previously selected by an administrator or the system designer, the remediation technique(s) are applied (1) to the machine that was attacked, (2) to all devices subject to the same vulnerability (based on their real-time software, patch, policy, and configuration status), or (3) to all devices to which the selected remediation can be applied.

In various embodiments, remediation techniques include the closing of open ports on the device; installation of a patch that is known to correct the vulnerability; changing the device's configuration; stopping, disabling, or removing services; setting or modifying policies; and the like. Furthermore, in various embodiments, events and actions are logged (preferably in a non-volatile medium) for later analysis and review by system administrators. In these embodiments, the log also stores information describing whether the target device was vulnerable to the attack.

A real-time status database according to the present invention has many other applications as well. In some embodiments, the database **146** is made available to an administrative console running on security server **135** or other administrative terminal. When a vulnerability is newly discovered in software that exists in subnet **130**, administrators can immediately see whether any devices in subnet **130** are vulnerable to it, and if so, which ones. If a means of remediation of the vulnerability is known, the remediation can be selectively applied to only those devices subject to the vulnerability.

In some embodiments, the database **146** is integrated into another device, such as firewall **131** or router **133**, or an individual device on the network. While some of these embodiments might avoid some failures due to network instability, they substantially increase the complexity of the device itself. For this reason, as well as the complexity of maintaining security database functions when integrated with other functions, the network-attached device embodiment described above in relation to FIGS. **1**-**4** is one possible embodiment.

In one embodiment, a software development kit (SDK) allows programmers to develop security applications that access the data collected in database **146**. The applications developed with the SDK access information using a defined application programming interface (API) to retrieve vulnerability, remediation, and device status information available to the system. The applications then make security-related determinations and are enabled to take certain actions based on the available data.

In these exemplary systems, "configuration information" for each device may take the form of initialization files (often named *.ini or *.conf), configuration registry (such as, the Windows Registry on Microsoft WINDOWS operating systems), or configuration data held in volatile or non-volatile memory. Such configuration information often determines what and how data is accepted from other devices, sent to other devices, processed, stored, or otherwise handled, and in many cases determines what routines and sub-routines are executed in a particular application or operating system.

In one embodiment, security information management system is provided, wherein a database of potential vulnerabilities is maintained, along with data describing remedia-

**7**

tion techniques (patches, policy settings, and configuration options) available to protect against them. At least one vulnerability is associated in the database with multiple available remediation techniques. In one embodiment, the system presents a user with the list of remediation techniques available to protect against a known vulnerability, accepts the user's selection from the list, and executes the selected technique. In other embodiments, the system uses a predetermined prioritization schedule to automatically select among the available remediation techniques, then automatically executes the selected technique.

One embodiment of the present invention is a database of information about a plurality of devices, updated in real-time and used by an application to make a security-related decision. The database stores data indicating the installed operating system(s), installed software, patches that have been applied, system policies that are in place, and configuration information for each device. The database answers queries by one or more devices or applications attached by a network to facilitate security-related decision making. In one form of this embodiment, a firewall or router handles a connection request or maintenance of a connection based on the configuration information stored in the database that relates to one or both of the devices involved in the transmission.

In one embodiment, database **146** includes vulnerability and remediation information such that, for at least one vulnerability, multiple methods of remediating the vulnerability are specified. When the system has occasion to implement or offer remediation of a vulnerability, all known alternatives are presented that are relevant to the device or machine's particular configuration or setup. For example, when a vulnerability of a device is presented to an administrator, the administrator is given a choice among the plurality of remediation options to remediate the vulnerability. In some embodiments, the administrator can select a preferred type of remediation that will be applied if available and a fallback type. For example, an administrator may select application of a policy setting over installation of a software patch, so that the risk of disruption of critical business systems is minimized.

In other embodiments, an administrator or other user is presented with a set of user interface elements that identify multiple options for remediating and identifying the vulnerability. The administrator or user selects the method to be used, and that remediation is applied to the vulnerable device(s).

FIG. **5**A is a flow chart of a filtering proxy method according to one embodiment of the present invention.

In use, a database maintains security status information on each device in a network, based on whether the device's operating system, software, and patches are installed and configured to meet a baseline level of security. A network gateway proxy blocks connection attempts from devices for which the database indicates a substandard security status, but allows connections from other devices to pass normally. The database is preferably updated on a substantially real-time basis by client-side software run by each device in the network.

Another form of the present embodiment includes a connection proxy that filters connections originating within the network. In particular, one embodiment employs a proxy that denies connection attempts originating with devices in the network when the originating device has a status, as reflected in the database, that fails to meet predetermined security characteristics in terms of installed operating sys-

**8**

tem and software, patch levels, and system policy and configuration registry information.

In this embodiment, router **133** serves as a connection proxy for devices and subnet **130**, as will be understood by those skilled in the art. In addition to basic proxy functionality, however, router **133** accesses database **146** on security server **135** via the SDK at each connection attempt. If, for example, device **137** attempts to connect to any device where the connection must pass through the proxy server (router **133** in this example), such as a device on Internet **120**, router **133** checks the security status of device **137** in database **146**, using the real-time status therein to determine whether device **137** complies with one or more predetermined security policies. If it does, router **133** allows the connection to be made. If it does not, router **133** prevents the connection, preferably redirecting the connection to a diagnostic page that explains why the connection is not being made.

This system is illustrated by method **200** in FIG. **5**A. Method **200** begins with start point **201**. The proxy (router **133** in the above example) receives a connection request at block **203**, then retrieves the security status of the source device at block **205**. This preferably uses the real-time updated status information from database **146** (see FIG. **2**) at decision block **207**. If the security status indicates that the source device complies with the predetermined security policy, the proxy allows the connection at block **209**. If not, the proxy refuses the connection at block **212** and redirects the connection to an explanation message (such as a locally generated web page or other message source) at block **214**. In either case, method **200** ends at end point **219**.

In possible embodiments, the determination and decision at block **207** apply a comprehensive minimum policy set that protects other devices in subnet **130** (see FIG. **1**) from viruses, trojans, worms, and other malware that might be inadvertently and/or carelessly acquired due to the requested connection.

In another embodiment, a security information management system is provided, wherein client-side devices preferably collect and monitor information describing the operating system, software, and patches installed on the device(s), as well as configuration thereof. A database of this information is maintained, along with data describing vulnerabilities of available software and associated remediation techniques available for it. The system exposes an API to support security-related decisions by other applications. For example, an intrusion detection system (IDS) accesses the database to determine whether an actual threat exists and should be (or has been) blocked.

In another form of this embodiment, client software runs on each monitored device and reports configuration information to the database, so that the database has substantially real-time-current information.

The present embodiment of the present invention advantageously acquires the real-time status information from each client using client-side software. In this manner, a resource burden of monitoring is spread among the devices being monitored, and uses far fewer network resources in the process.

In these exemplary systems, "configuration information" for each device may take the form of initialization files (often named *.ini or *.conf), configuration registry (such as the Windows Registry on Microsoft Windows operating systems), or configuration data held in volatile or non-volatile memory. Such configuration information often determines what and how data is accepted from other devices, sent to other devices, processed, stored, or other-

**9**

wise handled, and in many cases determines what routines and sub-routines are executed in a particular application or operating system.

In one embodiment, a system maintains a database of vulnerabilities and associated remediation techniques. The remediation techniques include software patches, policy settings or changes, and registry settings or changes. This multi-faceted provides novel flexibility in management of security issues, and convenience for security administrators in both determining available options and selecting remediation steps for vulnerable systems.

In another embodiment of the present invention, patches, policy changes, software updates, and configuration changes are rolled out to devices on a network using a staged roll-out technique. In this technique, the change is applied to a selected device or set of devices identified by an administrator. After a predetermined amount of time passes, unless the administrator has canceled the roll-out, the change is applied to an additional group of devices on the network. Third- and fourth-tier groups may also be identified by the administrator, where implementation of the remediation or upgrade is automatically effected in subsequent stages a predetermined amount of time after the preceding stage roll-out. Thus, if no failures are noted following a more limited roll-out (on a first set of devices), then the remediation or upgrade is automatically applied to other devices. If, on the other hand, an error or failure is observed, the subsequent roll-out can be canceled so that further failures and problems are avoided.

FIGS. **5**B and **6** illustrate a platform, in accordance with possible embodiments.

In one possible embodiment, provided is a platform and underlying back end that includes a logic engine and vulnerability data warehouse. It may easily integrate with and enable network security products such as IDS, scanners, or firewalls to intelligently reference and share the same vulnerability data set, and independently provide complete vulnerability remediation (patching) functionalities such as that provided by the patch management and vulnerability remediation application. Thereby, the technology may improve system accuracy and efficiencies, minimize false positives and false negatives, and provide policy compliance and enforcement capabilities.

The latest network compromises are combining qualities of viruses, worms, and denial of service attacks into new blended attacks. Additionally, blended attacks may now utilize metamorphic or polymorphic abilities to change their signatures to avoid detection. To mitigate these new risks, organizations are now deploying a multi-tiered network defense strategy comprised of a variety of network security components layered at the perimeter and to internal network machines and devices. The security components are managed separately, and possibly their data is ported into a Security Information Management System (SIMS) correlation engine.

However, network security components and correlation engines rely on signatures or anomalies, producing an ever-increasing quantity of data, including false positive, benign, and erroneous events. They also lack the intelligence to identify, reference, or remediate the vulnerabilities targeted by the attack. Furthermore, the time and cost to acquire, manage, and maintain these numerous network security components is overwhelming the end user. Therefore, more sophisticated technology is provided to resolve these performance and management issues.

In one embodiment, technology may be provided that addresses these requirements by making each security com-

**10**

ponent smarter and provides managers with remote remediation options. Thereby, improving system performance and streamlining management processes.

In one embodiment, an intelligent integration platform and SDK are provided to meet the above requirements.

In one embodiment, security products are enhanced and system intelligence may be provided. The same vulnerability data warehouse information is shared with the products so that more intelligent actions may then be taken to mitigate complex threats.

One embodiment cross-references the threat's identifier with the target's configuration. The threat's CVE ID, or other identifier, and the destination IP address are fed into the logic engine where it cross-references the threat with the machine's existing OS, application, and patch configuration profile. An answer is returned accurately indicating if the machine is vulnerable.

In one embodiment, network vulnerabilities are identified. The platform may independently identify which network machines and devices have vulnerabilities by querying a client agent, or a device's OS or firmware directly.

One embodiment proactively remediates the vulnerability. Once a vulnerability is identified, a remediation function may be provided that may remotely and automatically deploy the appropriate update to each machine or device, install it, and document it with change tracking and audit trail reports.

Examples of Anti-Vulnerability applications that may be integrated into network security products for enterprise and small office home office (SOHO) networks when integrated with one embodiment, via the SDK, will be described.

In one embodiment, update or patch deployment are provided, which remotely remediate network vulnerabilities and provide policy compliance and enforcement capabilities. And, for the consumer market, it may additionally support non-security related updates such as application version, performance, and bug-fix upgrades.

In one embodiment, an IDS may be provided that accurately determines if the targeted machine is actually vulnerable to an attack; virtually eliminates false positives and false negatives; and adds vulnerability remediation and policy compliance and enforcement functionalities.

In one embodiment, a scanner may be provided that virtually eliminates false positive and false negatives, and adds vulnerability remediation and policy compliance and enforcement functionalities.

In one embodiment, a firewall may be provided that virtually eliminates false positive and false negatives, preventing the security system from denying valid traffic to the organization—self-inflicted denial of service attacks—and adds vulnerability remediation, and policy compliance and enforcement functionalities.

In one embodiment, vulnerability management may be provided, as set forth above.

In one embodiment, multiple products are provided including an IDS, scanner, and firewall. Each may communicate with the same back-end data warehouse, sharing the same vulnerability information, attaining intelligence and more accurate information about the target and its vulnerabilities, thereby more effectively mitigating complex threats.

In one embodiment, change management may be provided, which may automatically create a change request in the system, specifying what update/patch is applicable to what system or groups of systems by vulnerability. After approval of the request, they may automatically deploy and install the update/patch. Finally, they may also verify correct

US 10,873,595 B1

**11**

operation after installation and automatically provide all necessary documentation and logging required.

Lastly, the platform may also provide product upgrades and signature updates to each of these various security products.

The platform is comprised of the following software components: SDK, client agent, logic engine, and data warehouse stored on a dedicated on-site server. Network operations center (NOC) Servers periodically synchronize the customers' servers with the latest vulnerability and update data. See FIG. **5**B.

The same client agent and on-site server support all security applications that are integrated onto the platform, thereby providing the added anti-vulnerability functionalities presented in the previous section.

There are two system requirements: TCP/IP connectivity, and supported network machines and devices. In one embodiment, platforms supported are set forth below in Table 1.

TABLE 1

| All Windows Operating Systems and their applications |
| All UNIX variants |
| Cisco routers and firewalls |
| Toshiba network devices |
| Netgear network devices |
| Linksys network devices, including wireless access points |

Platform support is scalable to any network size or architecture; consumer, small office home office (SOHO), enterprise, and distributed networks.

In one embodiment, technology may be provided that includes a backend platform that includes a logic engine and vulnerability data warehouse. It may easily integrate with and enable network security products such as IDS, scanners, or firewalls to intelligently reference and share the same vulnerability data set, and independently provide complete vulnerability remediation (patching) functionalities such as that provided by the patch management and vulnerability remediation application, update application and the intelligent IDS. Thereby, the technology may improve system accuracy and efficiencies, minimize false positives and false negatives, and provide policy compliance and enforcement capabilities.

As shown in FIG. **5**B, the technology may meet market requirements, presented in the next section.

For example, networks are probed at an ever-increasing frequency for vulnerabilities, which may be exploited with compromise attacks. To protect the network, administrators have traditionally set up perimeter defense strategies.

These strategies generally call for network managers to lock down core servers, and monitor/scan/filter all incoming and outgoing traffic at the network perimeter with several network security products such as antivirus and firewalls to identify and attempt to neutralize hackers and malicious code. In the past, these strategies worked well, however new threats are becoming more complex.

The latest malicious code may combine qualities of viruses, worms, and direct compromise attacks into new blended attacks. Virus payloads are becoming more complex and by using metamorphic or polymorphic abilities, viruses are able to change their signatures to avoid the fingerprint-type filtering that most applications employ.

To mitigate these new risks, organizations deploy a multi-tiered network defense strategy comprised of a variety of additional network security products layered at the perimeter and to internal network machines and devices. Such network

**12**

security products include antivirus, firewall, scanners, and network and host based intrusion detection systems.

Each of these systems is based on specific signatures, rules, or anomalies of each attack and their variants, and do not identify and remediate the specific network vulnerabilities the attack is targeting. So each attack, and its variants, must be identified and analyzed, a signature prepared, then finally deployed to each point product on each customer's network. This process is uncoordinated among multiple disparate systems, and creates an ever-increasing number of signatures producing more and more attack alerts requiring immediate attention—many of which are erroneous. The security components are managed separately, and possibly their data is ported into a security information management system (SIMS) correlation engine.

Additionally, to proactively remediate the vulnerabilities the malicious code is targeting, administrators quickly and diligently update or "patch" each network machine and device, which is a time-consuming and costly process. Further compounding the burden on administrators, best practice and government compliance directives may require higher standards of network security and integrity to protect consumer privacy, and they are documented with change tracking and audit trail reports.

Therefore, it is increasingly difficult and costly to effectively mitigate new threats and manage numerous systems—particularly in an environment of rising security standards and policy compliance requirements.

Thus, the multi-tiered network defense strategy is falling short primarily for four reasons. First, there is an inability of multi-tiered network security products to communicate and share information necessary to mitigate blended threats, and minimize false positives and false negatives. The vulnerabilities targeted by malicious code are not accurately identified nor proactively remediated. The associated excessive aggregate cost of ownership of multiple systems. The excessive administrative burden and cost of managing and maintaining multiple systems.

Hence, there is a need to integrate systems, share information intelligently to better defend against blended threats, reduce management and cost requirements, and automate vulnerability identification and remediation functionalities, as presented in the high-level requirements.

In one embodiment, technology is provided to meet the following market requirements: integrate network security products to share information; provide system intelligence; and remediate network vulnerabilities.

In one embodiment, technology may integrate with and enable network security products to intelligently reference and share information from the same vulnerability data set, provide vulnerability identification and remediation functionalities, and efficiently meet policy compliance and enforcement requirements.

In one embodiment, the platform is a complimentary network security technology. When integrated into the defense strategy, it adds intelligence that more accurately and efficiently mitigates blended threats and offloads the time-consuming functions that burden network administrators.

In one embodiment, the platform enables network security products to share information via its proprietary logic engine to automatically cross-reference the threat identifier with the targeted machine's configuration to determine if it is actually vulnerable to that threat. Previously separate and uncoordinated processes are now more intelligent and automated, resulting in improved system accuracy and efficiency. Therefore the need to layer more and more point

US 10,873,595 B1

13

products and add a SIMS is reduced, in-turn decreasing the amount of data—particularly erroneous data—to manage. Subsequently, the costs to acquire, operate, and manage the additional multiple point products, and the need to implement a SIMS, are also reduced.

In one embodiment, the platform may also remotely and proactively remediate vulnerabilities by first determining which updates are needed and compatible with each machine or device, taking into account the OS, applications, or firmware installed. Then, the updates may be deployed, installed, and validated. Thereby, policy compliance is effectively and efficiently enforced, and documented.

In one embodiment, the present technology fulfills market requirements noted in the previous section. For example, it may integrate network security products and provides system intelligence. The same vulnerability data warehouse information is shared with all products so that more intelligent actions may then be taken to mitigate complex threats.

Still yet, it may cross-reference the threat's identifier with the target's configuration. The threat's CVE ID, or other identifier, and the destination IP address are fed into the logic engine where it cross-references the threat with the machine's existing OS, application, and patch configuration profile. An answer is returned accurately indicating if the machine is vulnerable. Thereby, minimizes erroneous, benign, and false positive data produced by each security product.

One embodiment identifies network vulnerabilities. The platform may independently identify which network machines and devices have vulnerabilities by querying a client agent, or a device's OS or firmware directly.

One embodiment proactively remediates the vulnerability. Once a vulnerability is identified, a remediation function may be provided that may remotely and automatically deploy the appropriate update to each machine or device, install it, and document it with change tracking and audit trail reports.

Various possible benefits include blended attacks being more effectively mitigated and the overwhelming management and maintenance burden on administrators to purchase, operate, and maintain multiple network security products being reduced, while increasing productivity, reducing costs, and more effectively and efficiently meeting policy compliance and enforcement requirements.

Table 2 illustrates a plurality of end user details.

TABLE 2

Supplements existing technology to better defend against blended attacks
Intelligently accesses the vulnerability data warehouse, and remediates vulnerabilities.
Offers policy compliance and enforcement functionality
Vulnerabilities may be automatically remediated, verified and documented, therefore enforcing compliance.
No additional software or hardware implementation costs
Anti-Vulnerability functionalities may be integrated into existing product platforms.
Reduces cost of ownership of multi network security products
Shared vulnerability data sets and added vulnerability remediation functionalities may reduce the number of network security products needed to adequately attain defense strategy requirements.
Reduces management and maintenance costs
Increased accuracy of vulnerability identification, remediation and policy enforcement, and reduction of false positives, false negatives and denial of service (DoS), significantly reduces management time and costs.
Manage more machines and devices on the network through one portal
Vulnerability remediation and policy compliance and enforcement may be integrated with existing security network security products, and their respective interfaces.

14

TABLE 2-continued

Minimize end user education/ absorption costs
Anti-Vulnerability applications are integrated, retaining pre-existing architecture, processes, and interfaces. Therefore, the end user experience remains the same, or improved with simplified or automated processes.
User experience remains the same -additional time or costs to understand and execute new technologies are minimized
Anti-Vulnerability applications may be integrated transparently and seamlessly, and the pre-existing operational processes and user interfaces are virtually unchanged.
Supports both the enterprise and SOHO networks
Data warehouse contains vulnerabilities and updates for many machines and devices that operate on both enterprise and SOHO networks.
Applications presented hereinafter

Examples of applications that may be made available for enterprise and small office home office (SOHO) networks when integrated with Anti-Vulnerability technology via the SDK will now be set forth.

In one embodiment, update or patch deployment is provided. In one embodiment, a patch management and vulnerability remediation solution is provided. The technology enables products to add accurate vulnerability identification, remediation, verification, and policy compliance functions. With such technology, products may gain intelligence, accuracy and efficiency, eliminate false positives and false negatives, and ensure policy compliance, thereby saving the organization time and money. Such functionalities and benefits are available for both the enterprise and SOHO networks. And, for the consumer market, it may additionally support non-security related updates such as application version, performance, and bug-fix updates for widely distributed programs, which may optimize system performance and enhance the consumer experience.

In one embodiment, an IDS is provided. IDS products attempt to identify malicious code by signatures at both the network and host client level. While they may be able to identify malicious code by CVE ID or other identifier, and targeted machines by IP address, but they generally do not have the intelligence to determine if the any of the machines on the network are susceptible to that attack, or with finer granularity, if any machine has a specific vulnerability to that specific attack, or if the targeted vulnerability has already been patched. For example, if the malicious code has been written as a Windows based attack targeting a Windows vulnerability, is the Destination IP actually running Windows, or a UNIX variant? And, if Windows, is it vulnerable to the attack, or has it already been patched? IDS do not have the intelligence to answer these questions, and incident alerts are generated indiscriminately. Lastly, even if the targeted machine is vulnerable—it remains unremediated—an IDS does not have the capability to remediate it.

With the present embodiment, a product architect can integrate functionalities listed in the previous section to enable the IDS to access the Anti-Vulnerability logic engine and platform. It may then have the intelligence to determine if any machine on the network is susceptible to the attack, remediate the vulnerability, mitigate the attack, and verify policy compliance. Now, if no machines were susceptible to the attack, it is identified as an event but not an incident, no further data or alert is generated, and a management response is not required. Integrated products may gain intelligence, accuracy, and efficiency, eliminate false positives and false negatives, and ensure policy compliance, thereby saving the organization time and money. Such functionalities and benefits are available for both the enterprise and SOHO networks.

15

In one embodiment, scanners may be provided. Vulnerability scanners assess each machine on the network for vulnerabilities, and create lists of potential vulnerabilities to the system managers. The lists commonly contain many false positives and false negatives, burdening the system and managers with inaccuracies.

With the present embodiment, a product architect can integrate functionalities listed in the previous section to enable the scanner to access the logic engine and platform, and then have the intelligence to determine if the machine has actual vulnerabilities, remediate them, and verify policy compliance. Integrated products may gain intelligence, accuracy, and efficiency, eliminated false positives and false negatives, and ensured policy compliance, thereby saving the organization time and money.

In one embodiment, a firewall may be provided. "Smart" firewalls are based in part on signatures and other similar functionalities as the IDS products described above.

With the present embodiment, the firewall can determine whether an attack is valid or a false positive, thereby preventing the security system from denying valid traffic to the organization—self-inflicted DoS attacks. Such functionalities and benefits may be available for both the enterprise and SOHO networks.

In one embodiment, vulnerability management may be provided. Vulnerability management products enable managers to set policy and identify potential network vulnerabilities. They typically do not accurately identify each vulnerability on each network machine and device, nor remediate each vulnerability, meeting policy compliance enforcement requirements.

The present embodiment offers similar functionalities and benefits as the patch deployment products described above. In short, it enables products to add accurate vulnerability identification, remediation, verification, and policy compliance and enforcement. Such functionalities and benefits are available for both the enterprise and SOHO networks.

To this end, multiple products may be provided: IDS, scanner, firewall, and vulnerability management. Each product functions as the individual products noted above. Each may be deployed and operated on the network in a multi-tiered network defense strategy. They may be disparate system, and their signatures and update deployment schedules may vary. Therefore, the probability of mitigating a new and complex threat decreases, while management requirements and cost increases.

In one embodiment, they each may communicate with the same backend data warehouse, sharing the same vulnerability information, attaining intelligence and more accurate information about the target and its vulnerabilities, thereby more effectively mitigating complex threats. It may also enable the products to add accurate vulnerability identification, remediation, verification, and policy compliance and enforcement functionalities.

In one embodiment, change management (CM) may be provided. Existing CM applications control the documentation and logging of change throughout the enterprise. These applications ensure that an organization maintains consistent records of what happened and when. Currently administrators must independently recognize that a security patch/update must be deployed to a computer or group of computers.

The user enters the request in the system, through the pipelined process of change management the request would be approved, the patch/update would be manually installed by a user, then documented in the change management software that the process has been completed. While CM

16

software assists in documentation, very little if any assistance may be provided to identify the patches/updates needed, nor verifying correct function after the update/patch is installed.

With the current possible embodiment, change management integration may greatly streamline this process further reducing total cost of ownership, ease of use, and a higher standard of documentation. The products may then automatically create a change request in the system, specifying what update/patch is applicable to what system or groups of systems by vulnerability. After approval of the request, they may automatically deploy and install the update/patch. Finally, they may also verify correct operation after installation and automatically provide all necessary documentation and logging required.

Lastly, one possible embodiment may also provide product upgrades and signature updates to each of these various security products—including all of the technology benefits such as ensuring compliance of signature versions, logging, reporting, and verification of installation.

Thus, one possible embodiment includes an intelligent platform that may supplement any existing defense strategy. Once integrated with the technology, security products may share the same vulnerability data set to improve automation and accuracy—increasing efficiencies and minimizing false positives and false negatives. It also enables remote identification, management, and remediation of network vulnerabilities, and provides update deployment, validation, and reporting capabilities. Thereby, the technology improves network security and integrity, mitigation of blended threats, while increasing productivity, reducing total cost ownership, and more effectively and efficiently attaining policy compliance and enforcement requirements.

One embodiment provides IDS intelligence, accuracy and remote patching functions—IDS data output integrated with the aforementioned platform via the SDK. The platform's underlying backend including a logic engine and vulnerability data warehouse provides the added functions and performance.

Conventional IDS produce an ever-increasing quantity of alert data, including erroneous and false positive data. They also lack the intelligence to identify or remediate the vulnerabilities targeted by the attack. Furthermore, the cost of the acquiring, managing, and maintaining conventional IDS is overwhelming the end user.

Therefore, a more sophisticated, intelligent technology is provided to resolve these issues. In one embodiment, an intelligent IDS is provided to meet market requirements. The alert data output from a distribution of Snort is integrated with the platform via the SDK, which may add the following functions.

In one embodiment, it cross-references the threat's identifier with the target's configuration. The CVE ID, or other identifier, and the Destination IP address are fed into the logic engine where it cross-references the threat with the machine's configuration profile.

In one embodiment, it virtually eliminates false positives and false negatives. The backend accurately determines in real time if the targeted machine is susceptible to the attack. And, if the machine is not susceptible, it is filtered and reported back as an event and not an incident. No further data or alert is generated, and a management response is not required.

In one embodiment, it remotely remediates the vulnerability. When a machine is identified as vulnerable to an attack, an incident, a remediation function may be provided to the administrator to remotely deploy the appropriate

US 10,873,595 B1

**17**

update to the machine or device, install it, verifies the files and hashes, and document it with change tracking and audit trail reporting.

Table 3 sets forth a plurality of features.

TABLE 3

| Supports Windows and UNIX variants |
| Determines if targeted machine is vulnerable to an attack in real time |
| Filters out erroneous, benign and false positive alerts |
| Remotely patches targeted vulnerabilities in one click |
| Installs in minutes |

To this end, erroneous, benign, and false positive data is filtered out, and incidents may be remotely remediated. Therefore, complex threats are more effectively and efficiently mitigated. Correspondingly, the management and maintenance burden on administrators is reduced, saving time and effort.

FIG. 7 illustrates an intelligent IDS, in accordance with one embodiment. As shown in **701**, the on-site server periodically initiates communication with the NOC servers. In **702**, updates are pulled from the NOC servers to the on-site server. In **703a**, a sensor monitors and processes network traffic, and sends real time alert data to the on-site server where it cross-references the data with the backend. In **703b**, centralized IDS console filters alerts; separating events from incidents. It also offers administrators remote patching function. In **704**, agents are deployed to each client, accurately identifying which OS, apps, and updates are installed. In **705**, the logic engine automatically determines which updates are needed to remediate the targeted machine. As shown in **706**, appropriate updates are remotely deployed, installed, and validated on each client.

In one embodiment, the intelligent patch management and vulnerability remediation application automatically updates computer OS and application vulnerabilities before they can be exploited by hackers and viruses.

Networks are probed at an ever-increasing frequency for vulnerabilities, which may be exploited with directed compromise attacks. To protect the network, administrators must diligently update or "patch" server and workstation vulnerabilities, which is a time-consuming and costly process. Further compounding the burden on administrators, best practice and government compliance directives now require higher standards of network security to protect consumer privacy and proprietary data, which must be documented with change tracking and audit trail reports. Therefore, fully automated technology is provided to resolve these issues.

In one embodiment, a intelligent application called Sys-Update—the first technology to fully automate the updating and reporting processes, as described below.

In terms of function, one possible embodiment automatically researches updates. In collaboration with software development companies, it receives updates and their respective compatibility and installation guidelines, which are thoroughly reviewed and tested in a lab for system compatibility and stability. One embodiment automatically and securely downloads, and archives, all updates. Once the updates and guidelines are thoroughly reviewed and tested, they are automatically downloaded to each customer's on-site server, verified with MD5 hashes, and archived in a self-populating patch repository database.

One possible embodiment automatically determines the update and dependency requirements for all computers on a network, based on their individual operating systems, applications, and previously installed updates. The logic engine

**18**

automatically matches the tested updates and their guidelines across each computer's configuration profile.

One possible embodiment remotely, securely, and automatically deploys updates to each computer and device. Updates may be tested on a test group, and then queued for release to each computer on the network, consistently in accordance with the policy determined by the network administrator.

One possible embodiment automatically verifies the updates are installed and running correctly. Each computer's client agent installs the updates, and verifies the files and hashes.

One possible embodiment automatically generates change tracking and audit trail reports. Change tracking and audit trail reports may be selected and printed from the management console reporting modules. Additionally, application license audit reports may be generated, which lists software installed on each machine, by license key.

Table 4 illustrates possible features in one embodiment.

TABLE 4

| Supports Windows, UNIX variants, and network devices |
| Supports non-Microsoft applications |
| Logic engine provides system intelligence |
| Files verified with SHA 1 or MD5 hashes |
| MMC snap-in console with Crystal Reports |
| AES encryption |

FIG. 8 illustrates an update system, in accordance with one embodiment. As shown in **801**, the on-site server periodically initiates communication with the off-site NOC servers. In **802**, updates are pulled from the NOC servers to the on-site server. In **803**, the centralized MMC snap-in console offers flexible security policy options and comprehensive reporting capabilities. In **804**, agents accurately identifies OS, apps, and updates installed on each client by file versions and hashes. In **805**, logic engine automatically determines which updates are needed on each client, taking into account OS, app, and update dependencies. In **806**, appropriate updates are automatically deployed, installed, and validated on each client.

In one embodiment, a secure computer log management application is provided with fully automated archiving, querying, and reporting options.

Best practice and government compliancy regulations now require administrators to archive log events over an extended period of time, and extensively document log and audit trail reports. With existing tools, these are time-consuming processes. Furthermore, existing tools transfer logs in clear text and are subject to malicious manipulation, and logs may be lost since few utilize guaranteed delivery protocols. Therefore, the integrity and security of the log data is not assured. In the event of an internal or external compromise, logs may be deleted, manipulated, or the network flooded with decoy log data.

The present possible embodiment automatically and continuously transfers logs from each computer into a self-configuring, self-populating, maintenance-free database where they may be archived for years on end. The transfer process utilizes AES encryption for authentication between the client and server, and a guarantee delivery protocol—ensuring no data is compromised or lost. Flexible cross-correlation queries may be run from a single, remote viewer console, and the data is then automatically formatted into reports.

In one embodiment, cross-correlation query type descriptions are provided. Such embodiment may provide the

US 10,873,595 B1

**19**

following three flexible cross-correlation queries in Table 5, which provide increasing detail and breadth of filtering/ sorting capabilities, respectively.

TABLE 5

General Queries -This is the default query. It filters or sorts the
logs of any one computer, by any one of the three log types.
Specific Queries -Detailed queries across all machines, and all log types.
Advanced Queries -Query across any combination of machines,
by any combination of sources, events, and log types,
over any period of time.

In one embodiment, features shown in Table 6 may be provided.

TABLE 6

Continuously pulls all logs into a central database, which may
be archived for years on end
AES encryption and a guarantee delivery protocol ensure logs
are not compromised or lost
Queries may be across any computer, for any log type,
over any time frame
Automatically generates event log reports - ideal for
documenting audit and compliance requirements
Easy download installation

In one embodiment, automated reports may be provided. Query data is automatically formatted into professional reports Also, a separate reporting interface is available to generate general, machine, and user statistics. The present embodiment quickly and easily fulfills best practice and government compliance requirements for log event archiving and reporting.

FIG. **9** shows a configured network, in accordance with one embodiment.

As shown in **901**, the server component automatically configures the application, and the database and communicates with the client agents. In **902**, client agents are deployed, which then identifies, manages, and continuously transfers all logs to the server. In **903**, all client log data may be automatically archived the self-populating database, for years on end. In **904**, from the centralized viewer, general, specific, or advanced cross-correlation queries may be run. See Table **7**. Query and statistics data is automatically formatted into professional reports to easily document audit and compliance requirements.

TABLE 7

| Filter/Sort By: | General | Specific | Advanced |
|---|---|---|---|
| # of Computers | Any One | Any One | Any |
| # of Log Types | Any One | All | Any |
| Period of Time | Last or All | Last or All | Any |
| # of Event Detail Fields* | By ID Only | Any One | Any |

*Defined as Time/Date Written, UserID, ComputerID, EventID, Source, Type, and Category

One possible embodiment provides best practice security policy templates to proactively and remotely manage and enforce enterprise security compliance policies.

Best practice and government compliance directives require higher standards of network security to protect consumer privacy and proprietary data, which must be consistently enforced, and documented with change tracking and audit trail reports for compliance verification. Therefore, a fully automated technology is provided to resolve these issues.

**20**

One embodiment offers an intelligent application to manage and enforce security policies—the first technology to fully automate the policy configuration, enforcement, and reporting processes, as described below.

In one embodiment, centralized, remote management is provided. The policy compliance and enforcement module is managed via the centralized management console—in MMC format, and automates the deployment, assessment, and enforcement of the policy chosen.

One embodiment provides standardized policies selected from many standardized policy templates recommended by NSA, SANS, US Navy, and ISO 17799, or custom policy options to formulate policies that meet the individual needs of any organization.

One possible embodiment automatically determines out-of-compliance parameters for all computers and devices on a network. Based on each client's individual policy parameter settings and configuration profile, the system's logic engine automatically reports back each client's out-of-compliance parameters.

In one embodiment, it remotely, securely, and automatically enforces policy to each computer or device. Policy changes may be automatically enforced to each computer or device individually, or by group, consistently in accordance with the policy selected by the network administrator. Policy configuration profiles are transmitted between client agent and server in an AES encrypted format for security and privacy. Policy options may be rolled back with one-click.

Automatically generates change tracking and audit trail reports. Change tracking and audit trail reports may be selected and printed from the Management Console's Reporting Center. Table 8 sets forth some possible features.

TABLE 8

Supports Windows, UNIX variants, and network devices
Supports NSA, SANS, Navy, ISO 17799 and other standardized
policies
Logic engine provides system intelligence
One-click policy rollback
Automatically generates change tracking and audit trail reports

FIG. **10** shows policy compliance and enforcement, in accordance with one embodiment.

As shown in **1001**, the on-site server periodically initiates communication with the off-site NOC servers. In **1002**, templates, rules, and updates are pulled from the NOC servers to the on-site server. In **1003**, a centralized management console offers flexible security policy templates, options, and comprehensive reporting capabilities. In **1004**, agents are automatically deployed to each client, accurately identifying which policy parameters, OS, apps, and updates are applied or installed. In **1005**, a logic engine automatically determines which clients are out of compliance. In **1006**, appropriate policy changes are automatically enforced on each client.

In one embodiment an intelligent IPS may be provided that provides intelligence, accuracy, real-time prevention, and remote patching functions. In one embodiment, it accurately identifies and prevents malicious code from reaching their destination at the in-line IPS Sensor. Thereafter, a security officer may remotely patch the targeted vulnerability.

Conventional IDS/IPS produce an ever-increasing quantity of alert data, including erroneous and false positive data. They also lack the intelligence to identify or remediate the vulnerabilities targeted by the attack. Furthermore, the cost

US 10,873,595 B1

21

of the acquiring, managing, and maintaining conventional IPS is overwhelming the end user.

Therefore, a more sophisticated, intelligent technology is provided to resolve these issues, by offering an intelligent IPS to meet market requirements. The alert data output from a standard distribution of Snort is integrated with the platform via the SDK which accurately identifies attacks, and the attack is terminated at the in-line sensor—as described in the following functions.

One embodiment cross-references the threat's identifier with the target's configuration. The in-line Sensor monitors and processes traffic and sends alert data to the on-site server where its logic engine queries the backend in real-time to determine if the destination IP is vulnerable to the attack.

One possible embodiment provides enhanced flex response. If the destination IP is vulnerable to the attack, the in-line Sensor is commanded to immediately drop the exploit packets—preventing the attack. Further, it remotely remediates the vulnerability. When a machine is identified as vulnerable to an attack, an incident, a remediation function is also provided to the administrator to remotely deploy the appropriate update to the machine or device, install it, verifies the files and hashes, and documents it with change tracking and audit trail reports.

In one embodiment, attacks are accurately identified and mitigated before they reach their targets, and targeted vulnerabilities may be remotely remediated. Therefore, complex threats are more effectively and efficiently mitigated. Correspondingly, the management and maintenance burden on administrators is reduced, saving time and effort.

Table 9 illustrates some possible features.

TABLE 9

Supports Windows and UNIX variants
Determines in real-time if targeted machine is vulnerable
to an attack, virtually eliminating false positives
in-line Sensor flex response terminates the attack
Remotely patches targeted vulnerabilities in one click
Installs in minutes

FIG. 11 illustrates an intelligent IPS, in accordance with one embodiment.

As shown in 1101, the on-site server periodically initiates communication with the NOC servers. In 1102, updates are pulled from the NOC servers to the on-site server.

In 1103a, an IPS in-line sensor monitors and processes network traffic, and sends real time alert data to the on-site server where it cross-references the data with the backend. In 1103b, if the destination IP is vulnerable to the attack, the in-line Sensor is commanded in real-time to drop the malicious packets. As shown in 1104, agents are deployed to each client, accurately identifying which OS, apps, and updates are installed. In 1105, the logic engine automatically determines which updates are needed to remediate the targeted machine, and may be remotely deployed from the IPS console. In 1106, appropriate updates are remotely deployed, installed, and validated on each client.

In one embodiment, an anti-vulnerability SDK is provided. The SDK was designed to be a simple integration pathway to the Anti-Vulnerability platform backend. The SDK is documented and deliverable. The SDK is compatible with many different programming languages such as C, C++, VB, Java, and others.

The technology is sophisticated, yet all of the details of managing the communications are implemented in the library, requiring the developer to only learn a simple function calls as detailed hereinafter. A product architect

22

chooses the functionality desired, inserts the provided functionality SDK code into the product code. The SDK code may then query—via the logic engine—the data warehouse, and in turn may return an answer to the point product. The architect can then show the results in any format desired in the product's interface. Full vulnerability remediation and policy compliance and enforcement functionalities may be integrated as well.

FIG. 12 illustrates an SDK function call flow, in accordance with one embodiment.

Hence, the SDK serves as the architect's tool belt or building blocks needed to quickly and transparently access the Anti-Vulnerability backend and seamlessly integrate the desired functionality into the product without changing or complicating the end user experience.

Furthermore, the SDK enables system architects to use the Anti-Vulnerability platform to integrate multiple security products and functionalities. Products may then share the same vulnerability data set, improve system automation and accuracy—increasing efficiencies and minimizing false positives and false negatives, and coordinate policy compliance and enforcement functionalities.

Anti-Vulnerability functions that are accessible via the SDK. The functions are presented in groups, as follows in Table 10.

TABLE 10

Session Management
Group Management Functions
Client Management Functions
Patch Management Functions
Polling Functions
User Management Functions
Miscellaneous Functions
Policy Compliance Functions
Session Management Functions

Table 11 sets forth Session Management Functions

TABLE 11

OpenSession - Parameters: HOST name or IP address, LOGIN
and PASSWORD for host
    Returns: new SESSION
    Description: This function opens a new session to
    the OnSite Server
CloseSession - Parameters: SESSION to close
    Returns: None
    Description: Closes a session that is no longer needed
IsSessionGood - Parameters: SESSION to test
    Returns: TRUE or FALSE
    Description: returns TRUE if the session is still valid
    FALSE if it is not
SUGetLastError - Parameters: None
    Returns: Error code of last error in the thread
    Description: Returns the error code of the last SDK error to
    occur in this thread
SUSetLastError - Parameters: ERROR code to set
    Returns: None
    Description: Sets the error code for the thread to be returned
    by SUGetLastError
GetSDKVersion - Parameters: None
    Returns: a WORD containing the version of the SDK
    Description: the MSB of the returned value is the major
    version number, the LSB is the minor version number
Ping - Parameters: SESSION to use, VALUE to ping with
    Returns: VALUE on success 0 on failure
    Description: attempts to pass VALUE to the OnSite Server,
    which should pass it back.

US 10,873,595 B1

**23**                                                                                                          **24**

Table 12 sets forth Group Management Functions.

TABLE 12

CreateGroup - Parameters: Group NAME and Description
  Returns: GROUP that was just created or ● on failure
  Description: This function creates a new group with the
  provided name and Description
GetGroups - Parameters: None
  Returns: A LIST of GROUPs.
  Description: This function Returns a list of all configured groups.
GetGroupsEx - Parameters: None
  Returns: A LIST of GROUPINFO structures
  Description: This function Returns a list of all configured groups' information
DeleteGroup - Parameters: GROUP to be deleted.
  Returns: Success or failure
  Description: This function permanently removes a group.
EditGroup - Parameters: GROUP to be edited, GROUPINFO to be applied
  Returns: Success or failure
  Description: This function changes a GROUP's information
GetGroupPolicyOSCategories - Parameters: GROUP to get information about
  Returns: A LIST of OPERATINGSYSYTEMCATEGORYs
  that have group policies configured
  Description: This function retrieves a list of operating system
  categories that have group policies configured
GetGroupPolicyOSSubCategories - Parameters: GROUP to get information about,
  OPERATINGSYSTEMCATEGORY to get sub category information about
  Returns: A LIST of OPERATINGSYSTEMSUBCATEGORYs
  Description: This function retrieves a list of operating system sub-categories of
  OPERATINGSYSTEMCATEGORY that have policies for the GROUP
GetGroupPolicyInfo - Parameters: GROUPPOLICY to get information about,
  GROUPPOLICYINFO pointer to receive the information
  Returns: Success or Failure
  Description: This function fills the passed GROUPPOLICYINFO structure with the
  information for the GROUPPOLICY
GetGroupPolicyInfoBy●SCat - Parameters: GROUP to get information about,
  OPERATINGSYSTEMCATEGORY to get the policy for, GROUPPOLICYINFO
  pointer to receive the information
  Returns: Success or failure
  Description: This function retrieves the information for a policy for the
  OPERATINGSYSTEMCATEGORY in the GROUP
GetGroupPolicyInfoByOSSubCat - Parameters: GROUP to get information about,
  OPERATINGSYSTEMSUBCATEGORY to get the policy for, GROUPPOLICYINFO
  pointer to receive the information
  Returns: Success or failure
  Description: This function retrieves the information for a policy for the
  OPERATINGSYSTEMSUBCATEGORY in the GROUP
DeleteGroupPolicy - Parameters: GROUPPOLICY to delete
  Returns: Success or failure
  Description: This function permanently deletes the GROUPPOLICY
EditGroupPolicy - Parameters: GROUPPOLICYINFO with new information
  Returns: Success or failure
  Description: This function updates the group policy (contained in
  GROUPPOLICYINFO) with the information in GROUPPOLICYINFO
AddGroupPolicy - Parameters: GROUP to add the policy to, GROUPPOLICYINFO
  containg the policy information
  Returns: Success or Failure
  Description: This function creates a new group policy and applies it to the GROUP
GetClientsInGroup - Parameters: GROUP to retrieve the clients from
  Returns: LIST of CLIENTs belonging to the group
  Description: This function retrieves a list of clients that are members of a specific
  group
GetClientsInGroupEx - Parameters: GROUP to retrieve the clients from
  Returns: LIST of CLIENTINFOs for clients belonging to the group
  Description: This function Returns a list of CLIENTINFO structures containing
  information for the clients that belong to this group
AddClientToGroup - Parameters: CLIENT to add to a group, GROUP to add the client to.
  Returns: Success or failure
  Description: This function adds a client to a group
RemoveClientFromGroup - Parameters: CLIENT to remove from group, GROUP to
  remove the client from
  Returns: Success or failure.
  Description: This function removes a client from a group.
MoveClientToGroup - Parameters: CLIENT to move, GROUP to move client to
  Returns: Success or Failure
  Description: This function moves CLIENT to GROUP
GetUngroupedClients - Parameters: None
  Returns: LIST of ungrouped clients
  Description: This function Returns a LIST of the clients that do not belong to any
  group

US 10,873,595 B1

**25**

TABLE 12-continued

GetUngroupedClientsEx - Parameters: None
  Returns: LIST of CLIENTINFO structures
  Description: This function Returns a LIST of CLIENTINFO structures for the clients
  that do not belong to any group
GetGroupInfo - Parameters: GROUP to get information about, GROUPINFO pointer to
  receive the information
  Returns: Success or failure
  Description: This function retrieves the information for the GROUP

Table 13 sets forth Client Management Functions.

TABLE 13

GetClientInstalledSoftware - Parameters: CLIENT to get information about
  Returns: LIST of SOFTWARE installed on the client
  Description: This function retrieves a list of the software that has been
  detected on the client
GetClientInstalledSoftwareEx - Parameters: CLIENT to get information
  about
  Returns: LIST of SOFTWAREINFO for software installed on the client
  Description: This function returns a LIST of SOFTWAREINFO
  structures describing the software detected on the client
GetClientInstalledPatches - Parameters: CLIENT to get information from.
  Returns: LIST of PATCHes corresponding to the installed patches on
  the client
  Description: This function retrieves a list of patches that were
  verified as installed on the last polling
GetClientInstalledPatchesEx - Parameters: CLIENT to get information
  from
  Returns: LIST of PATCHINFO structures corresponding to the installed
  patches on the client
  Description: This function retrieves a LIST of PATCHINFO structures
  for patches that were verified as installed on the last polling
GetClientPendingPatches - Parameters: CLIENT to get information from.
  Returns: LIST of PATCHes corresponding to the pending patches for
  the client
  Description: This function returns a list of patches that the client needs
  (according to group policy) as of the last polling.
GetClientPendingPatchesEx - Parameters: CLIENT to get information
  from
  Returns: A LIST of PATCHINFO structures corresponding to the
  pending patches for the client
  Description: This function returns a LIST of PATCHINFO structures
  for patches that the client needs (according to group policy) as of the
  last polling.

**26**

TABLE 13-continued

GetClientPendingServicePack - Parameters: CLIENT to get information
  from
  Returns: SERVICEPACK if a service pack is pending or 0 if not
  Description: This function returns a SERVICEPACK if there is a service
  pack pending for the client (according to group policy) as of the last
  polling.
  If there is no service pack pending it returns 0
GetClientPendingSoftware - Parameters: CLIENT to get information from
  Returns: LIST of SOFTWARE that is pending
  Description: This function returns a list of software that is pending for
  the client (according to group policy) as of the last polling
GetClientLogs - Parameters: CLIENT to get information from
  Returns: LIST of LOGs for the client.
  Description: This function returns a list of logs for a particular client.
GetClientLogsEx - Parameters: CLIENT to get information from
  Returns: LIST of LOGINFO structures
  Description: This function returns a list of LOGINFO structures
  containing log entries for a particular client.
DeleteClient - Parameters: CLIENT to delete.
  Returns: Success or failure.
  Description: This function removes all information pertaining to this
  client from the SysUpdate database.
GetClientOS - Parameters: CLIENT to get information from
  Returns: OPERATINGSYSTEM installed on client
  Description: This function returns the OPERATINGSYSTEM
  installed on the client
GetClientServicePack - Parameters: CLIENT to get information from
  Returns: SERVICEPACK installed on client or 0
  Description: This function returns the service pack installed on the
  client or 0 if the client does not have a service pack installed, or if
  service packs are not applicable to the client's platform
GetClientInfo - Parameters: CLIENT to get information from
  CLIENTINFO pointer to receive the information
  Returns: Success or failure
  Description: This function fills the passed CLIENTINFO structure
  with information pertaining to the passed CLIENT
GetClientFromIP - Parameters: IP address of client
  Returns: CLIENT that corresponds to the passed IP address
  Description: This function maps IP addresses to clients

Table 14 sets forth Patch Management Functions.

TABLE 14

GetPatchInfo - Parameters: PATCH to get information about, PATCHINIFO
  pointer to receive information
  Returns: Success or failure
  Description: This function fills the passed patch info structure with information about
  the passed patch
InstallPatchForClient - Parameters: CLIENT to install the patch on, PATCH to install
  Returns: Success or failure
  Description: This function deploys the patch to the client. Installation proceeds
  asynchronously
InstallPatchForGroup - Parameters: GROUP to install the patch on, PATCH to install
  Returns: Success or failure
  Description: This function deploys the patch to all clients in the group
InstallAllPendingForClient - Parameters: CLIENT to install patches on
  Returns: Success or failure
  Description: This function deploys all pending patches for a client to the client
InstallAllPendingForGroup - Parameters: GROUP to install patches on
  Returns: Success or failure
  Description: This function deploys all pending patches to all clients in a group

US 10,873,595 B1

TABLE 14-continued

RejectPatchForClient - Parameters: CLIENT to reject patch for, PATCH to reject
  Returns: Success or failure
  Description: This function rejects a patch for a client. This patch will not be queued
  down or installed
RejectPatchForGroup - Parameters: GROUP to reject patch for, PATCH to reject
  Returns: Success or failure
  Description: This function rejects a patch for every client in a group. This patch will
  not be queued down or installed
RequeuePatchForClient - Parameters: CLIENT to requeue the patch for, PATCH to requeue
  Returns: Success or failure
  Description: This function requeues a previously rejected patch for a client
RequeuePatchForGroup - Parameters: GROUP to requeue the patch for, PATCH to requeue
  Returns: Success or failure
  Description: This function requeues a previously rejected patch for every client in a
  group
RemovePatchFromClient - Parameters: CLIENT to remove patch from, PATCH to remove
  Returns: Success or failure
  Description: This function will uninstall a patch from a client
RemovePatchFromGroup - Parameters: GROUP to remove patch from, PATCH to remove
  Returns: Success or failure
  Description: This function will uninstall a patch for every client in a group
InstallServicePackForClient - Parameters: CLIENT to install service pack on,
  SERVICEPACK to install on client
  Returns: Success or failure
  Description: This function will install a service pack on a client
InstallServicePackForGroup - Parameters: GROUP to install service pack on,
  SERVICEPACK to install
  Returns: Success or failure
  Description: This function will install a service pack on every client in a group
InstallSoftwareForClient - Parameters: CLIENT to install software update on,
  SOFTWARE to install
  Returns: Success or failure
  Description: This function will install a software update on a client
InstallSoftwareForGroup - Parameters: GROUP to install software update on,
  SOFTWARE to install
  Returns: Success or failure
  Description: This function will install a software update on every client in a group.
GetCveIDsFromPatch - Parameters: PATCH to get CveIDs from
  Returns: A LIST of CVEIDs
  Description: This function returns a list of CVEIDs the correspond to the PATCH

Table 15 sets forth Polling Functions.

TABLE 15

PollClient - Parameters: CLIENT to poll
  Returns: Success or failure.
  Description: This function causes a client to be
  polled by the OnSite Server immediately.

TABLE 15-continued

PollGroup - Parameters: GROUP to poll
  Returns: Success or failure.
  Description: This function causes all the clients in
  a particular group to be polled immediately.
PollAll - Parameters: NONE
  Returns: Success or failure.
  Description: This function causes all clients to be
  polled immediately.

Table 16 sets forth User Management Functions.

TABLE 16

GetUsers - Parameters: None
  Returns: A LIST of USERs
  Description: This function returns a list of all users for the system
GetUserInfo - Parameters: USER to get information about, USERINFO pointer to
  receive the information
  Returns: Success or failure
  Description: This function populates the passed USERINFO structure with information
  about the passed USER
GetUserGroupPrivileges - Parameters: USER to get information about
  Returns: A LIST of USERGROUPPRIVILEGEs
  Description: This function returns a LIST of USERGROUPPRIVILEGES representing
  the privileges that a particular user has
GetUserGroupPrivilegesEx - Parameters: USER to get information about
  Returns: A LIST of USERGROUPPRIVILEGEINFO structures
  Description: This function returns a LIST of USERGROUPPRIVILEGEINFO
  structures representing the privileges that a particular user has

**29**

TABLE 16-continued

GetUserGroupPrivilegeInfo - Parameters: USERGROUPPRIVILEGE to get information
about, USERGROUPPRIVILEGEINFO pointer to receive information
  Returns: Success or failure
  Description: This function populates the passed USERGROUPPRIVILEGEINFO
structure with the details of the particular privilege
GetUserGroupPrivilegeInfoByGroup - Parameters: USER to get information about,
GROUP to get information for, USERGROUPPRIVILEGEINFO pointer to populate
  Returns: Success or Failure
  Description: This function populates the passed USERGROUPPRIVILEGEINFO
structure with the detailed information regarding the permissions that the passed user
has on the passed group
AddUserGroupPrivilege - Parameters: USERGROUPPRIVILEGEINFO structure to add
  Returns: Success or failure
  Description: This function adds a USERGROUPPRIVILEGE
EditUserGroupPrivilege - Parameters: USERGROUPPRIVILEGEINFO with new values
  Returns: Success or failure
  Description: This function edits the USERGROUPPRIVILEGEINFO structure passed
in, assign it the new values
DeleteUserGroupPrivilege - Parameters: USERGROUPPRIVILEGE to delete
  Returns: Success or failure
  Description: This function deletes the passed USERGROUPPRIVILEGE from the
system
AddUser - Parameters: USERNAME, PASSWORD, and USERTYPE
  Returns: USER representing the user that was just created
  Description: This function creates a new user with the provided username, password,
and type, and returns a USER representing the new user or ● in the case of an error
DeleteUser - Parameters: USER to delete
  Returns: Success or failure
  Description: This function permanently deletes the USER from the system along with
any privileges the user may have had
ChangeUserPassword - Parameters: USER to change password for, new PASSWORD
  Returns: Success or failure
  Description: This function changes the password for a user
ChangeUserRole - Parameters: USER to change role, ROLE to change to
  Returns: Success or failure
  Description: This Function changes a user's role
GetUserFromName - Parameters: USERNAME
  Returns: USER corresponding to the passed user name
  Description: This function provides a mapping from user names to USERs

Table 17 sets forth Miscellaneous Functions.

TABLE 17

CreateList - Parameters: None
  Returns: A new, empty, LIST
  Description: This functions creates a new LIST that is initially
empty
GetListItemEx - Parameters: LIST to retrieve item from, INDEX of
item to retrieve, VOID pointer to receive item
  Returns: Success or failure
  Description: This function populates the memory pointed to by
VOID with the contents of the LIST item at INDEX
GetListSize - Parameters: LIST to get the size of
  Returns: the size of the LIST
  Description: This function returns the number of elements currently
in the list
AddItemToList - pointer to LIST to add the item to, LONG item
to add
  Returns: None
  Description: This function adds an "item" (such as a GROUP or
a CLIENT) to a LIST
AddClientInfoExToList - See AddItemToList
AddGroupInfoToList - See AddItemToList
AddPatchInfoExToList - See AddItemToList
AddSoftwareInfoToList - See AddItemToList
AddSoftwareCategoryInfoToList - See AddItemToList
AddUserGroupPrivilegeInfoExToList - See AddItemToList
RemoveItemFromList - Parameters: pointer to LIST to remove the
item from, INDEX of item to remove
  Returns: None
  Description: This function removes the item at INDEX from
the LIST

**30**

TABLE 17-continued

FreeList - LIST to deallocate
  Returns: None
  Description: This function deallocates the resources used by LIST
GetSoftwareInfo - Parameters: SOFTWARE to get information for,
SOFTWAREINFO pointer to hold the information
  Returns: Success or failure
  Description: This function populates the SOFTWAREINFO
structure pointed at with information regarding the SOFTWARE
GetLogInfo - Parameters: LOG to get information about, LOGINFO
pointer to contain the information
  Returns: Success or failure
  Description: This function populates the LOGINFO structure
pointed at with information regarding the LOG
GetSoftwareCategories - Parameters: None
  Returns: A LIST of SOFTWARECATEGORYs
  Description: This function returns a LIST of
SOFTWARECATEGORYr
GetSoftwareCategoriesEx - Parameters: None
  Returns: A LIST of SOFTWARECATEGORYINFO structures
  Description: This function returns LIST of
SOFTWARECATEGORYINFO structures for every
software category known on the system
GetSoftwareCategoriesForOperatingSystemCategory - Parameters: an
OPERATINGSYSTEMCATEGORY to get information for
  Returns: A LIST of SOFTWARECATEGORYs
  Description: This function returns a LIST of software categories for
the passed operating system category.
GetSoftwareCategoriesForOperatingSystemCategoryEx - As above
only, returning the appropriate "info" structures in the list
GetSoftwareCategoryInfo - Parameters: SOFTWARECATEGORY
to get information for, SOFTWARECATEGORYIFNO pointer to
contain the information
  Returns: Success or failure

US 10,873,595 B1

**31**

Table 18 sets forth Policy Compliance Functions.

These functions are provided in a separate source tree (policy tree) for the Policy Compliance and Enforcement module. Function include: Password/system access policies, log configurations, audit settings, user/group privilege rights, general service settings, service permissions, registry values, registry permissions, file permissions. It can also perform deltas on and get information about: groups, users, services, and all the "Run" registry keys.

The function calls are being integrated into the live production tree and subject to change.

TABLE 18

| | |
|---|---|
| GetPolicyItemInfo - As GetOperatingSystemInfo for POLICYITEM and POLICYITEMINFO | 15 |
| InstallPolicyItemForClient - As InstallPatchForClient for POLICYITEM | |
| InstallPolicyItemForGroup - As InstallPatchForGroup for POLICYITEM | |
| InstallAllPendingPolicyItemsForClient - As InstallAllPendingPatchesForClient for POLICYITEM | 20 |
| InstallAllPendingPolicyItemsForGroup - As InstallAllPendingPatchesForGroup for POLICYITEM | |
| RemovePolicyItemFromClient - As RemovePatchForClient for POLICYITEM | |
| RemovePolicyItemFromGroup - As RemovePatchFromGroup for POLICYITEM | 25 |

All publications, prior applications, and other documents cited herein are hereby incorporated by reference in their entirety as if each had been individually incorporated by reference and fully set forth.

While the invention has been illustrated and described in detail in the drawings and foregoing description, the same is to be considered as illustrative and not restrictive in character, it being understood that only the preferred embodiments have been shown and described and that all changes and modifications that would occur to one skilled in the relevant art are desired to be protected.

The invention claimed is:

1. A method, comprising:

at at least one server:

identifying first vulnerability information utilizing second vulnerability information that is used to identify a plurality of potential vulnerabilities, the first vulnerability information being identified by:

identifying at least one operating system of a plurality of devices, and

based on the at least one operating system, identifying at least one of the plurality of potential vulnerabilities as an actual vulnerability of a plurality of actual vulnerabilities of the at least one operating system to which the plurality of devices is actually vulnerable; and

communicating, from the at least one server and to at least one of the plurality of devices over at least one network, the first vulnerability information, the first vulnerability information corresponding with the actual vulnerabilities of the at least one operating system of the at least one device, and excluding at least a portion of the second vulnerability information that does not correspond with the actual vulnerabilities of the at least one operating system of the at least one device;

at the at least one device:

receiving, from the at least one server over the at least one network, the first vulnerability information;

**32**

identifying a first portion of the first vulnerability information that includes data inspection-related information that corresponds with at least one of the actual vulnerabilities of the at least one operating system of the at least one device, and that excludes other data inspection-related information of the second vulnerability information that does not correspond with the actual vulnerabilities of the at least one operating system of the at least one device;

identifying a first event of a plurality of events in connection with the at least one device;

causing a determination that the at least one of the actual vulnerabilities corresponding with the data inspection-related information is susceptible to being taken advantage of by the first event identified in connection with the at least one device, utilizing the data inspection-related information;

identifying a second event of the plurality of events in connection with the at least one device;

causing a determination that the at least one of the actual vulnerabilities corresponding with the data inspection-related information is not susceptible to being taken advantage of by the second event identified in connection with the at least one device, utilizing the data inspection-related information;

identifying a second portion of the first vulnerability information that includes traffic inspection-related information that corresponds with at least one of the actual vulnerabilities of the at least one operating system of the at least one device, and that excludes other traffic inspection-related information of the second vulnerability information that does not correspond with the actual vulnerabilities of the at least one operating system of the at least one device;

identifying a third event of the plurality of events in connection with the at least one device;

causing a determination that the at least one of the actual vulnerabilities corresponding with the traffic inspection-related information is susceptible to being taken advantage of by the third event identified in connection with the at least one device, utilizing the traffic inspection-related information;

identifying a fourth event of the plurality of events in connection with the at least one device;

causing a determination that the at least one of the actual vulnerabilities corresponding with the traffic inspection-related information is not susceptible to being taken advantage of by the fourth event identified in connection with the at least one device, utilizing the traffic inspection-related information;

identifying a third portion of the first vulnerability information that includes firewall-related information that corresponds with at least one of the actual vulnerabilities of the at least one operating system of the at least one device, and that excludes other firewall-related information of the second vulnerability information that does not correspond with the actual vulnerabilities of the at least one operating system of the at least one device;

identifying a fifth event of the plurality of events in connection with the at least one device;

causing a determination that the at least one of the actual vulnerabilities corresponding with the firewall-related information is susceptible to being taken advantage of by the fifth event identified in connection with the at least one device, utilizing the firewall-related information;

identifying a sixth event of the plurality of events in connection with the at least one device; and

US 10,873,595 B1

**33**

causing a determination that the at least one of the actual vulnerabilities corresponding with the firewall-related information is not susceptible to being taken advantage of by the sixth event identified in connection with the at least one device, utilizing the firewall-related information; and

at at least one administrator computer:

in response to administrator action, causing setting, before the first and second events, of a first policy associated with utilizing the data inspection-related information that is applied to a group including each of the plurality of devices that has the at least one operating system;

in response to administrator action, causing setting, before the third and fourth events, of a second policy associated with utilizing the traffic inspection-related information that is applied the group including each of the plurality of devices that has the at least one operating system; and

in response to administrator action, causing setting, before the fifth and sixth events, of a third policy associated with utilizing the firewall-related information that is applied to the group including each of the plurality of devices that has the at least one operating system.

**2**. The method of claim **1**, and further comprising:

at the at least one administrator computer:

in response to receipt of group management signals, causing performance of group management operations, the group management signals including at least five (5) of:

a first group management signal for causing performance of a first group management operation to create a particular group,

a second group management signal for causing performance of a second group management operation to retrieve a list of different groups,

a third group management signal for causing performance of a third group management operation to retrieve group information associated with at least one of the different groups,

a fourth group management signal for causing performance of a fourth group management operation to delete at least one of the different groups,

a fifth group management signal for causing performance of a fifth group management operation to edit at least one of the different groups,

a sixth group management signal for causing performance of a sixth group management operation to add at least one group policy associated with at least one of the different groups,

a seventh group management signal for causing performance of a seventh group management operation to retrieve the at least one group policy associated with the at least one of the different groups,

an eighth group management signal for causing performance of an eighth group management operation to edit the at least one group policy associated with the at least one of the different groups, and

a ninth group management signal for causing performance of a ninth group management operation to delete the at least one group policy associated with the at least one of the different groups.

**3**. The method of claim **2**, wherein the data inspection-related information, the traffic inspection-related informa-

**34**

tion, and the firewall-related information correspond with a same one of the actual vulnerabilities of the at least one operating system.

**4**. The method of claim **2**, wherein the data inspection-related information includes virus signatures utilized by a virus scanner, and the traffic inspection-related information includes intrusion signatures utilized by an intrusion detection or prevention system.

**5**. The method of claim **2**, wherein the first policy, the second policy, and the third policy are set based on different administrator actions received via at least one graphical user interface.

**6**. The method of claim **2**, wherein the first policy, the second policy, and the third policy are set based on at least one administrator action received via a single graphical user interface.

**7**. The method of claim **2**, and further comprising: at the at least one administrator computer: in response to administrator action, causing setting of at least one update policy for an update for the data inspection-related information, the traffic inspection-related information, and the firewall-related information, the at least one update policy being applied to the group including each of the plurality of devices that has the at least one operating system.

**8**. The method of claim **2**, and further comprising: at the at least one administrator computer: in response to administrator action, causing setting of a fourth policy associated with the receipt of the first vulnerability information that is applied to the group including each of the plurality of devices that has the at least one operating system.

**9**. The method of claim **2**, and further comprising: at the at least one administrator computer: in response to administrator action, causing setting of at least one update policy for an update for at least a portion of the at least one operating system.

**10**. The method of claim **2**, wherein each instance of the receipt at the at least one device is caused by a single application.

**11**. The method of claim **2**, wherein the identification of the first, second, and third portions of the first vulnerability information at the at least one device is performed by a single application.

**12**. The method of claim **2**, wherein the identification of the first, second, and third portions of the first vulnerability information at the at least one device is performed by a single application that is downloaded to the at least one device.

**13**. The method of claim **2**, wherein the identification of the first, second, and third portions of the first vulnerability information at the at least one device is performed by a single application that is used to indicate that the at least one device includes the at least one operating system, where, based on the indication, the first vulnerability information is received at the at least one device to the exclusion of the at least portion of the second vulnerability information that does not correspond with the actual vulnerabilities of the at least one operating system.

**14**. The method of claim **2**, wherein the identification of the first, second, and third portions of the first vulnerability information at the at least one device is performed by a single application, and further comprising: at the at least one administrator computer: causing display of at least one interface that provides one or more policy options in connection with at least one of the first, second, and third portions of the first vulnerability information, in order to cause utilization of different mitigation actions of diverse mitigation types, including a firewall-based mitigation type

35

and another mitigation type, based on at least one result of utilizing at least one of the first, second, and third portions of the first vulnerability information.

**15**. The method of claim **2**, wherein the identification of the first, second, and third portions of the first vulnerability information at the at least one device is performed by a single application, and further comprising: at the at least one administrator computer: causing display of at least one interface that provides one or more policy options, in order to cause utilization of different mitigation actions of diverse mitigation types, including a firewall-based mitigation type and another mitigation type, based on at least one result of utilizing at least two of the first, second, and third portions of the first vulnerability information.

**16**. At least one non-transitory computer-readable media storing instructions, comprising:

first instructions that, when stored on at least one first memory of at least one server and executed by at least one first processor of the at least one server, cause the at least one server to:

identify first vulnerability information utilizing second vulnerability information that is used to identify a plurality of potential vulnerabilities, the first vulnerability information being identified by:

identifying at least one operating system of a plurality of devices, and

based on the at least one operating system, identifying at least one of the plurality of potential vulnerabilities as an actual vulnerability of a plurality of actual vulnerabilities of the at least one operating system to which the plurality of devices is actually vulnerable; and

communicate, from the at least one server and to at least one of the plurality of devices over at least one network, the first vulnerability information;

second instructions that, when downloaded and stored on at least one second memory of the at least one device and executed by at least one second processor of the at least one device, cause the at least one device to:

receive, from the at least one server and at the at least one device over the at least one network, the first vulnerability information,

store the first vulnerability information on the at least one second memory, and

receive the first vulnerability information from the at least one second memory, the first vulnerability information corresponding with the actual vulnerabilities of the at least one operating system of the at least one device, and excluding at least a portion of the second vulnerability information that does not correspond with the actual vulnerabilities of the at least one operating system of the at least one device;

third instructions that, when downloaded and stored on the at least one second memory of the at least one device and executed by the at least one second processor of the at least one device, cause the at least one device to:

identify a first portion of the first vulnerability information that includes data inspection-related information that corresponds with at least one of the actual vulnerabilities of the at least one operating system of the at least one device, and that excludes other data inspection-related information of the second vulnerability information that does not correspond with the actual vulnerabilities of the at least one operating system of the at least one device,

36

identify a first event of a plurality of events in connection with the at least one device,

cause a determination that the at least one of the actual vulnerabilities corresponding with the data inspection-related information is susceptible to being taken advantage of by the first event identified in connection with the at least one device, utilizing the data inspection-related information,

identify a second event of the plurality of events in connection with the at least one device, and

cause a determination that the at least one of the actual vulnerabilities corresponding with the data inspection-related information is not susceptible to being taken advantage of by the second event identified in connection with the at least one device, utilizing the data inspection-related information;

fourth instructions that, when downloaded and stored on the at least one second memory of the at least one device and executed by the at least one second processor of the at least one device, cause the at least one device to:

identify a second portion of the first vulnerability information that includes traffic inspection-related information that corresponds with at least one of the actual vulnerabilities of the at least one operating system of the at least one device, and that excludes other traffic inspection-related information of the second vulnerability information that does not correspond with the actual vulnerabilities of the at least one operating system of the at least one device,

identify a third event of the plurality of events in connection with the at least one device,

cause a determination that the at least one of the actual vulnerabilities corresponding with the traffic inspection-related information is susceptible to being taken advantage of by the third event identified in connection with the at least one device, utilizing the traffic inspection-related information,

identify a fourth event of the plurality of events in connection with the at least one device, and

cause a determination that the at least one of the actual vulnerabilities corresponding with the traffic inspection-related information is not susceptible to being taken advantage of by the fourth event identified in connection with the at least one device, utilizing the traffic inspection-related information,

fifth instructions that, when downloaded and stored on the at least one second memory of the at least one device and executed by the at least one second processor of the at least one device, cause the at least one device to:

identify a third portion of the first vulnerability information that includes firewall-related information that corresponds with at least one of the actual vulnerabilities of the at least one operating system of the at least one device, and that excludes other firewall-related information of the second vulnerability information that does not correspond with the actual vulnerabilities of the at least one operating system of the at least one device,

identify a fifth event of the plurality of events in connection with the at least one device,

cause a determination that the at least one of the actual vulnerabilities corresponding with the firewall-related information is susceptible to being taken advantage of by the fifth event identified in connection with the at least one device, utilizing the firewall-related information,

37

identify a sixth event of the plurality of events in connection with the at least one device, and

cause a determination that the at least one of the actual vulnerabilities corresponding with the firewall-related information is not susceptible to being taken advantage of by the sixth event identified in connection with the at least one device, utilizing the firewall-related information; and

sixth instructions that, when downloaded and stored on at least one third memory of at least one administrator computer and executed by at least one third processor of the at least one administrator computer, cause the at least one administrator computer to:

in response to administrator action, cause setting, before the first and second events, of a first policy for the third instructions that is applied to a group including each of the plurality of devices that has the at least one operating system,

in response to administrator action, cause setting, before the third and fourth events, of a second policy for the fourth instructions that is applied the group including each of the plurality of devices that has the at least one operating system, and

in response to administrator action, cause setting, before the fifth and sixth events, of a third policy for the fifth instructions that is applied to the group including each of the plurality of devices that has the at least one operating system.

17. The at least one non-transitory computer-readable media of claim 16, wherein:

the second instructions provide update support for each of the third instructions, the fourth instructions, and the fifth instructions;

the sixth instructions, when executed by the at least one third processor of the at least one administrator computer, cause the at least one administrator computer to cause, in response to administrator action, setting of at least one fourth policy for controlling at least one aspect of an update for at least two of the third, fourth, and fifth instructions; and

the second, third, fourth, and fifth instructions are integrated into a same client application that is used to indicate that the at least one device includes the at least one operating system, where, based on the indication, the first vulnerability information is received to the exclusion of the at least portion of the second vulnerability information that does not correspond with the actual vulnerabilities of the at least one operating system of the at least one device.

18. The at least one non-transitory computer-readable media of claim 17, wherein:

the sixth instructions that, when executed by the at least one third processor of the at least one administrator computer, cause the at least one administrator computer to: in response to administrator action, cause setting of a fifth policy, in order to cause utilization of different mitigation actions of diverse mitigation types, including a firewall-based mitigation type and another mitigation type, based on at least one result of at least one of at least two of the third, fourth, and fifth instructions;

the sixth instructions that, when executed by the at least one third processor of the at least one administrator computer, cause the at least one administrator computer to: in response to administrator action, cause setting of a sixth policy for an update for at least a portion of the at least one operating system that is separate from the second, third, fourth, and fifth instructions

38

the actual vulnerabilities of the at least one operating system each have a Common Vulnerabilities and Exposures (CVE) identifier associated therewith to be displayed in association with the at least one device, where the CVE identifier is displayed in connection with an option for, in response to a selection thereof, cause display of at least one patch associated with the CVE identifier;

the data inspection-related information includes virus signatures, and the traffic inspection-related information includes intrusion signatures; and

the sixth instructions, when executed by the at least one third processor of the at least one administrator computer, cause the at least one administrator computer to:

in response to receipt of group management signals, cause performance of group management operations, the group management signals including at least seven (7) of:

a first group management signal for causing performance of a first group management operation to create a particular group,

a second group management signal for causing performance of a second group management operation to retrieve a list of different groups,

a third group management signal for causing performance of a third group management operation to retrieve group information associated with at least one of the different groups,

a fourth group management signal for causing performance of a fourth group management operation to delete at least one of the different groups,

a fifth group management signal for causing performance of a fifth group management operation to edit at least one of the different groups,

a sixth group management signal for causing performance of a sixth group management operation to add at least one group policy associated with at least one of the different groups,

a seventh group management signal for causing performance of a seventh group management operation to retrieve the at least one group policy associated with the at least one of the different groups,

an eighth group management signal for causing performance of an eighth group management operation to edit the at least one group policy associated with the at least one of the different groups, and

a ninth group management signal for causing performance of a ninth group management operation to delete the at least one group policy associated with the at least one of the different groups.

19. The at least one non-transitory computer-readable media of claim 18, wherein at least one of:

the second vulnerability information is utilized by at least one of: receiving at least one update therefrom; pulling at least one update therefrom; communicating therewith; accessing the same; or synchronizing therewith;

the second vulnerability information includes accurately identified vulnerability information;

the first vulnerability information includes a subset of the second vulnerability information such that the at least one of the plurality of potential vulnerabilities of the second vulnerability information is reclassified as the actual vulnerability;

the identified at least one of the plurality of potential vulnerabilities of the second vulnerability information is reclassified as the actual vulnerability;

**39**

the first vulnerability information is identified via a vulnerability scan operation;

the first vulnerability information includes potential vulnerability information used as actual vulnerability information;

the mitigation is by preventing advantage being taken by at least one of removing the at least one actual vulnerability, or reducing an effect of any event that takes advantage of the at least one actual vulnerability;

the firewall-based mitigation type includes at least one of: a type that mitigates any event utilizing firewall functionality, or a type that mitigates any event utilizing a firewall;

the different mitigation actions of the diverse mitigation types are selectively utilized across the plurality of devices to mitigate any event by preventing any event from taking advantage of the at least one actual vulnerability thereafter;

advantage is prevented from being taken of the actual vulnerabilities utilizing the different mitigation actions of the diverse mitigation types across the plurality of devices, by utilizing a first one of the different mitigation actions on one of the plurality of devices and utilizing a second one of the different mitigation actions on another one of the plurality of devices;

advantage is prevented from being taken of the actual vulnerabilities utilizing the different mitigation actions of the diverse mitigation types across the plurality of devices, by utilizing a first one of the different mitigation actions and a second one of the different mitigation actions on each of the plurality of devices;

advantage is prevented from being taken of the actual vulnerabilities utilizing the different mitigation actions of the diverse mitigation types across the plurality of devices, by completing a selected at least one of a first one of the different mitigation actions or a second one of the different mitigation actions to address the at least one actual vulnerability in connection with at least one of the plurality of devices;

advantage is prevented from being taken of the actual vulnerabilities utilizing the different mitigation actions of the diverse mitigation types across the plurality of devices, by utilizing a first one of the different mitigation actions for a first actual vulnerability and utilizing a second one of the different mitigation actions for a second actual vulnerability;

the at least one actual vulnerability includes the at least one operating system;

the at least one actual vulnerability includes at least a portion of the at least one operating system;

the actual vulnerabilities include the at least one actual vulnerability;

advantage is prevented from being taken of the actual vulnerabilities utilizing the different mitigation actions of the diverse mitigation types across the plurality of devices, by utilizing a first one of the different mitigation actions for a first aspect of the at least one actual vulnerability which includes the at least one operating system and utilizing a second one of the different mitigation actions for a second aspect of the at least one operating system;

one or more of the different mitigation actions is caused after any event to utilize the different mitigation actions of the diverse mitigation types;

one or more of the different mitigation actions is caused before any event to utilize the different mitigation actions of the diverse mitigation types;

**40**

the different mitigation actions include different remediation actions;

the different mitigation actions of the diverse mitigation types utilized at the plurality of devices include the same set of the different mitigation actions;

each event includes at least one of a request, traffic, at least one packet, or a potential attack;

the firewall type functionality utilizing at least one of a firewall, a gateway with the firewall type functionality, a router with the firewall type functionality, a sensor with the firewall type functionality, or a multiple-security product system with the firewall type functionality;

the preventing includes at least one of rejecting a request, disallowing an attempt, dropping at least one packet, blocking a potential attack, redirecting a request, setting a policy, affecting a service, changing a configuration option, or installing a patch;

the at least one server includes an offsite server;

the at least one server includes an onsite server;

the at least one server includes a network server;

the at least one server includes a backend server;

the first instructions include server instructions, the second instructions include device instructions, the third instructions include scanner instructions, the fourth instructions include intrusion detection instructions, the fifth instructions include firewall instructions, and the sixth instructions include administrator computer instructions;

the sixth instructions are downloaded;

the sixth instructions are accessible via a website;

the sixth instructions are downloaded via at least one page accessible via a website;

the first instructions include server software;

the first instructions are part of server software;

the first instructions include software installed on the at least one server;

the second instructions include client software;

the second instructions are part of client software;

the second instructions include software installed on the at least one device;

the second instructions includes an agent;

the second instructions is part of an agent;

the second instructions is integrated with an agent;

the third instructions include client software;

the third instructions are part of client software;

the third instructions include software installed on the at least one device;

the third instructions includes an agent;

the third instructions is part of an agent;

the third instructions is integrated with an agent;

the third instructions includes a virus scanner;

the fourth instructions include client software;

the fourth instructions are part of client software;

the fourth instructions include software installed on the at least one device;

the fourth instructions includes an agent;

the fourth instructions is part of an agent;

the fourth instructions is integrated with an agent;

the fourth instructions includes an intrusion detection system;

the fourth instructions includes intrusion detection software;

the fifth instructions include client software;

the fifth instructions are part of client software;

the fifth instructions include software installed on the at least one device;

**41**

the fifth instructions includes an agent;

the fifth instructions is part of an agent;

the fifth instructions is integrated with an agent;

the fifth instructions includes a firewall;

the fifth instructions includes firewall software;

the fifth instructions causes communication with a firewall;

the fifth instructions controls a firewall;

the sixth instructions include client software;

the sixth instructions are part of client software;

the sixth instructions include software installed on the at least one device;

the sixth instructions includes an agent;

the sixth instructions is part of an agent;

the sixth instructions is integrated with an agent;

the sixth instructions includes a firewall;

the sixth instructions includes firewall software;

the first, second, third, fourth, fifth, and sixth instructions are components of one or more of at least one of: software, code, or a kit;

the first policy for the third instructions is for installing a first patch in connection with the third instructions, the second policy for the fourth instructions is for installing a second patch in connection with the fourth instructions, and the third policy for the fifth instructions is for installing a third patch in connection with the fifth instructions;

the first vulnerability information includes at least one of: a patch, information associated with a patch, information associated with endpoints that contain vulnerable software or that are more likely to be compromised; information associated with vulnerable software on each endpoint; information associated with policies; or information associated with vulnerability remediation;

the first vulnerability information include information associated with vulnerabilities including at least one of a security weakness, gap, or flaw that could be exploited by an attack or threat;

the second vulnerability information includes at least one of: a patch, information associated with a patch, information associated with endpoints that contain vulnerable software or that are more likely to be compromised; information associated with vulnerable software on each endpoint; information associated with policies; or information associated with vulnerability remediation;

the first vulnerability information includes at least one of rules, signatures, or anomalies;

the second vulnerability information includes at least one of rules, signatures, or anomalies;

the second vulnerability information include information associated with vulnerabilities including at least one of a security weakness, gap, or flaw that could be exploited by an attack or threat;

an entirety of the first vulnerability information is received via the at least one server;

the at least one server includes a plurality of servers;

the at least one server includes a plurality of servers from which different portions of the the first vulnerability information is received;

the at least one server includes a plurality of servers from which different portions of the the first vulnerability information is received;

the at least one server includes a plurality of servers, and the at least first processor includes a plurality of first processors including a first subset of first processors

**42**

included in a first server, and a second subset of first processors included in a second server;

the at least one server includes a single server;

the at least one server does not include a single server;

the first vulnerability information is identified to address the at least one actual vulnerability;

the first vulnerability information is identified to mitigate any attack on the at least one actual vulnerability;

the first vulnerability information is identified to address the at least one actual vulnerability, by mitigating any attack on the at least one actual vulnerability;

the first vulnerability information is received, from the at least one server and at the at least one device over the at least one network, by being pulled therefrom;

the first vulnerability information is received, from the at least one server and at the at least one device over the at least one network, by not being pulled therefrom;

the first vulnerability information is identified utilizing the second vulnerability information, by identifying a subset of the second vulnerability information;

the first vulnerability information is identified utilizing the second vulnerability information, by identifying a subset of the second vulnerability information which is already existing;

at least one of the first, second, third, fourth, fifth, and sixth events involves at least one of data or traffic;

at least one of the first, second, third, fourth, fifth, and sixth events includes a potential attack;

at least one of the first, second, third, fourth, fifth, and sixth events includes an occurrence;

at least one of the first, third, or fifth events includes an incident;

at least one of the first, third, or fifth events includes an attack;

at least one of the first, third, or fifth events includes an actual incident;

at least one of the first, third, or fifth events includes actual attack;

at least one of the second, fourth, or sixth events includes only an event;

the first, second, and third events are reported to the administrator computer;

the second, fourth, or sixth events are not reported to the administrator computer;

the determination that at least one of the actual vulnerabilities of the at least one device is susceptible to being taken advantage, is not entirely carried out at the at least one device;

the determination that at least one of the actual vulnerabilities of the at least one device is susceptible to being taken advantage, is not entirely carried out by the at least one device;

the at least one server communicates the first vulnerability information, from the at least one server and to the at least one device over at least one network, via another server;

the at least one server communicates the first vulnerability information, from the at least one server and to the at least one device over at least one network, without communicating via another server;

the at least one server communicates the first vulnerability information, from the at least one server and to the at least one device over at least one network, directly;

at least one of the actual vulnerabilities is patched;

none of the actual vulnerabilities are patched;

US 10,873,595 B1

**43**

the determination that that the plurality of devices is actually vulnerable to the at least one actual vulnerability, is a function of at least one manual action;

the determination that that the plurality of devices is actually vulnerable to the at least one actual vulnerability, is an automatic determination;

the determination that that the plurality of devices is actually vulnerable to the at least one actual vulnerability, is part of a vulnerability scan;

at least one of the actual vulnerabilities includes at least one of a virus, a worm, a direct compromise, and a denial of service attack;

at least one of the actual vulnerabilities includes a software component that is vulnerable to at least one of a virus, a worm, a direct compromise, and a denial of service attack;

at least one of the actual vulnerabilities includes different software components that are each vulnerable to at least one of a virus, a worm, a direct compromise, and a denial of service attack;

different portions of the instructions are downloaded to different system components for being executed by at least one processor thereof of the one or more processors;

the at least one server instructions are stored on an onsite server;

the at least one server instructions are stored on a network operations center server;

the firewall information includes signatures;

the firewall information includes firewall signatures;

the firewall information includes intrusion-related signatures;

the firewall information includes at least one of source or destination information;

the firewall information includes data that supports an intrusion prevention system;

the data inspection-related information is configured for use in inspecting data including at least one of a file, information in code;

the data inspection-related information is configured for use in inspecting data by scanning the data;

the data inspection-related information includes at least one of rules, signatures, or anomalies;

the data inspection-related information is configured for use in inspecting data for at least one of events, incidents, intrusions, or attacks;

the data inspection-related information includes virus signatures;

the data inspection-related information includes virus scanner signatures;

the traffic inspection-related information is configured for use in inspecting traffic including at least one of a packet, a payload, or a communication signal;

the traffic inspection-related information is configured for use in inspecting traffic by scanning the traffic;

the traffic inspection-related information includes at least one of rules, signatures, or anomalies;

the traffic inspection-related information includes instruction detection signatures;

the traffic inspection-related information is configured for use in inspecting traffic for at least one of events, incidents, intrusions, or attacks;

the traffic inspection-related information is for use by an intrusion detection system (IDS);

the traffic inspection-related information includes signatures for use by a network-based intrusion detection system (IDS);

**44**

the traffic inspection-related information includes signatures for use by a host-based intrusion detection system (IDS);

the traffic inspection-related information includes signatures for use by an intrusion prevention system (IPS);

the traffic inspection-related information includes IDS signatures;

the traffic inspection-related information includes signatures IPS signatures;

the second instructions include an agent;

all of the instructions are executed by each the one or more processors;

a first portion of the instructions is executed by a first processor of the one or more processors, and a second portion of the instructions is executed by a second processor of the one or more processors;

the plurality of devices is determined to be actually vulnerable to the at least one actual vulnerability based on the at least one operating system, utilizing the second vulnerability information that is used to identify the plurality of potential vulnerabilities, by identifying a subset of the second vulnerability information associated with the at least one actual vulnerability;

the at least one operating system includes a first operating system of a vender, and a second operating system of the vender;

the at least one operating system includes a first operating system of a vender, but excludes a second operating system of the vender;

the at least one of the actual vulnerabilities that corresponds to the firewall-related information, the at least one of the actual vulnerabilities that corresponds to the data inspection-related information, and the at least one of the actual vulnerabilities that corresponds to the traffic inspection-related information, include the same vulnerability;

the at least one of the actual vulnerabilities that corresponds to the firewall-related information, the at least one of the actual vulnerabilities that corresponds to the data inspection-related information, and the at least one of the actual vulnerabilities that corresponds to the traffic inspection-related information, include different vulnerabilities;

the first vulnerability information is identified by only identifying the at least one of the plurality of potential vulnerabilities, and identifying at least one of the plurality of potential vulnerabilities as an actual vulnerability;

the first vulnerability information is identified by using a result of the identifying the at least one of the plurality of potential vulnerabilities, and the identifying at least one of the plurality of potential vulnerabilities as an actual vulnerability;

the first vulnerability information is identified by using a result of the identifying at least one of the plurality of potential vulnerabilities as an actual vulnerability;

the first vulnerability information is identified by an operation that takes into account a result of the identifying the at least one of the plurality of potential vulnerabilities, and the identifying at least one of the plurality of potential vulnerabilities as an actual vulnerability;

the first vulnerability information is identified by an operation that takes into account a result of at least one of: the identifying the at least one of the plurality of

US 10,873,595 B1

**45**

potential vulnerabilities, or the identifying at least one of the plurality of potential vulnerabilities as an actual vulnerability;

the first policy, the second policy, and the third policy are set in response to different administrator actions;

the first policy, the second policy, and the third policy are set in response to the same administrator action;

at least one of the first policy, the second policy, or the third policy is set by at least one of being added, edited, or deleted;

the first policy, the second policy, and the third policy are set in response to one or more administrator actions detected via at least one graphical user interface;

the first policy is associated with utilizing the data inspection-related information, by controlling at least one aspect of the utilization of the data inspection-related information;

the second policy is associated with utilizing the traffic inspection-related information, by controlling at least one aspect of the utilization of the traffic inspection-related information;

the third policy is associated with utilizing the firewall-related information, by controlling at least one aspect of the utilization of the firewall-related information;

the first policy is associated with utilizing the data inspection-related information, by controlling an update of the data inspection-related information;

the second policy is associated with utilizing the traffic inspection-related information, by controlling an update of the traffic inspection-related information;

the third policy is associated with utilizing the firewall-related information, by controlling an update of the firewall-related information;

the determination that the at least one of the actual vulnerabilities corresponding with the data inspection-related information is susceptible to being taken advantage of by the first event identified in connection with the at least one device, is carried out utilizing the data inspection-related information, by determining that at least a portion of the data inspection-related information matches at least one aspect of the first event;

the determination that the at least one of the actual vulnerabilities corresponding with the data inspection-related information is not susceptible to being taken advantage of by the second event identified in connection with the at least one device, is carried out utilizing the data inspection-related information, by determining that at least a portion of the data inspection-related information does not match at least one aspect of the second event;

the determination that the at least one of the actual vulnerabilities corresponding with the traffic inspection-related information is susceptible to being taken advantage of by the third event identified in connection with the at least one device, is carried out utilizing the traffic inspection-related information, by determining that at least a portion of the traffic inspection-related information matches at least one aspect of the third event;

the determination that the at least one of the actual vulnerabilities corresponding with the traffic inspection-related information is not susceptible to being taken advantage of by the fourth event identified in connection with the at least one device, is carried out utilizing the traffic inspection-related information, by

**46**

determining that at least a portion of the traffic inspection-related information does not match at least one aspect of the fourth event;

the determination that the at least one of the actual vulnerabilities corresponding with the firewall-related information is susceptible to being taken advantage of by the fifth event identified in connection with the at least one device, is carried out utilizing the firewall-related information, by determining that at least a portion of the firewall-related information matches at least one aspect of the fifth event; or

the determination that the at least one of the actual vulnerabilities corresponding with the firewall-related information is not susceptible to being taken advantage of by the sixth event identified in connection with the at least one device, is carried out utilizing the firewall-related information, by determining that at least a portion of the firewall-related information does not match at least one aspect of the sixth event; and

wherein at least one network operations center (NOC) server, a data warehouse, and a software development kit (SDK) are used for allowing access to information associated with at least one vulnerability and at least one remediation technique; and

wherein a determination is made as to which devices have vulnerabilities by directly querying a firmware or operating system of the devices.

**20**. The at least one non-transitory computer-readable media of claim **16**, wherein the sixth instructions, when executed by the at least one third processor of the at least one administrator computer, cause the at least one administrator computer to:

in response to receipt of group management signals, cause performance of group management operations, the group management signals including:

a first group management signal for causing performance of a first group management operation to create a particular group,

a second group management signal for causing performance of a second group management operation to retrieve a list of different groups,

a third group management signal for causing performance of a third group management operation to retrieve group information associated with at least one of the different groups,

a fourth group management signal for causing performance of a fourth group management operation to delete at least one of the different groups,

a fifth group management signal for causing performance of a fifth group management operation to edit at least one of the different groups,

a sixth group management signal for causing performance of a sixth group management operation to add at least one group policy associated with at least one of the different groups,

a seventh group management signal for causing performance of a seventh group management operation to retrieve the at least one group policy associated with the at least one of the different groups,

an eighth group management signal for causing performance of an eighth group management operation to edit the at least one group policy associated with the at least one of the different groups, and

a ninth group management signal for causing performance of a ninth group management operation to

US 10,873,595 B1

**47**

**48**

delete the at least one group policy associated with
the at least one of the different groups.

\* \* \* \* \*