US009118711B2

Exhibit 7

(12) **United States Patent**
   Oliphant et al.

(10) **Patent No.:** **US 9,118,711 B2**

(45) **Date of Patent:** **Aug. 25, 2015**

(54) **ANTI-VULNERABILITY SYSTEM, METHOD, AND COMPUTER PROGRAM PRODUCT**

(71) Applicant: **SecurityProfiling, LLC**, Garland, TX (US)

(72) Inventors: **Brett M. Oliphant**, Plano, TX (US); **John P. Blignaut**, West Lafayette, IN (US)

(73) Assignee: **SecurityProfiling, LLC**, Garland, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/499,246**

(22) Filed: **Sep. 29, 2014**

(65) **Prior Publication Data**

US 2015/0033287 A1      Jan. 29, 2015

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 14/138,014, filed on Dec. 21, 2013, which is a continuation of application No. 10/882,852, filed on Jul. 1, 2004, now abandoned.

(60) Provisional application No. 60/484,085, filed on Jul. 1, 2003.

(51) **Int. Cl.**
   *H04L 29/06*      (2006.01)
   *G06F 17/30*      (2006.01)
   *G06F 21/50*      (2013.01)

(52) **U.S. Cl.**
   CPC ...... *H04L 63/1433* (2013.01); *G06F 17/30424* (2013.01); *G06F 21/50* (2013.01); *H04L 63/1416* (2013.01); *H04L 63/20* (2013.01); *H04L 63/0263* (2013.01)

(58) **Field of Classification Search**
   None
   See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,008,814 A | 4/1991 | Mathur | |
| 5,210,854 A | 5/1993 | Beaverton et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 1294128 | A1 | 3/2003 |
| JP | 2002366525 | A | 12/2002 |

(Continued)

OTHER PUBLICATIONS

CERT Incident Note IN-2000-07, "Exploitation of Hidden File Extensions", Jul. 27, 2000, at CERT.org, pp. 1-3.

(Continued)

*Primary Examiner* — Peter Poltorak
(74) *Attorney, Agent, or Firm* — Brian Owens, Esq.

(57) **ABSTRACT**

A system, method, and computer program product are provided for displaying, via at least one user interface, a plurality of techniques of different technique types including a first technique for setting or modifying a policy for mitigating a first occurrence, and a second technique for dropping packets in connection with at least one networked device for mitigating the first occurrence. Based on user input selecting the first technique for setting or modifying the policy for mitigating the first occurrence, the first technique is automatically applied for setting or modifying the policy for mitigating the first occurrence. Based on the user input selecting the second technique for dropping packets in connection with the at least one networked device for mitigating the first occurrence, the second technique is applied for dropping packets in connection with the at least one networked device for mitigating the first occurrence.

**20 Claims, 12 Drawing Sheets**

**Anti-Vulnerability Platform**



- – – – –  *Point Product* uses *SDK* functionality query
- – · – · –  *SDK* queries the *Logic Module*
- – ·· – ·· –  *Logic* queries the *Data Warehouse*
- ············  *Data warehouse* queries its databases
- ————  Returns data to *Logic Module*
- – – · – – ·  And answer via the *SDK* to the *Point Product*

**US 9,118,711 B2**

Page 2

(56)  **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,249,705 | A | 10/1993 | Gates |
| 5,253,782 | A | 10/1993 | Gates et al. |
| 5,253,932 | A | 10/1993 | Nesovic |
| 5,272,754 | A | 12/1993 | Boerbert |
| 5,276,735 | A | 1/1994 | Boebert et al. |
| 5,335,346 | A | 8/1994 | Fabbio |
| 5,361,359 | A | 11/1994 | Tajalli et al. |
| 5,499,297 | A | 3/1996 | Boebert |
| 5,502,766 | A | 3/1996 | Boebert et al. |
| 5,557,346 | A | 9/1996 | Lipner et al. |
| 5,557,765 | A | 9/1996 | Lipner et al. |
| 5,596,718 | A | 1/1997 | Boebert et al. |
| 5,612,503 | A | 3/1997 | Sepp |
| 5,640,454 | A | 6/1997 | Lipner et al. |
| 5,662,291 | A | 9/1997 | Sepp et al. |
| 5,683,638 | A | 11/1997 | Crigler et al. |
| 5,696,907 | A | 12/1997 | Tom |
| 5,745,573 | A | 4/1998 | Lipner et al. |
| 5,765,153 | A | 6/1998 | Benantar et al. |
| 5,796,836 | A | 8/1998 | Markham |
| 5,819,275 | A | 10/1998 | Badger et al. |
| 5,822,435 | A | 10/1998 | Boebert et al. |
| 5,831,987 | A | 11/1998 | Spilo |
| 5,864,683 | A | 1/1999 | Boebert et al. |
| 5,867,647 | A | 2/1999 | Haigh et al. |
| 5,892,903 | A | * 4/1999 | Klaus .................... 726/25 |
| 5,913,024 | A | 6/1999 | Green et al. |
| 5,915,087 | A | 6/1999 | Hammond et al. |
| 5,918,018 | A | 6/1999 | Gooderum et al. |
| 5,922,051 | A | * 7/1999 | Sidey ........................... 709/223 |
| 5,950,012 | A | * 9/1999 | Shiell et al. .............. 717/169 |
| 5,950,195 | A | 9/1999 | Stockwell et al. |
| 5,956,403 | A | 9/1999 | Lipner et al. |
| 5,968,133 | A | 10/1999 | Latham et al. |
| 5,983,348 | A | * 11/1999 | Ji ................................ 726/13 |
| 5,983,350 | A | 11/1999 | Minear et al. |
| 5,987,473 | A | * 11/1999 | Jorgensen ............................. 1/1 |
| 5,987,610 | A | * 11/1999 | Franczek et al. .............. 726/24 |
| 5,991,406 | A | 11/1999 | Lipner et al. |
| 5,991,856 | A | 11/1999 | Spilo et al. |
| 5,991,881 | A | 11/1999 | Conklin et al. |
| 5,999,179 | A | * 12/1999 | Kekic et al. ................. 715/734 |
| 6,003,084 | A | 12/1999 | Green et al. |
| 6,005,942 | A | 12/1999 | Chan et al. |
| 6,006,035 | A | 12/1999 | Nabahi |
| 6,028,514 | A | 2/2000 | Lemelson et al. |
| 6,029,256 | A | 2/2000 | Kouznetsov |
| 6,035,423 | A | 3/2000 | Hodges et al. |
| 6,041,347 | A | * 3/2000 | Harsham et al. .............. 709/220 |
| 6,044,466 | A | 3/2000 | Anand et al. |
| 6,055,527 | A | 4/2000 | Badger et al. |
| 6,064,811 | A | 5/2000 | Spilo et al. |
| 6,072,942 | A | 6/2000 | Stockwell et al. |
| 6,073,172 | A | * 6/2000 | Frailong et al. .............. 709/222 |
| 6,074,727 | A | 6/2000 | Miller et al. |
| 6,084,510 | A | 7/2000 | Lemelson et al. |
| 6,122,657 | A | 9/2000 | Hoffman, Jr. et al. |
| 6,131,163 | A | 10/2000 | Wiegel |
| 6,134,601 | A | 10/2000 | Spilo et al. |
| 6,144,934 | A | 11/2000 | Stockwell et al. |
| 6,151,643 | A | 11/2000 | Cheng et al. |
| 6,173,180 | B1 | 1/2001 | Hussain et al. |
| 6,182,226 | B1 | 1/2001 | Reid et al. |
| 6,185,689 | B1 | 2/2001 | Todd, Sr. et al. |
| 6,195,352 | B1 | 2/2001 | Cushman et al. |
| 6,205,552 | B1 | * 3/2001 | Fudge ................................ 726/25 |
| 6,208,999 | B1 | 3/2001 | Spilo et al. |
| 6,209,101 | B1 | 3/2001 | Mitchem et al. |
| 6,219,707 | B1 | 4/2001 | Gooderum et al. |
| 6,219,786 | B1 | 4/2001 | Cunningham et al. |
| 6,226,372 | B1 | 5/2001 | Beebe et al. |
| 6,230,199 | B1 | 5/2001 | Revashetti et al. |
| 6,230,288 | B1 | 5/2001 | Kuo et al. |
| 6,240,531 | B1 | 5/2001 | Spilo et al. |
| 6,249,585 | B1 | 6/2001 | McGrew et al. |
| 6,266,774 | B1 | 7/2001 | Sampath et al. |
| 6,266,811 | B1 | 7/2001 | Nabahi |
| 6,267,039 | B1 | 7/2001 | Czarnecki |
| 6,269,456 | B1 | 7/2001 | Hodges et al. |
| 6,272,632 | B1 | 8/2001 | Carman et al. |
| 6,275,942 | B1 | 8/2001 | Bernhard et al. |
| 6,282,546 | B1 | 8/2001 | Gleichauf et al. |
| 6,298,422 | B1 | 10/2001 | Spilo et al. |
| 6,298,445 | B1 | 10/2001 | Shostack et al. |
| 6,301,658 | B1 | 10/2001 | Koehler |
| 6,301,668 | B1 | 10/2001 | Gleichauf et al. |
| 6,301,699 | B1 | 10/2001 | Hollander et al. |
| 6,314,190 | B1 | 11/2001 | Zimmermann |
| 6,321,293 | B1 | 11/2001 | Fabrizio et al. |
| 6,321,334 | B1 | 11/2001 | Jerger et al. |
| 6,321,336 | B1 | 11/2001 | Applegate et al. |
| 6,321,338 | B1 | * 11/2001 | Porras et al. .................... 726/25 |
| 6,324,656 | B1 | * 11/2001 | Gleichauf et al. ............. 714/37 |
| 6,332,195 | B1 | 12/2001 | Green et al. |
| 6,336,186 | B1 | 1/2002 | Dyksterhouse et al. |
| 6,343,362 | B1 | 1/2002 | Ptacek et al. |
| 6,345,361 | B1 | 2/2002 | Jerger et al. |
| 6,351,794 | B1 | 2/2002 | Spilo et al. |
| 6,353,446 | B1 | 3/2002 | Vaughn et al. |
| 6,357,010 | B1 | 3/2002 | Viets et al. |
| 6,370,578 | B2 | 4/2002 | Revashetti et al. |
| 6,385,458 | B1 | 5/2002 | Papadimitriou et al. |
| 6,393,424 | B1 | 5/2002 | Hallman et al. |
| 6,402,689 | B1 | 6/2002 | Scarantino et al. |
| 6,415,321 | B1 | 7/2002 | Gleichauf et al. |
| 6,418,554 | B1 | 7/2002 | Delo et al. |
| 6,442,686 | B1 | 8/2002 | McArdle et al. |
| 6,449,624 | B1 | * 9/2002 | Hammack et al. .................... 1/1 |
| 6,453,347 | B1 | 9/2002 | Revashetti et al. |
| 6,453,419 | B1 | 9/2002 | Flint et al. |
| 6,457,076 | B1 | 9/2002 | Cheng et al. |
| 6,460,126 | B1 | 10/2002 | Spilo et al. |
| 6,470,384 | B1 | 10/2002 | O'Brien et al. |
| 6,473,800 | B1 | 10/2002 | Jerger et al. |
| 6,477,550 | B1 | 11/2002 | Balasubramaniam et al. |
| 6,477,651 | B1 | 11/2002 | Teal |
| 6,493,756 | B1 | 12/2002 | O'Brien et al. |
| 6,496,875 | B2 | 12/2002 | Cheng et al. |
| 6,499,107 | B1 | 12/2002 | Gleichauf et al. |
| 6,499,109 | B1 | 12/2002 | Balasubramaniam et al. |
| 6,510,448 | B1 | 1/2003 | Churchyard |
| 6,513,122 | B1 | 1/2003 | Magdych et al. |
| 6,523,023 | B1 | 2/2003 | Sonnenberg |
| 6,526,513 | B1 | 2/2003 | Shrader et al. |
| 6,530,024 | B1 | * 3/2003 | Proctor ............................ 726/23 |
| 6,533,024 | B2 | 3/2003 | Streubel et al. |
| 6,535,227 | B1 | 3/2003 | Fox et al. |
| 6,542,943 | B2 | 4/2003 | Cheng et al. |
| 6,546,493 | B1 | 4/2003 | Magdych et al. |
| 6,550,012 | B1 | 4/2003 | Villa et al. |
| 6,553,377 | B1 | 4/2003 | Eschelbeck et al. |
| 6,553,378 | B1 | 4/2003 | Eschelbeck |
| 6,567,808 | B1 | 5/2003 | Eschelbeck et al. |
| 6,584,564 | B1 | 6/2003 | Choe |
| 6,584,508 | B1 | 6/2003 | Epstein et al. |
| 6,587,888 | B1 | 7/2003 | Chieu et al. |
| 6,601,091 | B1 | 7/2003 | Spilo |
| 6,604,139 | B1 | 8/2003 | Sajina et al. |
| 6,608,817 | B1 | 8/2003 | Ivory |
| 6,611,869 | B1 | 8/2003 | Eschelbeck et al. |
| 6,611,925 | B1 | 8/2003 | Spear |
| 6,615,266 | B1 | 9/2003 | Hoffman, Jr. et al. |
| 6,622,150 | B1 | 9/2003 | Kouznetsov et al. |
| 6,633,835 | B1 | 10/2003 | Moran et al. |
| 6,636,972 | B1 | 10/2003 | Ptacek et al. |
| 6,640,307 | B2 | 10/2003 | Viets et al. |
| 6,654,751 | B1 | 11/2003 | Schmugar et al. |
| 6,654,782 | B1 | 11/2003 | O'Brien et al. |
| 6,658,571 | B1 | 12/2003 | O'Brien et al. |
| 6,663,000 | B1 | 12/2003 | Muttik et al. |
| 6,665,269 | B1 | 12/2003 | Schmitz |
| 6,668,054 | B1 | 12/2003 | Contino et al. |
| 6,668,289 | B2 | 12/2003 | Cheng et al. |
| 6,671,368 | B1 | 12/2003 | Contino et al. |

**US 9,118,711 B2**

Page 3

(56)          **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,671,812 B1 | 12/2003 | Balasubramaniam et al. | |
| 6,674,738 B1 | 1/2004 | Yildiz et al. | |
| 6,675,042 B2 | 1/2004 | Swerdlow et al. | |
| 6,678,887 B1 | 1/2004 | Hallman et al. | |
| 6,684,329 B1 | 1/2004 | Epstein et al. | |
| 6,687,833 B1 | 2/2004 | Osborne et al. | |
| 6,693,888 B2 | 2/2004 | Cafarelli et al. | |
| 6,697,337 B1 | 2/2004 | Cafarelli et al. | |
| 6,697,870 B1 | 2/2004 | Cafarelli, III et al. | |
| 6,697,950 B2 | 2/2004 | Ko | |
| 6,701,440 B1 | 3/2004 | Kim et al. | |
| 6,701,441 B1 | 3/2004 | Balasubramaniam et al. | |
| 6,704,874 B1 | 3/2004 | Porras et al. | |
| 6,707,794 B1 | 3/2004 | Leong et al. | |
| 6,708,292 B1 | 3/2004 | Mangasarian | |
| 6,711,127 B1* | 3/2004 | Gorman et al. | 370/230 |
| 6,714,513 B1 | 3/2004 | Joiner et al. | |
| 6,715,084 B2 | 3/2004 | Aaron et al. | |
| 6,718,469 B2 | 4/2004 | Pak et al. | |
| 6,721,847 B2 | 4/2004 | Hursey | |
| 6,725,377 B1 | 4/2004 | Kouznetsov | |
| 6,728,219 B1 | 4/2004 | Leong et al. | |
| 6,728,885 B1 | 4/2004 | Taylor et al. | |
| 6,732,157 B1 | 5/2004 | Gordon et al. | |
| 6,735,629 B1 | 5/2004 | Cafarelli, III et al. | |
| 6,735,703 B1 | 5/2004 | Kilpatrick et al. | |
| 6,742,124 B1 | 5/2004 | Kilpatrick et al. | |
| 6,742,128 B1 | 5/2004 | Joiner | |
| 6,745,192 B1 | 6/2004 | Libenzi | |
| 6,745,311 B2 | 6/2004 | Fabrizio et al. | |
| 6,748,534 B1 | 6/2004 | Gryaznov et al. | |
| 6,751,627 B2 | 6/2004 | Sternin | |
| 6,751,718 B1 | 6/2004 | Manin | |
| 6,754,488 B1 | 6/2004 | Won et al. | |
| 6,754,705 B2 | 6/2004 | Joiner et al. | |
| 6,754,896 B2 | 6/2004 | Mishra et al. | |
| 6,757,727 B1 | 6/2004 | Ivory | |
| 6,757,822 B1 | 6/2004 | Feiertag et al. | |
| 6,757,830 B1 | 6/2004 | Tarbotton et al. | |
| 6,760,845 B1 | 7/2004 | Cafarelli et al. | |
| 6,763,403 B2 | 7/2004 | Cheng et al. | |
| 6,763,466 B1 | 7/2004 | Glover | |
| 6,766,458 B1* | 7/2004 | Harris et al. | 726/6 |
| 6,768,721 B1 | 7/2004 | Schmitz et al. | |
| 6,768,991 B2 | 7/2004 | Hearnden | |
| 6,769,016 B2 | 7/2004 | Rothwell et al. | |
| 6,772,332 B1 | 8/2004 | Boebert et al. | |
| 6,772,334 B1 | 8/2004 | Glawitsch | |
| 6,772,345 B1 | 8/2004 | Shetty | |
| 6,775,704 B1 | 8/2004 | Watson et al. | |
| 6,775,780 B1 | 8/2004 | Muttik | |
| 6,779,033 B1 | 8/2004 | Watson et al. | |
| 6,779,120 B1* | 8/2004 | Valente et al. | 726/1 |
| 6,782,421 B1 | 8/2004 | Soles et al. | |
| 6,782,527 B1 | 8/2004 | Kouznetsov et al. | |
| 6,785,237 B1 | 8/2004 | Sufleta | |
| 6,785,820 B1 | 8/2004 | Muttik et al. | |
| 6,785,821 B1 | 8/2004 | Teal | |
| 6,789,082 B2 | 9/2004 | Sternin et al. | |
| 6,789,117 B1 | 9/2004 | Joiner et al. | |
| 6,789,201 B2 | 9/2004 | Barton et al. | |
| 6,789,202 B1 | 9/2004 | Ko et al. | |
| 6,792,543 B2 | 9/2004 | Pak et al. | |
| 6,799,197 B1 | 9/2004 | Shetty et al. | |
| 6,801,756 B1 | 10/2004 | Agrawal et al. | |
| 6,801,940 B1 | 10/2004 | Moran et al. | |
| 6,802,012 B1 | 10/2004 | Smithson et al. | |
| 6,810,017 B1 | 10/2004 | Leong et al. | |
| 6,814,842 B1 | 11/2004 | Yago et al. | |
| 6,816,896 B2 | 11/2004 | Fortin et al. | |
| 6,816,973 B1 | 11/2004 | Gleichauf et al. | |
| 6,823,460 B1 | 11/2004 | Hollander et al. | |
| 6,826,608 B1 | 11/2004 | Sheth et al. | |
| 6,826,698 B1 | 11/2004 | Minkin et al. | |
| 6,834,301 B1 | 12/2004 | Hanchett | |
| 6,836,860 B2 | 12/2004 | Muttik et al. | |
| 6,839,852 B1 | 1/2005 | Pantuso et al. | |
| 6,842,860 B1 | 1/2005 | Branstad et al. | |
| 6,842,861 B1 | 1/2005 | Cox et al. | |
| 6,843,190 B1 | 1/2005 | LaPierre-McAfee | |
| 6,845,449 B1 | 1/2005 | Carman et al. | |
| 6,851,058 B1 | 2/2005 | Gartside | |
| 6,851,061 B1 | 2/2005 | Holland, III et al. | |
| 6,859,793 B1 | 2/2005 | Lambiase | |
| 6,862,581 B1 | 3/2005 | Lambiase | |
| 6,868,069 B2 | 3/2005 | Knobbe et al. | |
| 6,868,413 B1 | 3/2005 | Grindrod et al. | |
| 6,871,279 B2 | 3/2005 | Sames et al. | |
| 6,874,018 B2 | 3/2005 | Wu | |
| 6,879,812 B2 | 4/2005 | Agrawal et al. | |
| 6,886,099 B1 | 4/2005 | Smithson et al. | |
| 6,892,227 B1 | 5/2005 | Elwell et al. | |
| 6,892,241 B2 | 5/2005 | Kouznetsov et al. | |
| 6,895,387 B1 | 5/2005 | Roberts et al. | |
| 6,895,513 B1 | 5/2005 | Balasubramaniam et al. | |
| 6,898,712 B2 | 5/2005 | Vignoles et al. | |
| 6,898,715 B1 | 5/2005 | Smithson et al. | |
| 6,904,521 B1 | 6/2005 | Jivsov | |
| 6,907,396 B1 | 6/2005 | Muttik et al. | |
| 6,907,531 B1 | 6/2005 | Dodd et al. | |
| 6,915,426 B1 | 7/2005 | Carman et al. | |
| 6,920,493 B1 | 7/2005 | Schwab | |
| 6,920,558 B2 | 7/2005 | Sames et al. | |
| 6,922,776 B2 | 7/2005 | Cook et al. | |
| 6,928,555 B1 | 8/2005 | Drew | |
| 6,931,540 B1 | 8/2005 | Edwards et al. | |
| 6,931,546 B1 | 8/2005 | Kouznetsov et al. | |
| 6,934,857 B1 | 8/2005 | Bartleson et al. | |
| 6,938,161 B2 | 8/2005 | Vignoles et al. | |
| 6,941,358 B1 | 9/2005 | Joiner et al. | |
| 6,944,775 B2 | 9/2005 | Barton et al. | |
| 6,947,986 B1 | 9/2005 | Huang et al. | |
| 6,950,933 B1 | 9/2005 | Cook et al. | |
| 6,950,947 B1 | 9/2005 | Purtell et al. | |
| 6,952,779 B1* | 10/2005 | Cohen et al. | 726/22 |
| 6,957,348 B1* | 10/2005 | Flowers et al. | 726/23 |
| 6,959,418 B1 | 10/2005 | Churchyard | |
| 6,961,783 B1 | 11/2005 | Cook et al. | |
| 6,963,978 B1 | 11/2005 | Muttik et al. | |
| 6,964,014 B1 | 11/2005 | Parish | |
| 6,965,928 B1 | 11/2005 | Cox et al. | |
| 6,966,059 B1 | 11/2005 | Shetty et al. | |
| 6,968,461 B1 | 11/2005 | Lucas et al. | |
| 6,970,697 B2 | 11/2005 | Kouznetsov et al. | |
| 6,970,823 B1 | 11/2005 | Yago et al. | |
| 6,971,023 B1 | 11/2005 | Makinson et al. | |
| 6,973,577 B1 | 12/2005 | Kouznetsov | |
| 6,973,578 B1 | 12/2005 | McIchionc | |
| 6,976,068 B2 | 12/2005 | Kadam et al. | |
| 6,976,168 B1 | 12/2005 | Branstad et al. | |
| 6,978,454 B2 | 12/2005 | Singleton | |
| 6,980,992 B1 | 12/2005 | Hursey et al. | |
| 6,981,280 B2 | 12/2005 | Grupe | |
| 6,983,325 B1 | 1/2006 | Watson et al. | |
| 6,983,326 B1 | 1/2006 | Vigue et al. | |
| 6,983,380 B2 | 1/2006 | Ko | |
| 6,983,486 B1 | 1/2006 | Hanchett | |
| 6,986,160 B1 | 1/2006 | LeGrow | |
| 6,987,963 B2 | 1/2006 | Kouznetsov et al. | |
| 6,988,209 B1 | 1/2006 | Balasubramaniam et al. | |
| 6,990,591 B1 | 1/2006 | Pearson | |
| 6,993,660 B1 | 1/2006 | Libenzi et al. | |
| 7,000,247 B2 | 2/2006 | Banzhof | |
| 7,000,250 B1 | 2/2006 | Kuo et al. | |
| 7,003,561 B1 | 2/2006 | Magdych et al. | |
| 7,007,302 B1 | 2/2006 | Jagger et al. | |
| 7,010,696 B1 | 3/2006 | Cambridge et al. | |
| 7,010,807 B1* | 3/2006 | Yanovsky | 726/24 |
| 7,013,330 B1 | 3/2006 | Tarbotton et al. | |
| 7,013,395 B1 | 3/2006 | Swiler et al. | |
| 7,016,939 B1 | 3/2006 | Rothwell et al. | |
| 7,016,948 B1 | 3/2006 | Yildiz | |
| 7,023,861 B2 | 4/2006 | Makinson et al. | |
| 7,024,432 B2 | 4/2006 | Muttik et al. | |

## US 9,118,711 B2
Page 4

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,024,694 B1 | 4/2006 | Ko |
| 7,035,544 B1 | 4/2006 | Won |
| 7,036,147 B1 | 4/2006 | Hursey |
| 7,039,702 B1 | 5/2006 | Churchyard |
| 7,039,721 B1 | 5/2006 | Wu et al. |
| 7,043,024 B1 | 5/2006 | Dinsmore et al. |
| 7,043,634 B2 | 5/2006 | Wolff et al. |
| 7,043,756 B1 | 5/2006 | Tsafnat et al. |
| 7,043,758 B2 | 5/2006 | Grupe |
| 7,047,297 B2 | 5/2006 | Huntington et al. |
| 7,051,077 B2 | 5/2006 | Lin |
| 7,051,097 B1 | 5/2006 | Pecina |
| 7,051,365 B1 | 5/2006 | Bellovin |
| 7,055,036 B2 | 5/2006 | Kouznetsov et al. |
| 7,058,975 B2 | 6/2006 | Edwards et al. |
| 7,062,555 B1 | 6/2006 | Kouznetsov et al. |
| 7,062,783 B1 | 6/2006 | Joiner |
| 7,065,790 B1 | 6/2006 | Gryaznov |
| 7,069,316 B1 | 6/2006 | Gryaznov |
| 7,069,330 B1 | 6/2006 | McArdle et al. |
| 7,069,581 B2 | 6/2006 | Fu et al. |
| 7,069,594 B1 | 6/2006 | Bolin |
| 7,073,198 B1 * | 7/2006 | Flowers et al. ................. 726/25 |
| 7,076,650 B1 | 7/2006 | Sonnenberg |
| 7,076,801 B2 | 7/2006 | Gong et al. |
| 7,080,000 B1 | 7/2006 | Cambridge |
| 7,080,141 B1 | 7/2006 | Baekelmans et al. |
| 7,080,408 B1 | 7/2006 | Pak et al. |
| 7,085,931 B1 | 8/2006 | Smith et al. |
| 7,085,934 B1 | 8/2006 | Edwards |
| 7,086,050 B2 | 8/2006 | Barton et al. |
| 7,089,259 B1 | 8/2006 | Kouznetsov et al. |
| 7,089,302 B1 | 8/2006 | Churchyard et al. |
| 7,093,002 B2 | 8/2006 | Wolff et al. |
| 7,093,121 B2 | 8/2006 | Barton et al. |
| 7,093,292 B1 | 8/2006 | Pantuso |
| 7,093,293 B1 | 8/2006 | Smithson et al. |
| 7,096,368 B2 | 8/2006 | Kouznetsov et al. |
| 7,096,500 B2 | 8/2006 | Roberts et al. |
| 7,096,501 B1 | 8/2006 | Kouznetsov et al. |
| 7,096,503 B1 | 8/2006 | Magdych et al. |
| 7,107,366 B2 | 9/2006 | Cheng et al. |
| 7,107,574 B1 | 9/2006 | Nedbal |
| 7,107,617 B2 | 9/2006 | Hursey et al. |
| 7,107,618 B1 | 9/2006 | Gordon et al. |
| 7,114,183 B1 | 9/2006 | Joiner |
| 7,114,185 B2 | 9/2006 | Moore et al. |
| 7,117,533 B1 | 10/2006 | Libenzi |
| 7,120,252 B1 | 10/2006 | Jones et al. |
| 7,124,181 B1 | 10/2006 | Magdych et al. |
| 7,134,140 B2 | 11/2006 | Fisher |
| 7,136,487 B1 | 11/2006 | Schon et al. |
| 7,140,042 B2 | 11/2006 | Verma |
| 7,146,155 B2 | 12/2006 | Kouznetsov |
| 7,146,642 B1 | 12/2006 | Magdych et al. |
| 7,149,189 B2 | 12/2006 | Huntington et al. |
| 7,150,042 B2 | 12/2006 | Wolff et al. |
| 7,152,105 B2 | 12/2006 | McClure et al. |
| 7,152,241 B2 | 12/2006 | Grupe |
| 7,154,857 B1 | 12/2006 | Joiner et al. |
| 7,159,036 B2 | 1/2007 | Hinchliffe et al. |
| 7,159,237 B2 | 1/2007 | Schneier et al. |
| 7,162,698 B2 | 1/2007 | Huntington et al. |
| 7,171,681 B1 | 1/2007 | Duncan et al. |
| 7,171,690 B2 | 1/2007 | Kouznetsov et al. |
| 7,178,144 B2 | 2/2007 | Melchione et al. |
| 7,178,166 B1 | 2/2007 | Taylor et al. |
| 7,181,015 B2 | 2/2007 | Matt |
| 7,181,506 B1 | 2/2007 | Vigue et al. |
| 7,181,613 B2 | 2/2007 | Boebert et al. |
| 7,181,769 B1 | 2/2007 | Keanini et al. |
| 7,185,232 B1 | 2/2007 | Leavy et al. |
| 7,185,361 B1 | 2/2007 | Ashoff et al. |
| 7,188,367 B1 | 3/2007 | Edwards et al. |
| 7,203,963 B1 | 4/2007 | Wu et al. |
| 7,209,954 B1 | 4/2007 | Rothwell et al. |
| 7,210,041 B1 | 4/2007 | Gryaznov et al. |
| 7,210,168 B2 | 4/2007 | Hursey et al. |
| 7,213,153 B2 | 5/2007 | Hollander |
| 7,213,260 B2 | 5/2007 | Judge |
| 7,216,343 B2 | 5/2007 | Das et al. |
| 7,225,466 B2 | 5/2007 | Judge |
| 7,228,565 B2 | 6/2007 | Wolff et al. |
| 7,228,566 B2 | 6/2007 | Caceres et al. |
| 7,231,440 B1 | 6/2007 | Kouznetsov et al. |
| 7,231,637 B1 | 6/2007 | McEwan |
| 7,231,664 B2 | 6/2007 | Markham et al. |
| 7,231,665 B1 | 6/2007 | McArdle et al. |
| 7,234,163 B1 * | 6/2007 | Rayes et al. ..................... 726/22 |
| 7,234,165 B1 | 6/2007 | Hursey et al. |
| 7,234,167 B2 | 6/2007 | Teblyashkin et al. |
| 7,234,168 B2 | 6/2007 | Gupta et al. |
| 7,237,008 B1 | 6/2007 | Tarbotton et al. |
| 7,237,122 B2 | 6/2007 | Kadam et al. |
| 7,237,222 B1 | 6/2007 | Nedbal et al. |
| 7,237,258 B1 | 6/2007 | Pantuso et al. |
| 7,240,102 B1 | 7/2007 | Kouznetsov et al. |
| 7,240,193 B2 | 7/2007 | Hatfalvi et al. |
| 7,243,148 B2 | 7/2007 | Keir et al. |
| 7,243,373 B2 | 7/2007 | Muttik et al. |
| 7,249,187 B2 * | 7/2007 | Sobel et al. ................... 709/229 |
| 7,251,685 B1 | 7/2007 | Yildiz |
| 7,251,830 B1 | 7/2007 | Melchione |
| 7,254,811 B2 | 8/2007 | Kouznetsov et al. |
| 7,257,630 B2 * | 8/2007 | Cole et al. ..................... 709/224 |
| 7,257,773 B1 | 8/2007 | Jagger et al. |
| 7,257,842 B2 | 8/2007 | Barton et al. |
| 7,263,561 B1 | 8/2007 | Green et al. |
| 7,263,718 B2 | 8/2007 | O'Brien et al. |
| 7,266,843 B2 | 9/2007 | Tarbotton et al. |
| 7,266,844 B2 | 9/2007 | Teblyashkin et al. |
| 7,269,649 B1 | 9/2007 | Brown et al. |
| 7,269,851 B2 | 9/2007 | Ackroyd |
| 7,272,724 B2 | 9/2007 | Tarbotton et al. |
| 7,277,957 B2 | 10/2007 | Rowley et al. |
| 7,278,163 B2 | 10/2007 | Banzhof et al. |
| 7,281,267 B2 | 10/2007 | Tarbotton et al. |
| 7,281,268 B2 | 10/2007 | Hollander et al. |
| 7,284,267 B1 | 10/2007 | McArdle et al. |
| 7,296,030 B2 | 11/2007 | Rowley et al. |
| 7,299,361 B1 | 11/2007 | Kim et al. |
| 7,302,584 B2 | 11/2007 | Tarbotton et al. |
| 7,302,706 B1 | 11/2007 | Hicks et al. |
| 7,305,005 B1 | 12/2007 | Wu et al. |
| 7,305,709 B1 * | 12/2007 | Lymer et al. ..................... 726/25 |
| 7,308,702 B1 | 12/2007 | Thomsen et al. |
| 7,308,706 B2 | 12/2007 | Markham et al. |
| 7,308,712 B2 | 12/2007 | Banzhof |
| 7,308,715 B2 | 12/2007 | Gupta et al. |
| 7,310,817 B2 | 12/2007 | Hinchliffe et al. |
| 7,310,818 B1 | 12/2007 | Parish et al. |
| 7,315,801 B1 | 1/2008 | Dowd et al. |
| 7,315,894 B2 | 1/2008 | Huntington et al. |
| 7,325,252 B2 | 1/2008 | Bunker, V et al. |
| 7,328,234 B1 | 2/2008 | Nedbal et al. |
| 7,331,061 B1 | 2/2008 | Ramsey et al. |
| 7,334,222 B2 | 2/2008 | Keller |
| 7,340,774 B2 | 3/2008 | Hursey et al. |
| 7,340,775 B1 | 3/2008 | Tarbotton et al. |
| 7,343,626 B1 | 3/2008 | Gallagher |
| 7,346,781 B2 | 3/2008 | Cowie et al. |
| 7,346,929 B1 | 3/2008 | Hammond |
| 7,350,203 B2 | 3/2008 | Jahn |
| 7,350,234 B2 | 3/2008 | Goseva-Popstojanova et al. |
| 7,353,539 B2 * | 4/2008 | Brawn et al. ..................... 726/25 |
| 7,359,962 B2 | 4/2008 | Willebeek-LeMair et al. |
| 7,367,054 B2 | 4/2008 | Soppera |
| 7,373,659 B1 | 5/2008 | Vignoles et al. |
| 7,376,842 B1 | 5/2008 | Hursey |
| 7,380,270 B2 | 5/2008 | Tracy et al. |
| 7,383,556 B1 | 6/2008 | Pantuso et al. |
| 7,383,581 B1 | 6/2008 | Moore et al. |
| 7,389,539 B1 | 6/2008 | Kouznetsov |
| 7,391,770 B1 | 6/2008 | Taylor et al. |

US 9,118,711 B2

Page 5

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| 7,392,043 B2 | 6/2008 | Kouznetsov et al. |
| 7,398,516 B2 | 7/2008 | Berg et al. |
| 7,398,517 B1 | 7/2008 | Berg et al. |
| 7,401,359 B2 | 7/2008 | Gartside et al. |
| 7,409,593 B2 | 8/2008 | Aaron |
| 7,409,714 B2 | 8/2008 | Gupta et al. |
| 7,409,720 B1 | 8/2008 | Cambridge et al. |
| 7,412,721 B2 | 8/2008 | Torii et al. |
| 7,412,722 B1 | 8/2008 | Norris et al. |
| 7,412,723 B2 | 8/2008 | Blake et al. |
| 7,415,726 B2 | 8/2008 | Kelly et al. |
| 7,418,730 B2 | 8/2008 | Chu et al. |
| 7,418,733 B2 | 8/2008 | Connary et al. |
| 7,418,734 B2 | 8/2008 | Berg et al. |
| 7,418,737 B2 | 8/2008 | Grupe |
| 7,421,266 B1 | 9/2008 | Bruestle et al. |
| 7,421,587 B2 | 9/2008 | Cowie et al. |
| 7,424,706 B2 | 9/2008 | Ivanov et al. |
| 7,424,744 B1 | 9/2008 | Wu et al. |
| 7,424,746 B1 | 9/2008 | Magdych et al. |
| 7,426,551 B1 | 9/2008 | Benzinger et al. |
| 7,428,300 B1 * | 9/2008 | Drew et al. ................. 379/29.09 |
| 7,440,403 B2 | 10/2008 | Rosenfled |
| 7,440,471 B1 | 10/2008 | Hinchliffe et al. |
| 7,441,274 B1 | 10/2008 | Drew |
| 7,451,488 B2 | 11/2008 | Cooper et al. |
| 7,458,098 B2 | 11/2008 | Judge et al. |
| 7,461,403 B1 | 12/2008 | Libenzi et al. |
| 7,464,408 B1 | 12/2008 | Shah et al. |
| 7,472,419 B1 | 12/2008 | Balasubramaniam et al. |
| 7,472,421 B2 | 12/2008 | Cummins |
| 7,480,941 B1 | 1/2009 | Balasubramaniam et al. |
| 7,483,861 B1 | 1/2009 | Joiner et al. |
| 7,493,659 B1 | 2/2009 | Wu et al. |
| 7,496,043 B1 | 2/2009 | Leong et al. |
| 7,496,960 B1 | 2/2009 | Chen et al. |
| 7,509,676 B2 | 3/2009 | Trueba |
| 7,509,681 B2 | 3/2009 | Flowers et al. |
| 7,516,483 B2 | 4/2009 | Brennan |
| 7,519,954 B1 | 4/2009 | Beddoe et al. |
| 7,519,994 B2 | 4/2009 | Judge et al. |
| 7,522,531 B2 | 4/2009 | Joiner et al. |
| 7,533,272 B1 | 5/2009 | Gordon et al. |
| 7,536,456 B2 | 5/2009 | Williams et al. |
| 7,536,715 B2 | 5/2009 | Markham |
| 7,540,031 B2 | 5/2009 | Kouznetsov et al. |
| 7,543,056 B2 | 6/2009 | McClure et al. |
| 7,543,070 B1 | 6/2009 | Watson et al. |
| 7,543,329 B2 | 6/2009 | Viets et al. |
| 7,543,334 B2 | 6/2009 | Vignoles et al. |
| 7,549,168 B1 | 6/2009 | Magdych et al. |
| 7,552,480 B1 | 6/2009 | Voss |
| 7,555,776 B1 | 6/2009 | Lymer et al. |
| 7,562,388 B2 | 7/2009 | Hackenberger et al. |
| 7,574,740 B1 | 8/2009 | Kennis |
| 7,587,759 B1 | 9/2009 | McArdle et al. |
| 7,590,247 B1 | 9/2009 | Dinsmore et al. |
| 7,590,725 B1 | 9/2009 | Harrison |
| 7,590,844 B1 | 9/2009 | Sherman et al. |
| 7,590,855 B2 | 9/2009 | Irwin |
| 7,590,859 B2 | 9/2009 | Brennan |
| 7,594,262 B2 | 9/2009 | Hanzlik et al. |
| 7,594,273 B2 | 9/2009 | Keanini et al. |
| 7,603,711 B2 | 10/2009 | Scheidell |
| 7,613,625 B2 | 11/2009 | Heinrich |
| 7,620,816 B2 | 11/2009 | Vigue et al. |
| 7,624,422 B2 | 11/2009 | Williams et al. |
| 7,624,444 B2 | 11/2009 | Gupta et al. |
| 7,624,450 B1 | 11/2009 | Lymer et al. |
| 7,627,891 B2 * | 12/2009 | Williams et al. .................. 726/1 |
| 7,634,800 B2 | 12/2009 | Ide et al. |
| 7,640,335 B2 | 12/2009 | Agrawal et al. |
| 7,640,361 B1 | 12/2009 | Green et al. |
| 7,640,586 B1 | 12/2009 | Johnson et al. |
| 7,644,352 B2 | 1/2010 | Grupe |
| 7,647,376 B1 | 1/2010 | Jagger et al. |
| 7,664,845 B2 | 2/2010 | Kurtz et al. |
| 7,665,137 B1 | 2/2010 | Barton et al. |
| 7,668,947 B2 | 2/2010 | Hutchinson et al. |
| 7,669,237 B2 | 2/2010 | Shahbazi |
| 7,673,043 B2 | 3/2010 | Keir et al. |
| 7,673,146 B2 | 3/2010 | Wiedmann et al. |
| 7,673,150 B2 | 3/2010 | Cox et al. |
| 7,673,242 B1 | 3/2010 | Huntington et al. |
| 7,673,342 B2 | 3/2010 | Hursey et al. |
| 7,673,343 B1 | 3/2010 | Barton et al. |
| 7,674,298 B1 | 3/2010 | Cambridge |
| 7,681,203 B1 | 3/2010 | Pantuso et al. |
| 7,693,742 B1 | 4/2010 | Joiner et al. |
| 7,693,947 B2 | 4/2010 | Judge et al. |
| 7,694,128 B2 | 4/2010 | Judge et al. |
| 7,694,339 B2 | 4/2010 | Blake et al. |
| 7,698,275 B2 | 4/2010 | O'Brien et al. |
| 7,711,662 B2 | 5/2010 | Buscema |
| 7,712,138 B2 | 5/2010 | Zobel et al. |
| 7,716,719 B2 | 5/2010 | Kouznetsov et al. |
| 7,716,742 B1 | 5/2010 | Roesch et al. |
| 7,721,110 B2 | 5/2010 | Kouznetsov et al. |
| 7,739,722 B2 | 6/2010 | Okajo et al. |
| 7,757,293 B2 | 7/2010 | Caceres et al. |
| 7,757,361 B2 | 7/2010 | Edwards et al. |
| 7,761,605 B1 | 7/2010 | Rothwell et al. |
| 7,761,920 B2 | 7/2010 | Bezilla et al. |
| 7,770,225 B2 | 8/2010 | Hammond |
| 7,779,466 B2 | 8/2010 | Judge et al. |
| 7,779,468 B1 | 8/2010 | Magdych et al. |
| 7,783,545 B2 | 8/2010 | Sloan et al. |
| 7,788,705 B2 | 8/2010 | Bruestle et al. |
| 7,788,718 B1 | 8/2010 | Fei et al. |
| 7,793,346 B1 | 9/2010 | Daub |
| 7,793,348 B2 | 9/2010 | Lingafelt et al. |
| 7,801,980 B1 | 9/2010 | Roesch et al. |
| 7,810,091 B2 | 10/2010 | Gartside et al. |
| 7,818,739 B2 | 10/2010 | Cox et al. |
| 7,822,666 B1 | 10/2010 | Bursch |
| 7,823,204 B2 | 10/2010 | Gupta et al. |
| 7,827,607 B2 | 11/2010 | Sobel et al. |
| 7,827,611 B2 | 11/2010 | Kouznetsov et al. |
| 7,836,501 B2 | 11/2010 | Sobel et al. |
| 7,840,663 B1 | 11/2010 | Hinchliffe et al. |
| 7,841,007 B2 | 11/2010 | Currie et al. |
| 7,845,007 B1 | 11/2010 | Kennis |
| 7,861,285 B2 | 12/2010 | Ashoff et al. |
| 7,861,303 B2 | 12/2010 | Kouznetsov et al. |
| 7,865,938 B2 | 1/2011 | Shahbazi |
| 7,865,956 B1 | 1/2011 | Cambridge et al. |
| 7,870,203 B2 | 1/2011 | Judge et al. |
| 7,882,555 B2 | 2/2011 | Ben-Itzhak |
| 7,895,641 B2 | 2/2011 | Schneier et al. |
| 7,900,254 B1 | 3/2011 | Fisher et al. |
| 7,903,549 B2 | 3/2011 | Judge et al. |
| 7,904,955 B1 | 3/2011 | Bu et al. |
| 7,913,303 B1 * | 3/2011 | Rouland et al. .................. 726/23 |
| 7,917,444 B1 | 3/2011 | Bursch |
| 7,917,647 B2 | 3/2011 | Cooper et al. |
| 7,917,951 B1 | 3/2011 | Tarbotton et al. |
| 7,921,459 B2 | 4/2011 | Houston et al. |
| 7,926,113 B1 | 4/2011 | Gula et al. |
| 7,941,855 B2 | 5/2011 | Sung et al. |
| 7,954,159 B2 | 5/2011 | Hrabik et al. |
| 7,958,554 B2 | 6/2011 | Chow et al. |
| 7,975,296 B2 | 7/2011 | Apfelbaum et al. |
| 7,984,511 B2 | 7/2011 | Kocher et al. |
| 7,991,827 B1 | 8/2011 | Whitmore et al. |
| 7,991,917 B1 | 8/2011 | Wu et al. |
| 7,996,201 B2 | 8/2011 | Dowd et al. |
| 7,996,902 B1 | 8/2011 | Gordon et al. |
| 8,010,387 B2 | 8/2011 | Porter et al. |
| 8,019,082 B1 | 9/2011 | Wiedmann et al. |
| 8,020,211 B2 | 9/2011 | Keanini et al. |
| 8,024,076 B2 | 9/2011 | Schlueter et al. |
| 8,042,149 B2 | 10/2011 | Judge |
| 8,042,178 B1 | 10/2011 | Fisher et al. |
| 8,042,181 B2 | 10/2011 | Judge |

US 9,118,711 B2

Page 6

(56)          **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 8,051,479 B1 | 11/2011 | Bu et al. |
| 8,068,441 B1 | 11/2011 | Wiedmann et al. |
| 8,069,480 B1 | 11/2011 | Tarbotton et al. |
| 8,069,481 B2 | 11/2011 | Judge |
| 8,074,256 B2 | 12/2011 | Valente et al. |
| 8,074,282 B1 | 12/2011 | Lymer et al. |
| 8,090,816 B1 | 1/2012 | Deshmukh et al. |
| 8,091,117 B2 | 1/2012 | Williams et al. |
| 8,099,760 B2 | 1/2012 | Cohen et al. |
| 8,115,769 B1 | 2/2012 | Lymer et al. |
| 8,117,273 B1 | 2/2012 | Mathur et al. |
| 8,121,874 B1 | 2/2012 | Guheen et al. |
| 8,121,892 B2 | 2/2012 | Baggett, Jr. et al. |
| 8,122,493 B2 | 2/2012 | Gordon et al. |
| 8,122,499 B2 | 2/2012 | Hall |
| 8,127,359 B2 | 2/2012 | Kelekar |
| 8,132,250 B2 | 3/2012 | Judge et al. |
| 8,135,823 B2 | 3/2012 | Cole et al. |
| 8,135,830 B2 | 3/2012 | McClure et al. |
| 8,140,642 B1 | 3/2012 | Kadam et al. |
| 8,141,157 B2 | 3/2012 | Farley et al. |
| 8,156,483 B2 | 4/2012 | Berg et al. |
| 8,171,551 B2 | 5/2012 | Muttik et al. |
| 8,176,544 B2 | 5/2012 | Keanini et al. |
| 8,176,553 B2 | 5/2012 | Magdych et al. |
| 8,181,173 B2 | 5/2012 | Childress et al. |
| 8,181,222 B2 | 5/2012 | Thomsen et al. |
| 8,185,930 B2 | 5/2012 | Alperovitch et al. |
| 8,185,943 B1 | 5/2012 | Jagger et al. |
| 8,219,620 B2 | 7/2012 | Hart |
| 8,230,497 B2 | 7/2012 | Norman et al. |
| 8,230,502 B2 | 7/2012 | Lymer et al. |
| 8,239,941 B1 | 8/2012 | Lymer et al. |
| 8,250,654 B1 | 8/2012 | Kennedy et al. |
| 8,256,002 B2 | 8/2012 | Chandrashekhar et al. |
| 8,260,906 B1 | 9/2012 | Freedman |
| 8,266,320 B1 | 9/2012 | Bell et al. |
| 8,266,703 B1 | 9/2012 | Magdych et al. |
| 8,291,505 B2 | 10/2012 | Hursey |
| 8,310,955 B1 | 11/2012 | Wiedmann et al. |
| 8,312,535 B1 | 11/2012 | Gordon et al. |
| 8,341,693 B2 | 12/2012 | Shahbazi |
| 8,359,650 B2 | 1/2013 | Lotem et al. |
| 8,364,772 B1 | 1/2013 | Mathur et al. |
| 8,380,791 B1 | 2/2013 | Gordon et al. |
| 8,387,146 B2 | 2/2013 | Parish et al. |
| 8,393,001 B1 | 3/2013 | Libenzi et al. |
| 8,402,540 B2 | 3/2013 | Kapoor et al. |
| 8,407,683 B2 | 3/2013 | Cheng et al. |
| 8,407,798 B1 | 3/2013 | Lotem et al. |
| 8,468,256 B1 | 6/2013 | McArdle et al. |
| 8,490,197 B2 | 7/2013 | Herz |
| 8,495,740 B1 | 7/2013 | Rouland et al. |
| 8,510,839 B2 | 8/2013 | Tarbotton et al. |
| 8,527,977 B1 | 9/2013 | Cheng et al. |
| 8,533,703 B2 | 9/2013 | Cheng et al. |
| 8,539,063 B1 | 9/2013 | Sharma et al. |
| 8,549,611 B2 | 10/2013 | Judge et al. |
| 8,549,635 B2 | 10/2013 | Muttik et al. |
| 8,555,344 B1 | 10/2013 | Wiedmann et al. |
| 8,555,374 B2 | 10/2013 | Wu et al. |
| 8,561,167 B2 | 10/2013 | Alperovitch et al. |
| 8,561,175 B2* | 10/2013 | Williams et al. ................ 726/22 |
| 8,578,480 B2 | 11/2013 | Judge et al. |
| 8,615,582 B2 | 12/2013 | McClure et al. |
| 8,621,060 B2 | 12/2013 | McClure et al. |
| 8,621,073 B2 | 12/2013 | McClure et al. |
| 8,621,077 B2 | 12/2013 | Hinchliffe et al. |
| 8,627,443 B2 | 1/2014 | Jagger et al. |
| 8,627,466 B2 | 1/2014 | Fisher et al. |
| 8,631,124 B2 | 1/2014 | Whitmore et al. |
| 8,631,495 B2 | 1/2014 | Judge |
| 8,634,309 B2 | 1/2014 | O'Brien |
| 8,656,502 B2 | 2/2014 | Gartside et al. |
| 8,661,126 B2 | 2/2014 | Cole et al. |
| 8,700,767 B2 | 4/2014 | Cole et al. |
| 8,706,576 B1 | 4/2014 | Balasubramaniam et al. |
| 8,732,835 B2 | 5/2014 | Gordon et al. |
| 8,744,938 B1 | 6/2014 | Bursch |
| 8,776,230 B1 | 7/2014 | Singleton |
| 8,782,260 B2 | 7/2014 | Taylor et al. |
| 8,789,193 B2 | 7/2014 | Kelekar |
| 2001/0014150 A1 | 8/2001 | Beebe et al. |
| 2001/0023486 A1* | 9/2001 | Kayashima et al. ......... 713/200 |
| 2001/0027388 A1 | 10/2001 | Beverina et al. |
| 2001/0027389 A1 | 10/2001 | Beverina et al. |
| 2001/0028268 A1 | 10/2001 | Shuler, Jr. |
| 2001/0028269 A1 | 10/2001 | Shuler, Jr. |
| 2001/0034847 A1 | 10/2001 | Gaul, Jr. |
| 2001/0042004 A1 | 11/2001 | Taub |
| 2001/0043778 A1 | 11/2001 | Griffis et al. |
| 2002/0013811 A1 | 1/2002 | Kim |
| 2002/0026591 A1 | 2/2002 | Hartley et al. |
| 2002/0032860 A1 | 3/2002 | Wheeler et al. |
| 2002/0042687 A1 | 4/2002 | Tracy et al. |
| 2002/0042877 A1 | 4/2002 | Wheeler et al. |
| 2002/0069035 A1 | 6/2002 | Tracy et al. |
| 2002/0078381 A1* | 6/2002 | Farley et al. .................. 713/201 |
| 2002/0092924 A1 | 7/2002 | Ingham, Jr. et al. |
| 2002/0104014 A1 | 8/2002 | Zobel et al. |
| 2002/0109963 A1 | 8/2002 | Aoki et al. |
| 2002/0112179 A1 | 8/2002 | Riordan et al. |
| 2002/0116631 A1 | 8/2002 | Torii et al. |
| 2002/0120558 A1 | 8/2002 | Reid |
| 2002/0137991 A1 | 9/2002 | Scarantino et al. |
| 2002/0138416 A1 | 9/2002 | Lovejoy et al. |
| 2002/0147803 A1 | 10/2002 | Dodd et al. |
| 2002/0150866 A1 | 10/2002 | Perry et al. |
| 2002/0162026 A1* | 10/2002 | Neuman et al. ............... 713/201 |
| 2002/0171546 A1* | 11/2002 | Evans et al. ................ 340/540 |
| 2002/0178386 A1* | 11/2002 | Wolf et al. .................. 713/201 |
| 2002/0178385 A1 | 11/2002 | Hrabik et al. |
| 2002/0199122 A1* | 12/2002 | Davis et al. .................. 713/201 |
| 2003/0005173 A1 | 1/2003 | Hemsath |
| 2003/0014469 A1* | 1/2003 | Caceres et al. ................ 713/201 |
| 2003/0023873 A1 | 1/2003 | Ben-Itzhak |
| 2003/0028803 A1 | 2/2003 | Bunker, V et al. |
| 2003/0033542 A1 | 2/2003 | Goseva-Popstojanova et al. |
| 2003/0037258 A1 | 2/2003 | Koren |
| 2003/0037601 A1 | 2/2003 | Mansky et al. |
| 2003/0046128 A1 | 3/2003 | Heinrich |
| 2003/0050718 A1 | 3/2003 | Tracy et al. |
| 2003/0051163 A1 | 3/2003 | Bidaud |
| 2003/0056116 A1 | 3/2003 | Bunker, V et al. |
| 2003/0061506 A1 | 3/2003 | Cooper et al. |
| 2003/0065945 A1 | 4/2003 | Lingafelt et al. |
| 2003/0070003 A1 | 4/2003 | Chong et al. |
| 2003/0083831 A1 | 5/2003 | Agrawal et al. |
| 2003/0084320 A1 | 5/2003 | Tarquini et al. |
| 2003/0091951 A1 | 5/2003 | Guilmette et al. |
| 2003/0097228 A1 | 5/2003 | Satya et al. |
| 2003/0101353 A1* | 5/2003 | Tarquini et al. ............... 713/200 |
| 2003/0126472 A1* | 7/2003 | Banzhof ....................... 713/201 |
| 2003/0135749 A1* | 7/2003 | Gales et al. .................. 713/200 |
| 2003/0140249 A1 | 7/2003 | Taninaka et al. |
| 2003/0140250 A1* | 7/2003 | Taninaka et al. .............. 713/201 |
| 2003/0145228 A1 | 7/2003 | Suuronen et al. |
| 2003/0154269 A1* | 8/2003 | Nyanchama et al. ......... 709/223 |
| 2003/0159060 A1 | 8/2003 | Gales et al. |
| 2003/0159063 A1 | 8/2003 | Apfelbaum et al. |
| 2003/0177303 A1* | 9/2003 | Albert et al. ................. 713/201 |
| 2003/0188194 A1* | 10/2003 | Currie et al. .................. 713/201 |
| 2003/0195569 A1 | 10/2003 | Swerdlow et al. |
| 2003/0195861 A1* | 10/2003 | McClure et al. ................ 707/1 |
| 2003/0202663 A1 | 10/2003 | Hollis et al. |
| 2003/0204632 A1* | 10/2003 | Willebeek-LeMair et al. ................ 709/249 |
| 2003/0204719 A1 | 10/2003 | Ben-Itzhak |
| 2003/0204728 A1 | 10/2003 | Irwin |
| 2003/0212779 A1 | 11/2003 | Boyter et al. |
| 2003/0212909 A1 | 11/2003 | Chandrashekhar et al. |
| 2003/0217039 A1 | 11/2003 | Kurtz et al. |
| 2003/0233438 A1* | 12/2003 | Hutchinson et al. ......... 709/223 |
| 2004/0006704 A1 | 1/2004 | Dahlstrom et al. |

US 9,118,711 B2

Page 7

(56)                 **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2004/0015338 A1 | 1/2004 | Lawrence et al. | |
| 2004/0015728 A1* | 1/2004 | Cole et al. ..................... 713/201 |
| 2004/0015737 A1 | 1/2004 | Martin et al. | |
| 2004/0019803 A1 | 1/2004 | Jahn | |
| 2004/0021889 A1 | 2/2004 | McAfee et al. | |
| 2004/0022359 A1 | 2/2004 | Acharya et al. | |
| 2004/0024781 A1 | 2/2004 | Youd | |
| 2004/0030778 A1 | 2/2004 | Kronenberg et al. | |
| 2004/0044912 A1 | 3/2004 | Connary et al. | |
| 2004/0049372 A1 | 3/2004 | Keller | |
| 2004/0054764 A1 | 3/2004 | Aderton et al. | |
| 2004/0064722 A1 | 4/2004 | Neelay et al. | |
| 2004/0064726 A1* | 4/2004 | Girouard ....................... 713/201 |
| 2004/0071081 A1 | 4/2004 | Rosenfled | |
| 2004/0073800 A1* | 4/2004 | Shah et al. ................... 713/176 |
| 2004/0078384 A1 | 4/2004 | Keir et al. | |
| 2004/0088564 A1 | 5/2004 | Norman | |
| 2004/0088565 A1 | 5/2004 | Norman et al. | |
| 2004/0088581 A1 | 5/2004 | Brawn et al. | |
| 2004/0098623 A1 | 5/2004 | Scheidell | |
| 2004/0102922 A1 | 5/2004 | Tracy et al. | |
| 2004/0102923 A1 | 5/2004 | Tracy et al. | |
| 2004/0103310 A1 | 5/2004 | Sobel et al. | |
| 2004/0103431 A1 | 5/2004 | Davenport et al. | |
| 2004/0106955 A1 | 6/2004 | Swerdlow et al. | |
| 2004/0117624 A1 | 6/2004 | Brandt et al. | |
| 2004/0117640 A1 | 6/2004 | Chu et al. | |
| 2004/0128529 A1 | 7/2004 | Blake et al. | |
| 2004/0128530 A1 | 7/2004 | Isenberg | |
| 2004/0128543 A1 | 7/2004 | Blake et al. | |
| 2004/0148520 A1 | 7/2004 | Talpade et al. | |
| 2004/0153171 A1 | 8/2004 | Brandt et al. | |
| 2004/0158545 A1 | 8/2004 | Turgeon | |
| 2004/0172550 A1 | 9/2004 | Sai | |
| 2004/0181787 A1 | 9/2004 | Wickham et al. | |
| 2004/0192204 A1 | 9/2004 | Periyalwar et al. | |
| 2004/0193918 A1* | 9/2004 | Green et al. ................. 713/201 |
| 2004/0210653 A1 | 10/2004 | Kanoor et al. | |
| 2004/0215972 A1 | 10/2004 | Sung et al. | |
| 2004/0215978 A1 | 10/2004 | Okajo et al. | |
| 2004/0221176 A1 | 11/2004 | Cole | |
| 2004/0243603 A1 | 12/2004 | Komatsu | |
| 2004/0250115 A1 | 12/2004 | Gemmel et al. | |
| 2004/0250128 A1 | 12/2004 | Bush et al. | |
| 2004/0259640 A1 | 12/2004 | Gentles et al. | |
| 2004/0268322 A1 | 12/2004 | Chow et al. | |
| 2005/0005169 A1 | 1/2005 | Kelekar | |
| 2005/0007743 A1 | 1/2005 | Eckblad et al. | |
| 2005/0010819 A1 | 1/2005 | Williams et al. | |
| 2005/0010821 A1* | 1/2005 | Cooper et al. ................ 713/201 |
| 2005/0015382 A1 | 1/2005 | Aaron | |
| 2005/0015667 A1 | 1/2005 | Aaron | |
| 2005/0022028 A1 | 1/2005 | Hall | |
| 2005/0033988 A1 | 2/2005 | Chandrashekhar et al. | |
| 2005/0049962 A1 | 3/2005 | Porter et al. | |
| 2005/0091542 A1 | 4/2005 | Banzhof | |
| 2005/0114186 A1 | 5/2005 | Heinrich | |
| 2005/0160286 A1 | 7/2005 | Currie et al. | |
| 2005/0177752 A1 | 8/2005 | Hollander et al. | |
| 2005/0182949 A1* | 8/2005 | Phillips et al. ............... 713/189 |
| 2005/0193430 A1 | 9/2005 | Cohen et al. | |
| 2005/0195975 A1 | 9/2005 | Kawakita | |
| 2005/0216957 A1 | 9/2005 | Banzhof et al. | |
| 2005/0222969 A1 | 10/2005 | Yip et al. | |
| 2005/0235360 A1* | 10/2005 | Pearson ........................... 726/23 |
| 2005/0240756 A1 | 10/2005 | Mayer | |
| 2005/0248457 A1* | 11/2005 | Himberger et al. .......... 340/541 |
| 2006/0004614 A1 | 1/2006 | Hutchinson et al. | |
| 2006/0030972 A1 | 2/2006 | Schlueter et al. | |
| 2006/0031938 A1 | 2/2006 | Choi | |
| 2006/0041936 A1 | 2/2006 | Anderson et al. | |
| 2006/0069912 A1 | 3/2006 | Zheng et al. | |
| 2006/0070129 A1 | 3/2006 | Sobel et al. | |
| 2006/0101517 A1 | 5/2006 | Banzhof et al. | |
| 2006/0130139 A1 | 6/2006 | Sobel et al. | |

| | | | |
|---|---|---|---|
| 2006/0156407 A1 | 7/2006 | Cummins | |
| 2006/0168660 A1 | 7/2006 | Edwards et al. | |
| 2006/0179325 A1 | 8/2006 | Debiez | |
| 2006/0230006 A1 | 10/2006 | Buscema | |
| 2006/0265708 A1 | 11/2006 | Blanding et al. | |
| 2006/0265746 A1 | 11/2006 | Farley et al. | |
| 2006/0272011 A1 | 11/2006 | Ide et al. | |
| 2006/0293942 A1 | 12/2006 | Chaddha et al. | |
| 2007/0016659 A1 | 1/2007 | Peck et al. | |
| 2008/0005555 A1 | 1/2008 | Lotem et al. | |
| 2008/0047016 A1 | 2/2008 | Spoonamore | |
| 2008/0052854 A1 | 2/2008 | Beverina et al. | |
| 2008/0060075 A1 | 3/2008 | Cox et al. | |
| 2008/0104702 A1* | 5/2008 | Choi et al. ....................... 726/23 |
| 2008/0127349 A1 | 5/2008 | Ormazabal et al. | |
| 2008/0216173 A1 | 9/2008 | Hammond | |
| 2008/0222724 A1 | 9/2008 | Ormazabal et al. | |
| 2008/0222731 A1 | 9/2008 | Dowd et al. | |
| 2008/0263525 A1 | 10/2008 | Berg et al. | |
| 2008/0263668 A1 | 10/2008 | Chu et al. | |
| 2008/0271151 A1 | 10/2008 | Blake et al. | |
| 2009/0007666 A1 | 3/2009 | Chen et al. | |
| 2009/0320138 A1 | 12/2009 | Keanini et al. | |
| 2009/0328213 A1 | 12/2009 | Blake et al. | |
| 2010/0083382 A1 | 4/2010 | Farley et al. | |
| 2010/0100961 A1 | 4/2010 | Scheidell | |
| 2010/0218256 A1 | 8/2010 | Thomas et al. | |
| 2010/0241478 A1 | 9/2010 | Sahinoglu | |
| 2011/0131644 A1 | 6/2011 | Keanini et al. | |
| 2011/0138036 A1 | 6/2011 | Tyree | |
| 2011/0162049 A1 | 6/2011 | Shahbazi | |
| 2011/0173342 A1 | 7/2011 | Cooper et al. | |
| 2011/0173677 A1 | 7/2011 | Tarbotton et al. | |
| 2011/0214179 A1 | 9/2011 | Chow et al. | |
| 2011/0214185 A1 | 9/2011 | Parish et al. | |
| 2011/0258315 A1 | 10/2011 | Whitmore et al. | |
| 2011/0258694 A1 | 10/2011 | Wu et al. | |
| 2012/0017278 A1 | 1/2012 | Fisher et al. | |
| 2012/0030766 A1 | 2/2012 | Tarbotton et al. | |
| 2012/0084867 A1 | 4/2012 | Baggett, Jr. et al. | |
| 2012/0102570 A1 | 4/2012 | Herz | |
| 2012/0110671 A1 | 5/2012 | Beresnevichiene et al. | |
| 2012/0144476 A1 | 6/2012 | McClure et al. | |
| 2012/0144493 A1 | 6/2012 | Cole et al. | |
| 2012/0144494 A1 | 6/2012 | Cole et al. | |
| 2012/0151594 A1 | 6/2012 | McClure et al. | |
| 2012/0151595 A1 | 6/2012 | McClure et al. | |
| 2012/0151596 A1 | 6/2012 | McClure et al. | |
| 2012/0173931 A1 | 7/2012 | Kube et al. | |
| 2012/0185549 A1 | 7/2012 | Hart | |
| 2012/0185550 A1 | 7/2012 | Hart | |
| 2012/0185551 A1 | 7/2012 | Hart | |
| 2012/0192262 A1 | 7/2012 | Jagger et al. | |
| 2012/0192279 A1 | 7/2012 | Muttik et al. | |
| 2012/0204265 A1 | 8/2012 | Judge | |
| 2012/0210434 A1 | 8/2012 | Curtis et al. | |
| 2012/0271890 A1 | 10/2012 | Judge et al. | |
| 2012/0317627 A1 | 12/2012 | Chandrashekhar et al. | |
| 2013/0031265 A1 | 1/2013 | Freedman | |
| 2013/0031635 A1 | 1/2013 | Lotem et al. | |
| 2013/0055394 A1 | 2/2013 | Beresnevichiene et al. | |
| 2013/0167240 A1 | 6/2013 | Kelekar | |
| 2013/0246620 A1 | 9/2013 | Rothwell et al. | |
| 2013/0275999 A1 | 10/2013 | Gordon et al. | |
| 2013/0312101 A1 | 11/2013 | Lotem Amnon et al. | |
| 2014/0215605 A1 | 7/2014 | Decime et al. | |
| 2014/0331326 A1 | 11/2014 | Thakur | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO0214987 | 2/2002 |
| WO | WO03007192 A1 | 1/2003 |
| WO | WO03029940 A2 | 4/2003 |
| WO | WO03029941 A2 | 4/2003 |
| WO | WO2006486168 | 10/2004 |
| WO | WO2004114663 | 12/2004 |

OTHER PUBLICATIONS

Julia Allen et al., "State of the Practice of Intrusion Detection Technologies," Jan. 2000, Networked Systems Survivability Program, cover page-p. 220 and report documentation page.

(56) **References Cited**

OTHER PUBLICATIONS

"Review SPQuery", in Network Computing, Nov. 2000, www. networkcomputer.co.uk/back_iss/prod_update/reviews/spquery4. 1.htm.

Business Wire, "Ready for Windows 2000 Service Pack 1? St. Bernard Software's SPQuery 4.0 is Here Just Time," Aug. 2, 2000, pp. 1-2, www.findarticles.com/p/articles/mi_m0EIN/is_August_2/ai_63819686/print.

Mark Joseph Edwards, "Useful SPQuery 3.0 automates finding, installing hotfixes," in InfoWorld, Jun. 21, 1999, www.infoworld. com/cgi-bin/displayArchive.pl?/99/25/c04-25.46.htm.

SPQuery User's Manual, Version 4.2, pp. 1-58 1st quarter 2001, date retrieved from USPN 7303712.

WebConsole Core 4.0 for NetWare, archived May 11, 2000, pp. 1-3 http://web.archive.org/web/20000511133746/www.patchlink.com/products/wcnw_product . . . .

PatchLink, Gravitix The Patch Finder, archived Aug. 15, 2000, http://web.archive.org/web/20000815094824//www.patchlink.com/products/gravitix.asp.

Steve Manzuik, "Ultimate Security Toolkit", InstantDoc #9202, May 16, 2000, pp. 1-3 http://web.archive.org/web/20011607751/www.ntsecurity.net/Articles/Index.cfm?ArticleId=9202&SearchString=cyber.

"Network Vulnerability Assessment Report," Apr. 19, 2000, pp. 1-4, http://web.archive.org/web/20000917072189/documents.iss.net/literature/InternetScanner/reports/Line_Mgmt_Vulnerability_Assessment_Report.pdf.

"Host Vulnerability Summary Report," Apr. 19, 2000, pp. 1-8, http://web.archive.org/web/20000917072216/documents.iss.net/literature/InternetScanner/reports/Technician_Host_Vulnerability_Summary_Report.pdf.

Internet Security Systems, Inc.: Securing E-Business, ISS SAFEsuite products, Security Assessment: Internet Scanner, archived Aug. 20, 2000 http://web.archive.org/web/20000820203428/www.iss.net/securing_e-business/security_pr . . . .

"Internet Security Systems; Internet Scanner", archived Jun. 6, 2001, pp. 1-2 http://web.archive.org/web/20010604224006/documents.iss.net/literature/InternetScanner/is_ps.pdf.

"To Setup Secure PC Network:", archived Aug. 16, 2000, pp. 1-15 http://web.archive.org/web/20000816192628/www.citadel.com/downloads/SPC+readme.txt.

"Microsoft Security Glossary", published Oct. 29, 2002, updated Dec. 19, 2005, pp. 1-18, www.microsoft.com/security/glossary.mspx.

U.S. Appl. No. 60/234,680, filed Sep. 22, 2000.

Gravitix Screenshot, Jul. 24, 2000.

U.S. Appl. No. 60/448,313, filed Feb. 14, 2003.

"Symantec unveils vulnerability assessment tool," May 13, 2003, retrieved from https://web.archive.org/web/20140818164413/http://www.computerweekly.com/news/2240050753/Symantec-unveils-vulnerability-assessment-tool.

Symantec Corporation, Symantec Introduces New Vulnerability Assessment Solution: Symantec Vulnerability Assessment Provides Vulnerability Identification and Prioritization to Proactively Secure Systems at Risk, News Release, May 12, 2003, retrieved from http://www.symantec.com/press/2003/n030512a.html.

"Introduction to Symantec Vulnerability Assessment 1.0," Jan. 1, 2003, retrieved from http://www.symantec.com/business/support/index?page=content&id=TECH111970.

Gula, Ron, "Correlating IDS Alerts with Vulnerability Information," Dec. 2002 (Updated Jan. 2009), pp. 1-10, retrieved from http://docs.huihoo.com/nessus/va-ids.pdf.

Desai, Neil, "IDS Correlation of VA Data and IDS Alerts," Jun. 29, 2003, retrieved from http://www.symantec.com/connect/articles/ids-correlation-va-data-and-ids-alerts.

"Qualys Introduces First Network Vulnerability Assessment Platform for Managed Security and Consulting Organizations," Jun. 10, 2001, retrieved from http://www.qualys.com/company/newsroom/news-releases/usa/2001-04-10-3//.

"Qualys Introduces New Intranet Scanner Appliance," Sep. 30, 2002, retrieved from http://www.qualys.com/company/newsroom/news-releases/usa/2002-09-30//.

Qualys "Case Study: Bank of the West—Major Financial Institution Protects Information Assets Through Regular Network Vulnerability Audits," Jul. 2005, retrieved from http://www.qualys.com/docs/bank_of_west.pdf.

Gula, Ron, "Example Lightning Deployment Scenarios," Dec. 2002, 5 pages, retrieved from https://web.archive.org/web/20030316012821/http://www.tenablesecurity.com/example.pdf.

Gula, Ron, "Offering Managed Security Services with Lightning," Dec. 2002, 6 pages, retrieved from https://web.archive.org/web/20030316085246/http://www.tenablesecurity.com/manage.pdf.

Tenable Network Security Inc., "Lightning Console," 2002, retrieved from https://web.archive.org/web/20030416093233/http://www.tenablesecurity.com/console.html.

Tenable Network Security Inc., "Screen Shots," 2002, retrieved from https://web.archive.org/web/20030214013753/http://www.tenablesecurity.com/screenshots.html.

SecurityProfiling, "News," Jul. 2001, retrieved from https://web.archive.org/web/20021209114707/http://securityprofiling.com/news.htm.

Symantec Corporation, "Norton Ghost™ User's Guide," 2002, 221 pages.

Symantec Corporation, "Symantec™ Vulnerability Assessment Implementation Guide," Version 1.0, 2003, 108 pages.

Huber, Robert, "Strategies for Improving Vulnerability Assessment Effectiveness in Large Organizations," SANS Institute InfoSec Reading Room, Version 1.4b (amended Aug. 29, 2002), GSEC Option 1, Apr. 20, 2003, 18 pages.

U.S. Appl. No. 60/441,422, filed Jan. 21, 2003.

U.S. Appl. No. 60/388,078, filed Jun. 11, 2002.

U.S. Appl. No. 60/345,689, filed Dec. 31, 2001.

Office Action Summary in U.S. Appl. No. 14/138,014 dated Feb. 24, 2015.

Office Action Summary in U.S. Appl. No. 14/499,226 dated Feb. 20, 2015.

Office Action Summary in U.S. Appl. No. 14/499,227 dated Jan. 27, 2015.

Office Action Summary in U.S. Appl. No. 14/499,230 dated Jan. 8, 2015.

Office Action Summary in U.S. Appl. No. 14/499,234 dated Feb. 10, 2015.

Office Action Summary in U.S. Appl. No. 14/499,235 dated Jan. 21, 2015.

Office Action Summary in U.S. Appl. No. 14/499,237 dated Jan. 20, 2015.

Office Action Summary in U.S. Appl. No. 14/499,241 dated Mar. 4, 2015.

Office Action Summary in U.S. Appl. No. 14/499,244 dated Feb. 23, 2015.

Office Action Summary in U.S. Appl. No. 14/499,246 dated Jan. 28, 2015.

Office Action Summary in U.S. Appl. No. 14/499,250 dated Jan. 16, 2015.

Interview Summary in U.S. Appl. No. 14/138,014 dated Feb. 9, 2015.
Interview Summary in U.S. Appl. No. 14/138,230 dated Feb. 9, 2015.
Interview Summary in U.S. Appl. No. 14/138,246 dated Feb. 3, 2015.
Office Action Summary in U.S. Appl. No. 14/499,230 dated Mar. 19, 2015.

Office Action Summary in U.S. Appl. No. 14/499,239 dated Mar. 13, 2015.

Viega, John, et al. "ITS4: A static vulnerability scanner for C and C++ code." Computer Security Applications, 2000. ACSAC'00. 16th Annual Conference. IEEE, 2000.

Ghosh, Anup K., Tom O'Connor, and Gary McGraw. "An automated approach for identifying potential vulnerabilities in software." Security and Privacy, 1998. Proceedings. 1998 IEEE Symposium on. IEEE, 1998.

U.S. Appl. No. 60/484,085, filed Jul. 1, 2003.

U.S. Appl. No. 10/882,588, filed Jul. 1, 2004.

Office Action Summary in U.S. Appl. No. 10/882,588 dated May 29, 2009.

Office Action Summary in U.S. Appl. No. 10/882,588 dated Oct. 12, 2010.

Office Action Summary in U.S. Appl. No. 10/882,588 dated Jun. 12, 2012.

Office Action Summary in U.S. Appl. No. 10/882,588 dated Jan. 8, 2010.

(56) **References Cited**

OTHER PUBLICATIONS

Office Action Summary in U.S. Appl. No. 10/882,588 dated Apr. 15, 2011.
Office Action Summary in U.S. Appl. No. 10/882,588 dated Jun. 24, 2010.
Office Action Summary in U.S. Appl. No. 10/882,588 dated Sep. 26, 2007.
Office Action Summary in U.S. Appl. No. 10/882,588 dated Oct. 20, 2011.
U.S. Appl. No. 10/882,788, filed Jul. 1, 2004.
Office Action Summary in U.S. Appl. No. 10/882,788 dated Dec. 22, 2008.
Office Action Summary in U.S. Appl. No. 10/882,788 dated Jul. 10, 2008.
Office Action Summary in U.S. Appl. No. 10/882,788 dated Oct. 4, 2007.
U.S. Appl. No. 10/882,852 filed Jul. 1, 2004.
Office Action Summary in U.S. Appl. No. 10/882,852 dated May 15, 2013.
Office Action Summary in U.S. Appl. No. 10/882,852 dated Jun. 1, 2010.
Office Action Summary in U.S. Appl. No. 10/882,852 dated Aug. 14, 2008.
Office Action Summary in U.S. Appl. No. 10/882,852 dated Jun. 24, 2009.
Office Action Summary in U.S. Appl. No. 10/882,852 dated Nov. 1, 2007.
U.S. Appl. No. 10/882,853, filed Jul. 1, 2004.
Office Action Summary in U.S. Appl. No. 10/882,853 dated Mar. 18, 2009.
Office Action Summary in U.S. Appl. No. 10/882,853 dated Apr. 30, 2008.
Office Action Summary in U.S. Appl. No. 10/882,853 dated Oct. 17, 2008.
Office Action Summary in U.S. Appl. No. 10/882,853 dated Oct. 31, 2007.

U.S. Appl. No. 10/883,376, filed Jul. 1, 2004.
Office Action Summary in U.S. Appl. No. 10/883,376 dated Sep. 11, 2008.
Office Action Summary in U.S. Appl. No. 10/883,376 dated May 6, 2008.
U.S. Appl. No. 10/884,329, filed Jul. 1, 2004.
Office Action Summary in U.S. Appl. No. 10/884,329 dated Nov. 29, 2007.
U.S. Appl. No. 14/138,014, filed Dec. 31, 2013.
Office Action Summary in U.S. Appl. No. 14/138,014 dated Aug. 28, 2014.
U.S. Appl. No. 14/499,226, filed Sep. 28, 2014.
U.S. Appl. No. 14/499,227, filed Sep. 28, 2014.
Office Action Summary in U.S. Appl. No. 14/499,227 dated Dec. 15, 2014.
U.S. Appl. No. 14/499,230, filed Sep. 28, 2014.
U.S. Appl. No. 14/499,234, filed Sep. 28, 2014.
U.S. Appl. No. 14/499,235, filed Sep. 28, 2014.
Office Action Summary in U.S. Appl. No. 14/499,235 dated Dec. 15, 2014.
U.S. Appl. No. 14/499,236, filed Sep. 28, 2014.
Office Action Summary in U.S. Appl. No. 14/499,236 dated Dec. 30, 2014.
U.S. Appl. No. 14/499,237, filed Sep. 28, 2014.
U.S. Appl. No. 14/499,239, filed Sep. 29, 2014.
U.S. Appl. No. 14/499,241, filed Sep. 29, 2014.
Office Action Summary in U.S. Appl. No. 14/499,241 dated Dec. 15, 2014.
U.S. Appl. No. 14/499,244, filed Sep. 29, 2014.
U.S. Appl. No. 14/499,246, filed Sep. 29, 2014.
U.S. Appl. No. 14/499,250, filed Sep. 29, 2014.
Office Action Summary in U.S. Appl. No. 14/499,226 dated May 19, 2015.
Office Action Summary in U.S. Appl. No. 14/499,236 dated May 6, 2015.
Office Action Summary in U.S. Appl. No. 14/499,239 dated Jun. 18, 2015.

* cited by examiner



**Fig. 1**



**Fig. 2**



**Fig. 3**



**Fig. 4**



FIG. 5A



FIG. 5B



FIG. 6

U.S. Patent

Aug. 25, 2015

Sheet 7 of 12

US 9,118,711 B2

Off-Site Network Operations
Center (NOC) Servers

702

AES Encryption

701

705

Security Updates,
Hotfixes, & Patches

OnSit.eServer

703b

IDS
Console

706

Solaris        NT

703a

704

Sensor

Mandrake        706

2k

RedHat

98

Turbo        704        FIG. 7

Solaris

XP



FIG. 8

U.S. Patent

Aug. 25, 2015

Sheet 9 of 12

US 9,118,711 B2



FIG. 9



Network Operations Center
(NOC) Servers

1002

AES Encryption

1001

1005

Security Policy
Templates, Rules, &
Updates

On-Site Server

1003

Management
Console(s)

Scalable to Any Size or Architecture

Group One

Soalris

1006

NT

1004

RedHat

Turbo

2k

Group Two

Solaris

1006

2k

1004

2k

NT

XP

FIG. 10



Off-Site Network Operations
Center (NOC) Servers

AES Encryption

1101

1102

Security Rules,
Updates & Patches

1105

OnSite Server

1103a

IPS
Console

1103b

Inline
Sensor

Perimeter
Firewall

Solaris

NT

1106

Mandrake

1106

2k

RedHat

1104

Turbo

Hub

Solaris

1104

98

FIG. 11

U.S. Patent

Aug. 25, 2015

Sheet 12 of 12

US 9,118,711 B2



**Anti-Vulnerability Platform**

– – – – – – **Point Product** uses **SDK** functionality query
— · — · — · **SDK** queries the **Logic Module**
— · · — · · **Logic** queries the **Data Warehouse**
············· **Data warehouse** queries its databases
———— — Returns data to **Logic Module**
– – – · – · And answer via the **SDK** to the **Point Product**

FIG. 12

**1**

## ANTI-VULNERABILITY SYSTEM, METHOD, AND COMPUTER PROGRAM PRODUCT

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part (for the purposes of providing a glossary in accordance with the Glossary Pilot Program) of U.S. application Ser. No. 14/138,014 filed Dec. 21, 2013 which, in turn, is a continuation of U.S. application Ser. No. 10/882,852 filed Jul. 1, 2004 which, in turn, claims priority to U.S. App. Ser. No. 60/484,085 filed Jul. 1, 2003, which are all incorporated herein by reference in their entirety for all purposes.

### FIELD OF THE INVENTION

The present invention relates to computer systems, and more particularly to management of security of computing and network devices that are connected to other such devices.

### SUMMARY

A system, method, and computer program product are provided for displaying, via at least one user interface, a plurality of techniques of different technique types including a first technique for setting or modifying a policy for mitigating a first occurrence, and a second technique for dropping packets in connection with at least one networked device for mitigating the first occurrence. Based on user input selecting the first technique for setting or modifying the policy for mitigating the first occurrence, the first technique is automatically applied for setting or modifying the policy for mitigating the first occurrence. Based on the user input selecting the second technique for dropping packets in connection with the at least one networked device for mitigating the first occurrence, the second technique is applied for dropping packets in connection with the at least one networked device for mitigating the first occurrence.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a block diagram of a networked system of computers in one embodiment of the present invention.

FIG. **2** is a block diagram showing components of several computing devices in the system of FIG. **1**.

FIGS. **3** and **4** trace signals that travel through the system of FIGS. **1** and **2** and the present invention is applied to them.

FIG. **5A** is a flow chart of a filtering proxy method according to one embodiment of the present invention.

FIGS. **5B** and **6** illustrate a platform, in accordance with possible embodiments.

FIG. **7** illustrates an intelligent IDS, in accordance with one embodiment.

FIG. **8** illustrates an update system, in accordance with one embodiment.

FIG. **9** shows a configured network, in accordance with one embodiment.

FIG. **10** shows policy compliance and enforcement, in accordance with one embodiment.

FIG. **11** illustrates an intelligent IPS, in accordance with one embodiment.

**2**

FIG. **12** illustrates an SDK function call flow, in accordance with one embodiment.

### DETAILED DESCRIPTION

#### Glossary

data warehouse=a component that contains vulnerabilities and updates for devices that operate on at least one network.

NOC server=network operations center server that periodically synchronize latest vulnerability and update data with other servers.

SDK=software development kit that allows programmers to develop security applications that access data collected in a database.

CM application=change management application that controls documentation and logging of change.

For the purpose of promoting an understanding of the principles of the present invention, reference will now be made to the embodiment illustrated in the drawings and specific language will be used to describe the same. It will, nevertheless, be understood that no limitation of the scope of the invention is thereby intended; any alterations and further modifications of the described or illustrated embodiments, and any further applications of the principles of the invention as illustrated therein are contemplated as would normally occur to one skilled in the art to which the invention relates.

Generally, the present invention in one embodiment operates in the context of a network as shown in FIG. **1**. System **100** includes a vulnerability and remediation database **110** connected by Internet **120** to subnet **130**. In this exemplary embodiment, firewall **131** serves as the gateway between Internet **120** and the rest of subnet **130**. Router **133** directs connections between computers **137** and each other and other devices on Internet **120**. Server **135** collects certain information and provides certain data services that will be discussed in further detail herein.

In particular, security server **135** includes processor **142**, and memory **144** encoded with programming instructions executable by processor **142** to perform several important security-related functions. For example, security server **135** collects data from devices **131**, **133**, **137**, and **139**, including the software installed on those devices, their configuration and policy settings, and patches that have been installed. Security server **135** also obtains from vulnerability and remediation database **110** a regularly updated list of security vulnerabilities in software for a wide variety of operating systems, and even in the operating systems themselves. Security server **135** also downloads a regularly updated list of remediation techniques that can be applied to protect a device from damage due to those vulnerabilities. In one embodiment, each vulnerability in remediation database **110** is identified by a vulnerability identifier, and the vulnerability identifier can be used to retrieve remediation information from database **110** (and from database **146**, discussed below in relation to FIG. **2**).

In one embodiment, computers **137** and **139** each comprise a processor **152**, **162**, memory **154**, **164**, and storage **156**, **166**. Computer **137** executes a client-side program (stored in storage **156**, loaded into memory **154**, and executed by processor **152**) that maintains an up-to-date collection of information regarding the operating system, service pack (if applicable), software, and patches installed on computer **137**, and the policies and configuration data (including configuration files, and elements that may be contained in files, such as *.ini and *.conf files and registry information, for example), and communicates that information on a substantially real-time basis

US 9,118,711 B2

3

to security server **135**. In an alternative embodiment, the collection of information is not retained on computer **137**, but is only communicated once to security server **135**, then is updated in real time as changes to that collection occur.

Computer **139** stores, loads, and executes a similar software program that communicates configuration information pertaining to computer **139** to security server **135**, also substantially in real time. Changes to the configuration registry in computer **139** are monitored, and selected changes are communicated to security server **135** so that relevant information is always available. Security server **135** may connect directly to and request software installation status and configuration information from firewall **131** and router **133**, for embodiments wherein firewall **131** and router **133** do not have a software program executing on them to communicate this information directly.

This collection of information is made available at security server **135**, and combined with the vulnerability and remediation data from source **110**. The advanced functionality of system **100** is thereby enabled as discussed further herein.

Turning to FIG. **2**, one sees additional details and components of the devices in subnet **130**. Computers **137** and **139** are traditional client or server machines, each having a processor **152**, **162**, memory **154**, **164**, and storage **156**, **166**. Firewall **131** and router **133** also have processors **172**, **182** and storage **174**, **184**, respectively, as is known in the art. In this embodiment, devices **137** and **139** each execute a client-side program that continuously monitors the software installation and configuration status for that device. Changes to that status are communicated in substantially real time to security server **135**, which continuously maintains the information in database **146**. Security server **135** connects directly to firewall **131** and router **133** to obtain software installation and configuration status for those devices in the absence of a client-side program running thereon.

Processors **142**, **152**, **162** may each be comprised of one or more components configured as a single unit. Alternatively, when of a multi-component form, processor **142**, **152**, **162** may each have one or more components located remotely relative to the others. One or more components of processor **142**, **152**, **162** may be of the electronic variety defining digital circuitry, analog circuitry, or both. In one embodiment, processor **142**, **152**, **162** are of a conventional, integrated circuit microprocessor arrangement, such as one or more PENTIUM 4 or XEON processors from INTEL Corporation of 2200 Mission College Boulevard, Santa Clara, Calif., 95052, USA, or ATHLON XP processors from Advanced Micro Devices, One AMD Place, Sunnyvale, Calif., 94088, USA.

Memories **144**, **154**, **164** may include one or more types of solid-state electronic memory, magnetic memory, or optical memory, just to name a few. By way of non-limiting example, memory **40***b* may include solid-state electronic Random Access Memory (RAM), Sequentially Accessible Memory (SAM) (such as the First-In, First-Out (FIFO) variety or the Last-In First-Out (LIFO) variety), Programmable Read Only Memory (PROM), Electrically Programmable Read Only Memory (EPROM), or Electrically Erasable Programmable Read Only Memory (EEPROM); an optical disc memory (such as a DVD or CD ROM); a magnetically encoded hard drive, floppy disk, tape, or cartridge media; or a combination of any of these memory types. Also, memories **144**, **154**, **164** may be volatile, nonvolatile, or a hybrid combination of volatile and nonvolatile varieties.

In this exemplary embodiment, storage **146**, **156**, **166** comprises one or more of the memory types just given for memories **144**, **154**, **164**, preferably selected from the non-volatile types.

4

This collection of information is used by system **100** in a wide variety of ways. With reference to FIG. **3**, assume for example that a connection request **211** arrives at firewall **131** requesting that data be transferred to computer **137**. The payload of request **211** is, in this example, a probe request for a worm that takes advantage of a particular security vulnerability in a certain operating system. Based on characteristics of the connection request **211**, firewall **131** sends a query **213** to security server **135**. Query **213** includes information that security server **135** uses to determine (1) the intended destination of connection request **211**, and (2) some characterization of the payload of connection request **211**, such as a vulnerability identifier. Security server **135** uses this information to determine whether connection request **211** is attempting to take advantage of a particular known vulnerability of destination machine **137**, and uses information from database **146** (see FIG. **2**) to determine whether the destination computer **137** has the vulnerable software installed, and whether the vulnerability has been patched on computer **137**, or whether computer **137** has been configured so as to be invulnerable to a particular attack.

Security server **135** sends result signal **217** back to firewall **131** with an indication of whether the connection request should be granted or rejected. If it is to be granted, firewall **131** passes the request to router **133** as request **219**, and router **133** relays the request as request **221** to computer **137**, as is understood in the art. If, on the other hand, signal **217** indicates that connection request **211** is to be rejected, firewall **133** drops or rejects the connection request **211** as is understood in the art.

Analogous operation can protect computers within subnet **130** from compromised devices within subnet **130** as well. For example, FIG. **4** illustrates subnet **130** with computer **137** compromised. Under the control of a virus or worm, for example, computer **137** sends connection attempt **231** to router **133** in an attempt to probe or take advantage of a potential vulnerability in computer **139**. On receiving connection request **231**, router **133** sends relevant information about request **231** in a query **233** to security server **135**. Similarly to the operation discussed above in relation to FIG. **3**, security server **135** determines whether connection request **231** poses any threat, and in particular any threat to software on computer **139**. If so, security server **135** determines whether the vulnerability has been patched, and if not, it determines whether computer **139** has been otherwise configured to avoid damage due to that vulnerability. Security server **135** replies with signal **235** to query **233** with that answer. Router **133** uses response **235** to determine whether to allow the connection attempt.

In some embodiments, upon a determination by security server **135** that a connection attempt or other attack has occurred against a computer that is vulnerable (based on its current software, patch, policy, and configuration status), security server **135** selects one or more remediation techniques from database **146** that remediate the particular vulnerability. Based on a prioritization previously selected by an administrator or the system designer, the remediation technique(s) are applied (1) to the machine that was attacked, (2) to all devices subject to the same vulnerability (based on their real-time software, patch, policy, and configuration status), or (3) to all devices to which the selected remediation can be applied.

In various embodiments, remediation techniques include the closing of open ports on the device; installation of a patch that is known to correct the vulnerability; changing the device's configuration; stopping, disabling, or removing services; setting or modifying policies; and the like. Further-

5

more, in various embodiments, events and actions are logged (preferably in a non-volatile medium) for later analysis and review by system administrators. In these embodiments, the log also stores information describing whether the target device was vulnerable to the attack.

A real-time status database according to the present invention has many other applications as well. In some embodiments, the database **146** is made available to an administrative console running on security server **135** or other administrative terminal. When a vulnerability is newly discovered in software that exists in subnet **130**, administrators can immediately see whether any devices in subnet **130** are vulnerable to it, and if so, which ones. If a means of remediation of the vulnerability is known, the remediation can be selectively applied to only those devices subject to the vulnerability.

In some embodiments, the database **146** is integrated into another device, such as firewall **131** or router **133**, or an individual device on the network. While some of these embodiments might avoid some failures due to network instability, they substantially increase the complexity of the device itself. For this reason, as well as the complexity of maintaining security database functions when integrated with other functions, the network-attached device embodiment described above in relation to FIGS. **1-4** is one possible embodiment.

In one embodiment, a software development kit (SDK) allows programmers to develop security applications that access the data collected in database **146**. The applications developed with the SDK access information using a defined application programming interface (API) to retrieve vulnerability, remediation, and device status information available to the system. The applications then make security-related determinations and are enabled to take certain actions based on the available data.

In these exemplary systems, "configuration information" for each device may take the form of initialization files (often named *.ini or *.conf), configuration registry (such as, the Windows Registry on Microsoft WINDOWS operating systems), or configuration data held in volatile or non-volatile memory. Such configuration information often determines what and how data is accepted from other devices, sent to other devices, processed, stored, or otherwise handled, and in many cases determines what routines and sub-routines are executed in a particular application or operating system.

In one embodiment, security information management system is provided, wherein a database of potential vulnerabilities is maintained, along with data describing remediation techniques (patches, policy settings, and configuration options) available to protect against them. At least one vulnerability is associated in the database with multiple available remediation techniques. In one embodiment, the system presents a user with the list of remediation techniques available to protect against a known vulnerability, accepts the user's selection from the list, and executes the selected technique. In other embodiments, the system uses a predetermined prioritization schedule to automatically select among the available remediation techniques, then automatically executes the selected technique.

One embodiment of the present invention is a database of information about a plurality of devices, updated in real-time and used by an application to make a security-related decision. The database stores data indicating the installed operating system(s), installed software, patches that have been applied, system policies that are in place, and configuration information for each device. The database answers queries by one or more devices or applications attached by a network to facilitate security-related decision making. In one form of this

6

embodiment, a firewall or router handles a connection request or maintenance of a connection based on the configuration information stored in the database that relates to one or both of the devices involved in the transmission.

In one embodiment, database **146** includes vulnerability and remediation information such that, for at least one vulnerability, multiple methods of remediating the vulnerability are specified. When the system has occasion to implement or offer remediation of a vulnerability, all known alternatives are presented that are relevant to the device or machine's particular configuration or setup. For example, when a vulnerability of a device is presented to an administrator, the administrator is given a choice among the plurality of remediation options to remediate the vulnerability. In some embodiments, the administrator can select a preferred type of remediation that will be applied if available and a fallback type. For example, an administrator may select application of a policy setting over installation of a software patch, so that the risk of disruption of critical business systems is minimized.

In other embodiments, an administrator or other user is presented with a set of user interface elements that identify multiple options for remediating and identifying the vulnerability. The administrator or user selects the method to be used, and that remediation is applied to the vulnerable device(s).

FIG. **5A** is a flow chart of a filtering proxy method according to one embodiment of the present invention.

In use, a database maintains security status information on each device in a network, based on whether the device's operating system, software, and patches are installed and configured to meet a baseline level of security. A network gateway proxy blocks connection attempts from devices for which the database indicates a substandard security status, but allows connections from other devices to pass normally. The database is preferably updated on a substantially real-time basis by client-side software run by each device in the network.

Another form of the present embodiment includes a connection proxy that filters connections originating within the network. In particular, one embodiment employs a proxy that denies connection attempts originating with devices in the network when the originating device has a status, reflected in the database, that fails to meet predetermined security characteristics in terms of installed operating system and software, patch levels, and system policy and configuration registry information.

In this embodiment, router **133** serves as a connection proxy for devices and subnet **130**, as will be understood by those skilled in the art. In addition to basic proxy functionality, however, router **133** accesses database **146** on security server **135** via the SDK at each connection attempt. If, for example, device **137** attempts to connect to any device where the connection must pass through the proxy server (router **133** in this example), such as a device on Internet **120**, router **133** checks the security status of device **137** in database **146**, using the real-time status therein to determine whether device **137** complies with one or more predetermined security policies. If it does, router **133** allows the connection to be made. If it does not, router **133** prevents the connection, preferably redirecting the connection to a diagnostic page that explains why the connection is not being made.

This system is illustrated by method **200** in FIG. **5A**. Method **200** begins with start point **201**. The proxy (router **133** in the above example) receives a connection request at block **203**, then retrieves the security status of the source device at block **205**. This preferably uses the real-time updated status information from database **146** (see FIG. **2**) at

**7**

decision block **207**. If the security status indicates that the source device complies with the predetermined security policy, the proxy allows the connection at block **209**. If not, the proxy refuses the connection at block **211** and redirects the connection to an explanation message (such as a locally generated web page or other message source) at block **213**. In either case, method **200** ends at end point **219**.

In possible embodiments, the determination and decision at block **207** apply a comprehensive minimum policy set that protects other devices in subnet **130** (see FIG. **1**) from viruses, trojans, worms, and other malware that might be inadvertently and/or carelessly acquired due to the requested connection.

In another embodiment, a security information management system is provided, wherein client-side devices preferably collect and monitor information describing the operating system, software, and patches installed on the device(s), as well as configuration thereof. A database of this information is maintained, along with data describing vulnerabilities of available software and associated remediation techniques available for it. The system exposes an API to support security-related decisions by other applications. For example, an intrusion detection system (IDS) accesses the database to determine whether an actual threat exists and should be (or has been) blocked.

In another form of this embodiment, client software runs on each monitored device and reports configuration information to the database, so that the database has substantially real-time-current information.

The present embodiment of the present invention advantageously acquires the real-time status information from each client using client-side software. In this manner, a resource burden of monitoring is spread among the devices being monitored, and uses far fewer network resources in the process.

In these exemplary systems, "configuration information" for each device may take the form of initialization files (often named *.ini or *.conf), configuration registry (such as the Windows Registry on Microsoft Windows operating systems), or configuration data held in volatile or non-volatile memory. Such configuration information often determines what and how data is accepted from other devices, sent to other devices, processed, stored, or otherwise handled, and in many cases determines what routines and sub-routines are executed in a particular application or operating system.

In one embodiment, a system maintains a database of vulnerabilities and associated remediation techniques. The remediation techniques include software patches, policy settings or changes, and registry settings or changes. This multifaceted provides novel flexibility in management of security issues, and convenience for security administrators in both determining available options and selecting remediation steps for vulnerable systems.

In another embodiment of the present invention, patches, policy changes, software updates, and configuration changes are rolled out to devices on a network using a staged roll-out technique. In this technique, the change is applied to a selected device or set of devices identified by an administrator. After a predetermined amount of time passes, unless the administrator has canceled the roll-out, the change is applied to an additional group of devices on the network. Third- and fourth-tier groups may also be identified by the administrator, where implementation of the remediation or upgrade is automatically effected in subsequent stages a predetermined amount of time after the preceding stage roll-out. Thus, if no failures are noted following a more limited roll-out (on a first set of devices), then the remediation or upgrade is automati-

**8**

cally applied to other devices. If, on the other hand, an error or failure is observed, the subsequent roll-out can be canceled so that further failures and problems are avoided.

FIGS. **5**B and **6** illustrate a platform, in accordance with possible embodiments.

In one possible embodiment, provided is a platform and underlying back end that includes a logic engine and vulnerability data warehouse. It may integrate with and enable network security products such as IDS, scanners, or firewalls to intelligently reference and share the same vulnerability data set, and independently provide complete vulnerability remediation (patching) functionalities such as that provided by the patch management and vulnerability remediation application. Thereby, the technology may improve system accuracy and efficiencies, minimize false positives and false negatives, and provide policy compliance and enforcement capabilities.

The latest network compromises are combining qualities of viruses, worms, and denial of service attacks into new blended attacks. Additionally, blended attacks may now utilize metamorphic or polymorphic abilities to change their signatures to avoid detection. To mitigate these new risks, organizations are now deploying a multi-tiered network defense strategy comprised of a variety of network security components layered at the perimeter and to internal network machines and devices. The security components are managed separately, and possibly their data is ported into a Security Information Management System (SIMS) correlation engine.

However, network security components and correlation engines rely on signatures or anomalies, producing an ever-increasing quantity of data, including false positive, benign, and erroneous events. They also lack the intelligence to identify, reference, or remediate the vulnerabilities targeted by the attack. Furthermore, the time and cost to acquire, manage, and maintain these numerous network security components is overwhelming the end user. Therefore, more sophisticated technology is provided to resolve these performance and management issues.

In one embodiment, technology may be provided that addresses these requirements by making each security component smarter and provides managers with remote remediation options. Thereby, improving system performance and streamlining management processes.

In one embodiment, an intelligent integration platform and SDK are provided to meet the above requirements.

In one embodiment, security products are enhanced and system intelligence may be provided. The same vulnerability data warehouse information is shared with the products so that more intelligent actions may then be taken to mitigate complex threats.

One embodiment cross-references the threat's identifier with the target's configuration. The threat's CVE ID, or other identifier, and the destination IP address are fed into the logic engine where it cross-references the threat with the machine's existing OS, application, and patch configuration profile. An answer is returned accurately indicating if the machine is vulnerable.

In one embodiment, network vulnerabilities are identified. The platform may independently identify which network machines and devices have vulnerabilities by querying a client agent, or a device's OS or firmware directly.

One embodiment proactively remediates the vulnerability. Once a vulnerability is identified, a remediation function may be provided that may remotely and automatically deploy the appropriate update to each machine or device, install it, and document it with change tracking and audit trail reports.

US 9,118,711 B2

**9**

Examples of Anti-Vulnerability applications that may be integrated into network security products for enterprise and small office home office (SOHO) networks when integrated with one embodiment, via the SDK, will be described.

In one embodiment, update or patch deployment are provided, which remotely remediate network vulnerabilities and provide policy compliance and enforcement capabilities. And, for the consumer market, it may additionally support non-security related updates such as application version, performance, and bug-fix upgrades.

In one embodiment, an IDS may be provided that accurately determines if the targeted machine is actually vulnerable to an attack; virtually eliminates false positives and false negatives; and adds vulnerability remediation and policy compliance and enforcement functionalities.

In one embodiment, a scanner may be provided that virtually eliminates false positive and false negatives, and adds vulnerability remediation and policy compliance and enforcement functionalities.

In one embodiment, a firewall may be provided that virtually eliminates false positive and false negatives, preventing the security system from denying valid traffic to the organization—self-inflicted denial of service attacks—and adds vulnerability remediation, and policy compliance and enforcement functionalities.

In one embodiment, vulnerability management may be provided, as set forth above.

In one embodiment, multiple products are provided including an IDS, scanner, and firewall. Each may communicate with the same back-end data warehouse, sharing the same vulnerability information, attaining intelligence and more accurate information about the target and its vulnerabilities, thereby more effectively mitigating complex threats.

In one embodiment, change management may be provided, which may automatically create a change request in the system, specifying what update/patch is applicable to what system or groups of systems by vulnerability. After approval of the request, they may automatically deploy and install the update/patch. Finally, they may also verify correct operation after installation and automatically provide all necessary documentation and logging required.

Lastly, the platform may also provide product upgrades and signature updates to each of these various security products.

The platform is comprised of the following software components: SDK, client agent, logic engine, and data warehouse stored on a dedicated on-site server. Network operations center (NOC) Servers periodically synchronize the customers' servers with the latest vulnerability and update data. See FIG. **5**B.

The same client agent and on-site server support all security applications that are integrated onto the platform, thereby providing the added anti-vulnerability functionalities presented in the previous section.

There are two system requirements: TCP/IP connectivity, and supported network machines and devices. In one embodiment, platforms supported are set forth below in Table 1.

TABLE 1

| All Windows Operating Systems and their applications |
| All UNIX variants |
| Cisco routers and firewalls |
| Toshiba network devices |
| Netgear network devices |
| Linksys network devices, including wireless access points |

**10**

Platform support is scalable to any network size or architecture; consumer, small office home office (SOHO), enterprise, and distributed networks.

In one embodiment, technology may be provided that includes a backend platform that includes a logic engine and vulnerability data warehouse. It may easily integrate with and enable network security products such as IDS, scanners, or firewalls to intelligently reference and share the same vulnerability data set, and independently provide complete vulnerability remediation (patching) functionalities such as that provided by the patch management and vulnerability remediation application, update application and the intelligent IDS. Thereby, the technology may improve system accuracy and efficiencies, minimize false positives and false negatives, and provide policy compliance and enforcement capabilities.

As shown in FIG. **5**B, the technology may meet market requirements, presented in the next section.

For example, networks are probed at an ever-increasing frequency for vulnerabilities, which may be exploited with compromise attacks. To protect the network, administrators have traditionally set up perimeter defense strategies.

These strategies generally call for network managers to lock down core servers, and monitor/scan/filter all incoming and outgoing traffic at the network perimeter with several network security products such as antivirus and firewalls to identify and attempt to neutralize hackers and malicious code. In the past, these strategies worked well, however new threats are becoming more complex.

The latest malicious code may combine qualities of viruses, worms, and direct compromise attacks into new blended attacks. Virus payloads are becoming more complex and by using metamorphic or polymorphic abilities, viruses are able to change their signatures to avoid the fingerprint-type filtering that most applications employ.

To mitigate these new risks, organizations deploy a multi-tiered network defense strategy comprised of a variety of additional network security products layered at the perimeter and to internal network machines and devices. Such network security products include antivirus, firewall, scanners, and network and host based intrusion detection systems.

Each of these systems is based on specific signatures, rules, or anomalies of each attack and their variants, and do not identify and remediate the specific network vulnerabilities the attack is targeting. So each attack, and its variants, must be identified and analyzed, a signature prepared, then finally deployed to each point product on each customer's network. This process is uncoordinated among multiple disparate systems, and creates an ever-increasing number of signatures producing more and more attack alerts requiring immediate attention—many of which are erroneous. The security components are managed separately, and possibly their data is ported into a security information management system (SIMS) correlation engine.

Additionally, to proactively remediate the vulnerabilities the malicious code is targeting, administrators quickly and diligently update or "patch" each network machine and device, which is a time-consuming and costly process. Further compounding the burden on administrators, best practice and government compliance directives may require higher standards of network security and integrity to protect consumer privacy, and they are documented with change tracking and audit trail reports.

Therefore, it is increasingly difficult and costly to effectively mitigate new threats and manage numerous systems—particularly in an environment of rising security standards and policy compliance requirements.

US 9,118,711 B2

**11**

Thus, the multi-tiered network defense strategy is falling short primarily for four reasons. First, there is an inability of multi-tiered network security products to communicate and share information necessary to mitigate blended threats, and minimize false positives and false negatives. The vulnerabilities targeted by malicious code are not accurately identified nor proactively remediated. The associated excessive aggregate cost of ownership of multiple systems. The excessive administrative burden and cost of managing and maintaining multiple systems.

Hence, there is a need to integrate systems, share information intelligently to better defend against blended threats, reduce management and cost requirements, and automate vulnerability identification and remediation functionalities, as presented in the high-level requirements.

In one embodiment, technology is provided to meet the following market requirements: integrate network security products to share information; provide system intelligence; and remediate network vulnerabilities.

In one embodiment, technology may integrate with and enable network security products to intelligently reference and share information from the same vulnerability data set, provide vulnerability identification and remediation functionalities, and efficiently meet policy compliance and enforcement requirements.

In one embodiment, the platform is a complimentary network security technology. When integrated into the defense strategy, it adds intelligence that more accurately and efficiently mitigates blended threats and offloads the time-consuming functions that burden network administrators.

In one embodiment, the platform enables network security products to share information via its proprietary logic engine to automatically cross-reference the threat identifier with the targeted machine's configuration to determine if it is actually vulnerable to that threat. Previously separate and uncoordinated processes are now more intelligent and automated, resulting in improved system accuracy and efficiency. Therefore the need to layer more and more point products and add a SIMS is reduced, in-turn decreasing the amount of data—particularly erroneous data—to manage. Subsequently, the costs to acquire, operate, and manage the additional multiple point products, and the need to implement a SIMS, are also reduced.

In one embodiment, the platform may also remotely and proactively remediate vulnerabilities by first determining which updates are needed and compatible with each machine or device, taking into account the OS, applications, or firmware installed. Then, the updates may be deployed, installed, and validated. Thereby, policy compliance is effectively and efficiently enforced, and documented.

In one embodiment, the present technology fulfills market requirements noted in the previous section. For example, it may integrate network security products and provides system intelligence. The same vulnerability data warehouse information is shared with all products so that more intelligent actions may then be taken to mitigate complex threats.

Still yet, it may cross-reference the threat's identifier with the target's configuration. The threat's CVE ID, or other identifier, and the destination IP address are fed into the logic engine where it cross-references the threat with the machine's existing OS, application, and patch configuration profile. An answer is returned accurately indicating if the machine is vulnerable. Thereby, minimizes erroneous, benign, and false positive data produced by each security product.

One embodiment identifies network vulnerabilities. The platform may independently identify which network

**12**

machines and devices have vulnerabilities by querying a client agent, or a device's OS or firmware directly.

One embodiment proactively remediates the vulnerability. Once a vulnerability is identified, a remediation function may be provided that may remotely and automatically deploy the appropriate update to each machine or device, install it, and document it with change tracking and audit trail reports.

Various possible benefits include blended attacks being more effectively mitigated and the overwhelming management and maintenance burden on administrators to purchase, operate, and maintain multiple network security products being reduced, while increasing productivity, reducing costs, and more effectively and efficiently meeting policy compliance and enforcement requirements.

Table 2 illustrates a plurality of end user details.

TABLE 2

Supplements existing technology to better defend against blended attacks
Intelligently accesses the vulnerability data warehouse, and remediates vulnerabilities.
Offers policy compliance and enforcement functionality
Vulnerabilities may be automatically remediated, verified and documented, therefore enforcing compliance.
No additional software or hardware implementation costs
Anti-Vulnerability functionalities may be integrated into existing product platforms.
Reduces cost of ownership of multi network security products
Shared vulnerability data sets and added vulnerability remediation functionalities may reduce the number of network security products needed to adequately attain defense strategy requirements.
Reduces management and maintenance costs
Increased accuracy of vulnerability identification, remediation and policy enforcement, and reduction of false positives, false negatives and denial of service (DoS), significantly reduces management time and costs.
Manage more machines and devices on the network through one portal
Vulnerability remediation and policy compliance and enforcement may be integrated with existing security network security products, and their respective interfaces.
Minimize end user education/absorption costs
Anti-Vulnerability applications are transparently integrated, retaining pre-existing architecture, processes, and interfaces. Therefore, the end user experience remains the same, or improved with simplified or automated processes.
User experience remains the same - additional time or costs to understand and execute new technologies are minimized
Anti-Vulnerability applications may be integrated transparently and seamlessly, and the pre-existing operational processes and user interfaces are virtually unchanged.
Supports both the enterprise and SOHO networks
Data warehouse contains vulnerabilities and updates for many machines and devices that operate on both enterprise and SOHO networks.
Applications presented hereinafter

Examples of applications that may be made available for enterprise and small office home office (SOHO) networks when integrated with Anti-Vulnerability technology via the SDK will now be set forth.

In one embodiment, update or patch deployment is provided. In one embodiment, a patch management and vulnerability remediation solution is provided. The technology enables products to add accurate vulnerability identification, remediation, verification, and policy compliance functions. With such technology, products may gain intelligence, accuracy and efficiency, eliminate false positives and false negatives, and ensure policy compliance, thereby saving the organization time and money. Such functionalities are available for both the enterprise and SOHO networks. And, for the consumer market, it may additionally support non-security related updates such as application version, performance, and bug-fix updates for widely distributed programs, which may optimize system performance and enhance the consumer experience.

13

In one embodiment, an IDS is provided. IDS products attempt to identify malicious code by signatures at both the network and host client level. While they may be able to identify malicious code by CVE ID or other identifier, and targeted machines by IP address, but they generally do not have the intelligence to determine if the any of the machines on the network are susceptible to that attack, or with finer granularity, if any machine has a specific vulnerability that specific attack, or if the targeted vulnerability has already been patched. For example, if the malicious code has been written as a Windows based attack targeting a Windows vulnerability, is the Destination IP actually running Windows, or a UNIX variant? And, if Windows, is it vulnerable to the attack, or has it already been patched? IDS do not have the intelligence to answer these questions, and incident alerts are generated indiscriminately. Lastly, even if the targeted machine is vulnerable—it remains unremediated—an IDS does not have the capability to remediate it.

With the present embodiment, a product architect can integrate functionalities listed in the previous section to enable the IDS to access the Anti-Vulnerability logic engine and platform. It may then have the intelligence to determine if any machine on the network is susceptible to the attack, remediate the vulnerability, mitigate the attack, and verify policy compliance. Now, if no machines were susceptible to the attack, it is identified as an event but not an incident, no further data or alert is generated, and a management response is not required. Integrated products may gain intelligence, accuracy, and efficiency, eliminate false positives and false negatives, and ensure policy compliance, thereby saving the organization time and money. Such functionalities and benefits are available for both the enterprise and SOHO networks.

In one embodiment, scanners may be provided. Vulnerability scanners assess each machine on the network for vulnerabilities, and create lists of potential vulnerabilities in the system managers. The lists commonly contain many false positives and false negatives, burdening the system and managers with inaccuracies.

With the present embodiment, a product architect can integrate functionalities listed in the previous section to enable the scanner to access the logic engine and platform, and then have the intelligence to determine if the machine has actual vulnerabilities, remediate them, and verify policy compliance. Integrated products may gain intelligence, accuracy, and efficiency, eliminated false positives and false negatives, and ensured policy compliance, thereby saving the organization time and money.

In one embodiment, a firewall may be provided. "Smart" firewalls are based in part on signatures and other similar functionalities as the IDS products described above.

With the present embodiment, the firewall can determine whether an attack is valid or a false positive, thereby preventing the security system from denying valid traffic to the organization—self-inflicted DoS attacks. Such functionalities and benefits may be available for both the enterprise and SOHO networks.

In one embodiment, vulnerability management may be provided. Vulnerability management products enable managers to set policy and identify potential network vulnerabilities. They typically do not accurately identify each vulnerability on each network machine and device, nor remediate each vulnerability, meeting policy compliance enforcement requirements.

The present embodiment offers similar functionalities and benefits as the patch deployment products described above. In short, it enables products to add accurate vulnerability identification, remediation, verification, and policy compliance

14

and enforcement. Such functionalities and benefits are available for both the enterprise and SOHO networks.

To this end, multiple products may be provided: IDS, scanner, firewall, and vulnerability management. Each product functions as the individual products noted above. Each may be deployed and operated on the network in a multi-tiered network defense strategy. They may be disparate system, and their signatures and update deployment schedules may vary. Therefore, the probability of mitigating a new and complex threat decreases, while management requirements and cost increases.

In one embodiment, they each may communicate with the same backend data warehouse, sharing the same vulnerability information, attaining intelligence and more accurate information about the target and its vulnerabilities, thereby more effectively mitigating complex threats. It may also enable the products to add accurate vulnerability identification, remediation, verification, and policy compliance and enforcement functionalities.

In one embodiment, change management (CM) may be provided. Existing CM applications control the documentation and logging of change throughout the enterprise. These applications ensure that an organization maintains consistent records of what happened and when. Currently administrators must independently recognize that a security patch/update must be deployed to a computer or group of computers.

The user enters the request in the system, through the pipelined process of change management the request would be approved, the patch/update would be manually installed by a user, then documented in the change management software that the process has been completed. While CM software assists in documentation, very little if any assistance may be provided to identify the patches/updates needed, nor verifying correct function after the update/patch is installed.

With the current possible embodiment, change management integration may greatly streamline this process further reducing total cost of ownership, ease of use, and a higher standard of documentation. The products may then automatically create a change request in the system, specifying what update/patch is applicable to what system or groups of systems by vulnerability. After approval of the request, they may automatically deploy and install the update/patch. Finally, they may also verify correct operation after installation and automatically provide all necessary documentation and logging required.

Lastly, one possible embodiment may also provide product upgrades and signature updates to each of these various security products—including all of the technology benefits such as ensuring compliance of signature versions, logging, reporting, and verification of installation.

Thus, one possible embodiment includes an intelligent platform that may supplement any existing defense strategy. Once integrated with the technology, security products may share the same vulnerability data set to improve automation and accuracy—increasing efficiencies and minimizing false positives and false negatives. It also enables remote identification, management, and remediation of network vulnerabilities, and provides update deployment, validation, and reporting capabilities. Thereby, the technology improves network security and integrity, mitigation of blended threats, while increasing productivity, reducing total cost ownership, and more effectively and efficiently attaining policy compliance and enforcement requirements.

One embodiment provides IDS intelligence, accuracy and remote patching functions—IDS data output integrated with the aforementioned platform via the SDK. The platform's

US 9,118,711 B2

15

underlying backend including a logic engine and vulnerability data warehouse provides the added functions and performance.

Conventional IDS produce an ever-increasing quantity of alert data, including erroneous and false positive data. They also lack the intelligence to identify or remediate the vulnerabilities targeted by the attack. Furthermore, the cost of the acquiring, managing, and maintaining conventional IDS is overwhelming the end user.

Therefore, a more sophisticated, intelligent technology is provided to resolve these issues. In one embodiment, an intelligent IDS is provided to meet market requirements. The alert data output from a distribution of Snort is integrated with the platform via the SDK, which may add the following functions.

In one embodiment, it cross-references the threat's identifier with the target's configuration. The CVE ID, or other identifier, and the Destination IP address are fed into the logic engine where it cross-references the threat with the machine's configuration profile.

In one embodiment, it virtually eliminates false positives and false negatives. The backend accurately determines in real time if the targeted machine is susceptible to the attack. And, if the machine is not susceptible, it is filtered and reported back as an event and not an incident. No further data or alert is generated, and a management response is not required.

In one embodiment, it remotely remediates the vulnerability. When a machine is identified as vulnerable to an attack, an incident, a remediation function may be provided to the administrator to remotely deploy the appropriate update to the machine or device, install it, verifies the files and hashes, and document it with change tracking and audit trail reports.

Table 3 sets forth a plurality of features.

TABLE 3

| |
| --- |
| Supports Windows and UNIX variants |
| Determines if targeted machine is vulnerable to an attack in real time |
| Filters out erroneous, benign and false positive alerts |
| Remotely patches targeted vulnerabilities in one click |
| Installs in minutes |

To this end, erroneous, benign, and false positive data is filtered out, and incidents may be remotely remediated. Therefore, complex threats are more effectively and efficiently mitigated. Correspondingly, the management and maintenance burden on administrators is reduced, saving time and effort.

FIG. 7 illustrates an intelligent IDS, in accordance with one embodiment. As shown in 701, the on-site server periodically initiates communication with the NOC servers. In 702, updates are pulled from the NOC servers to the on-site server. In 703a, a sensor monitors and processes network traffic, and sends real time alert data to the on-site server where it cross-references the data with the backend. In 703b, centralized IDS console filters alerts; separating events from incidents. It also offers administrators remote patching function. In 704, agents are deployed to each client, accurately identifying which OS, apps, and updates are installed. In 705, the logic engine automatically determines which updates are needed to remediate the targeted machine. As shown in 706, appropriate updates are remotely deployed, installed, and validated on each client.

In one embodiment, the intelligent patch management and vulnerability remediation application automatically updates

16

computer OS and application vulnerabilities before they can be exploited by hackers and viruses.

Networks are probed at an ever-increasing frequency for vulnerabilities, which may be exploited with directed compromise attacks. To protect the network, administrators must diligently update or "patch" server and workstation vulnerabilities, which is a time-consuming and costly process. Further compounding the burden on administrators, best practice and government compliance directives now require higher standards of network security to protect consumer privacy and proprietary data, which must be documented with change tracking and audit trail reports. Therefore, fully automated technology is provided to resolve these issues.

In one embodiment, a intelligent application called SysUpdate—the first technology to fully automate the updating and reporting processes, as described below.

In terms of function, one possible embodiment automatically researches updates. In collaboration with software development companies, it receives updates and their respective compatibility and installation guidelines, which are thoroughly reviewed and tested in a lab for system compatibility and stability. One embodiment automatically and securely downloads, and archives, all updates. Once the updates and guidelines are thoroughly reviewed and tested, they are automatically downloaded to each customer's on-site server, verified with MD5 hashes, and archived in a self-populating patch repository database.

One possible embodiment automatically determines the update and dependency requirements for all computers on a network, based on their individual operating systems, applications, and previously installed updates. The logic engine automatically matches the tested updates and their guidelines across each computer's configuration profile.

One possible embodiment remotely, securely, and automatically deploys updates to each computer and device. Updates may be tested on a test group, and then queued for release to each computer on the network, consistently in accordance with the policy determined by the network administrator.

One possible embodiment automatically verifies the updates are installed and running correctly. Each computer's client agent installs the updates, and verifies the files and hashes.

One possible embodiment automatically generates change tracking and audit trail reports. Change tracking and audit trail reports may be selected and printed from the management console reporting modules. Additionally, application license audit reports may be generated, which lists software installed on each machine, by license key.

Table 4 illustrates possible features in one embodiment.

TABLE 4

| |
| --- |
| Supports Windows, UNIX variants, and network devices |
| Supports non-Microsoft applications |
| Logic engine provides system intelligence |
| Files verified with SHA1 or MD5 hashes |
| MMC snap-in console with Crystal Reports |
| AES encryption |

FIG. 8 illustrates an update system, in accordance with one embodiment.

As shown in 801, the on-site server periodically initiates communication with the off-site NOC servers. In 802, updates are pulled from the NOC servers to the on-site server. In 803, the centralized MMC snap-in console offers flexible security policy options and comprehensive reporting capabilities. In 804, agents accurately identifies OS, apps, and

US 9,118,711 B2

17

updates installed on each client by file versions and hashes. In **805**, logic engine automatically determines which updates are needed on each client, taking into account OS, app, and update dependencies. In **806**, appropriate updates are automatically deployed, installed, and validated on each client.

In one embodiment, a secure computer log management application is provided with fully automated archiving, querying, and reporting options.

Best practice directives and government compliancy regulations now require administrators to archive log events over an extended period of time, and extensively document log and audit trail reports. With existing tools, these are time-consuming processes. Furthermore, existing tools transfer logs in clear text and are subject to malicious manipulation, and logs may be lost since few utilize guaranteed delivery protocols. Therefore, the integrity and security of the log data is not assured. In the event of an internal or external compromise, logs may be deleted, manipulated, or the network flooded with decoy log data.

The present possible embodiment automatically and continuously transfers logs from each computer into a self-configuring, self-populating, maintenance-free database where they may be archived for years on end. The transfer process utilizes AES encryption for authentication between the client and server, and a guarantee delivery protocol—ensuring no data is compromised or lost. Flexible cross-correlation queries may be run from a single, remote viewer console, and the data is then automatically formatted into reports.

In one embodiment, cross-correlation query type descriptions are provided. Such embodiment may provide the following three flexible cross-correlation queries in Table 5, which provide increasing detail and breadth of filtering/sorting capabilities, respectively.

TABLE 5

General Queries - This is the default query. It filters or sorts the logs of any one computer, by any one of the three log types.
Specific Queries - Detailed queries across all machines, and all log types.
Advanced Queries - Query across any combination of machines, by any combination of sources, events, and log types, over any period of time.

In one embodiment, features shown in Table 6 may be provided.

TABLE 6

Continuously pulls all logs into a central database, which may be archived for years on end
AES encryption and a guarantee delivery protocol ensure logs are not compromised or lost
Queries may be across any computer, for any log type, over any time frame
Automatically generates event log reports - ideal for documenting audit and compliance requirements
Easy download installation

In one embodiment, automated reports may be provided. Query data is automatically formatted into professional reports Also, a separate reporting interface is available to generate general, machine, and user statistics. The present embodiment quickly and easily fulfills best practice and government compliance requirements for log event archiving and reporting.

FIG. **9** shows a configured network, in accordance with one embodiment.

As shown in **901**, the server component automatically configures the application, and the database and communicates

18

with the client agents. In **902**, client agents are deployed, which then identifies, manages, and continuously transfers all logs to the server. In **903**, all client log data may be automatically archived the self-populating database, for years on end. In **904**, from the centralized viewer, general, specific, or advanced cross-correlation queries may be run. See Table 7. Query and statistics data is automatically formatted into professional reports to easily document audit and compliance requirements.

TABLE 7

| Filter/Sort By: | General | Specific | Advanced |
|---|---|---|---|
| # of Computers | Any One | Any One | Any |
| # of Log Types | Any One | All | Any |
| Period of Time | Last or All | Last or All | Any |
| # of Event Detail Fields * | By ID Only | Any One | Any |

* Defined as Time/Date Written, UserID, ComputerID, EventID, Source, Type, and Category

One embodiment provides best practice security policy templates to proactively and remotely manage and enforce enterprise security compliance policies.

Best practice and government compliance directives require higher standards of network security to protect consumer privacy and proprietary data, which must be consistently enforced, and documented with change tracking and audit trail reports for compliance verification. Therefore, a fully automated technology is provided to resolve these issues.

One embodiment offers an intelligent application to manage and enforce security policies—the first technology to fully automate the policy configuration, enforcement, and reporting processes, as described below.

In one embodiment, centralized, remote management is provided. The policy compliance and enforcement module is managed via the centralized management console—in MMC format, and automates the deployment, assessment, and enforcement of the policy chosen.

One embodiment provides standardized policies selected from many standardized policy templates recommended by NSA, SANS, US Navy, and ISO 17799, or custom policy options to formulate policies that meet the individual needs of any organization.

One possible embodiment automatically determines out-of-compliance parameters for all computers and devices on a network. Based on each client's individual policy parameter settings and configuration profile, the system's logic engine automatically reports back each client's out-of-compliance parameters.

In one embodiment, it remotely, securely, and automatically enforces policy to each computer or device. Policy changes may be automatically enforced to each computer or device individually, or by group, consistently in accordance with the policy selected by the network administrator. Policy configuration profiles are transmitted between client agent and server in an AES encrypted format for security and privacy. Policy options may be rolled back with one-click.

Automatically generates change tracking and audit trail reports. Change tracking and audit trail reports may be selected and printed from the Management Console's Reporting Center. Table 8 sets forth some possible features.

**19**

TABLE 8

| |
|---|
| Supports Windows, UNIX variants, and network devices |
| Supports NSA, SANS, Navy, ISO 17799 and other standardized policies |
| Logic engine provides system intelligence |
| One-click policy rollback |
| Automatically generates change tracking and audit trail reports |

FIG. **10** shows policy compliance and enforcement, in accordance with one embodiment.

As shown in **1001**, the on-site server periodically initiates communication with the off-site NOC servers. In **1002**, templates, rules, and updates are pulled from the NOC servers to the on-site server. In **1003**, a centralized management console offers flexible security policy templates, options, and comprehensive reporting capabilities. In **1004**, agents are automatically deployed to each client, accurately identifying which policy parameters, OS, apps, and updates are applied or installed. In **1005**, a logic engine automatically determines which clients are out of compliance. In **1006**, appropriate policy changes are automatically enforced on each client.

In one embodiment an intelligent IPS may be provided that provides intelligence, accuracy, real-time prevention, and remote patching functions. In one embodiment, it accurately identifies and prevents malicious code from reaching their destination at the in-line IPS Sensor. Thereafter, a security officer may remotely patch the targeted vulnerability.

Conventional IDS/IPS produce an ever-increasing quantity of alert data, including erroneous and false positive data. They also lack the intelligence to identify or remediate the vulnerabilities targeted by the attack. Furthermore, the cost of the acquiring, managing, and maintaining conventional IPS is overwhelming the end user.

Therefore, a more sophisticated, intelligent technology is provided to resolve these issues, by offering an intelligent IPS to meet market requirements. The alert data output from a standard distribution of Snort is integrated with the platform via the SDK which accurately identifies attacks, and the attack is terminated at the in-line sensor—as described in the following functions.

One embodiment cross-references the threat's identifier with the target's configuration. The in-line Sensor monitors and processes traffic and sends alert data to the on-site server where its logic engine queries the backend in real-time to determine if the destination IP is vulnerable to the attack.

One possible embodiment provides enhanced flex response. If the destination IP is vulnerable to the attack, the in-line Sensor is commanded to immediately drop the exploit packets—preventing the attack. If it remotely remediates the vulnerability. When a machine is identified as vulnerable to an attack, an incident, a remediation function is also provided to the administrator to remotely deploy the appropriate update to the machine or device, install it, verifies the files and hashes, and documents it with change tracking and audit trail reports.

In one embodiment, attacks are accurately identified and mitigated before they reach their targets, and targeted vulnerabilities may be remotely remediated. Therefore, complex threats are more effectively and efficiently mitigated. Correspondingly, the management and maintenance burden on administrators is reduced, saving time and effort.

**20**

Table 9 illustrates some possible features.

TABLE 9

| |
|---|
| Supports Windows and UNIX variants |
| Determines in real-time if targeted machine is vulnerable to an attack, virtually eliminating false positives |
| in-line Sensor flex response terminates the attack |
| Remotely patches targeted vulnerabilities in one click |
| Installs in minutes |

FIG. **11** illustrates an intelligent IPS, in accordance with one embodiment.

As shown in **1101**, the on-site server periodically initiates communication with the NOC servers. In **1102**, updates are pulled from the NOC servers to the on-site server.

In **1103***a*, an IPS in-line sensor monitors and processes network traffic, and sends real time alert data to the on-site server where it cross-references the data with the backend. In **1103***b*, if the destination IP is vulnerable to the attack, the in-line Sensor is commanded in real-time to drop the malicious packets. As shown in **1104**, agents are deployed to each client, accurately identifying which OS, apps, and updates are installed. In **1105**, the logic engine automatically determines which updates are needed to remediate the targeted machine, and may be remotely deployed from the IPS console. In **1106**, appropriate updates are remotely deployed, installed, and validated on each client.

In one embodiment, an anti-vulnerability SDK is provided. The SDK was designed to be a simple integration pathway to the Anti-Vulnerability platform backend. The SDK is documented and deliverable. The SDK is compatible with many different programming languages such as C, C++, VB, Java, and others.

The technology is sophisticated, yet all of the details of managing the communications are implemented in the library, requiring the developer to only learn a simple function calls as detailed hereinafter. A product architect chooses the functionality desired, inserts the provided functionality SDK code into the product code. The SDK code may then query—via the logic engine—the data warehouse, and in turn may return an answer to the point product. The architect can then show the results in any format desired in the product's interface. Full vulnerability remediation and policy compliance and enforcement functionalities may be integrated as well.

FIG. **12** illustrates an SDK function call flow, in accordance with one embodiment.

Hence, the SDK serves as the architect's tool belt or building blocks needed to quickly and transparently access the Anti-Vulnerability backend and seamlessly integrate the desired functionality into the product without changing or complicating the end user experience.

Furthermore, the SDK enables system architects to use the Anti-Vulnerability platform to integrate multiple security products and functionalities. Products may then share the same vulnerability data set, improve system automation and accuracy—increasing efficiencies and minimizing false positives and false negatives, and coordinate policy compliance and enforcement functionalities.

US 9,118,711 B2

**21**

Anti-Vulnerability functions that are accessible via the SDK. The functions are presented in groups, as follows in Table 10.

TABLE 10

Session Management
Group Management Functions
Client Management Functions

**22**

TABLE 10-continued

Patch Management Functions
Polling Functions
User Management Functions
Miscellaneous Functions
Policy Compliance Functions
Session Management Functions

Table 11 sets forth Session Management Functions

TABLE 11

OpenSession - Parameters: HOST name or IP address, LOGIN and PASSWORD for host
Returns: new SESSION
Description: This function opens a new session to the OnSite Server
CloseSession - Parameters: SESSION to close
Returns: None
Description: Closes a session that is no longer needed
IsSessionGood - Parameters: SESSION to test
Returns: TRUE or FALSE
Description: returns TRUE if the session is still valid FALSE if it is not
SUGetLastError - Parameters: None
Returns: Error code of last error in the thread
Description: Returns the error code of the last SDK error to occur in this thread
SUSetLastError - Parameters: ERROR code to set
Returns: None
Description: Sets the error code for the thread to be returned by SUGetLastError
GetSDKVersion - Parameters: None
Returns: a WORD containing the version of the SDK
Description: the MSB of the returned value is the major version number, the LSB is the minor version number
Ping - Parameters: SESSION to use, VALUE to ping with
Returns: VALUE on success 0 on failure
Description: attempts to pass VALUE to the OnSite Server, which should pass it back.

Table 12 sets forth Group Management Functions.

TABLE 12

CreateGroup - Parameters: Group NAME and Description
Returns: GROUP that was just created or 0 on failure
Description: This function creates a new group with the provided name and Description
GetGroups - Parameters: None
Returns: A LIST of GROUPs.
Description: This function Returns a list of all configured groups.
GetGroupsEx - Parameters: None
Returns: A LIST of GROUPINFO structures
Description: This function Returns a list of all configured groups' information
DeleteGroup - Parameters: GROUP to be deleted.
Returns: Success or failure
Description: This function permanently removes a group.
EditGroup - Parameters: GROUP to be edited, GROUPINFO to be applied
Returns: Success or failure
Description: This function changes a GROUP'S information
GetGroupPolicyOSCategories - Parameters: GROUP to get information about
Returns: A LIST of OPERATINGSYSTEMCATEGORYs that have group policies configured
Description: This function retrieves a list of operating system categories that have group policies configured
GetGroupPolicyOSSubCategories - Parameters: GROUP to get information about, OPERATINGSYSTEMCATEGORY to get sub category information about
Returns: A LIST of OPERATINGSYSTEMSUBCATEGORYs
Description: This function retrieves a list of operating system sub-categories of OPERATINGSYSTEMCATEGORY that have policies for the GROUP
GetGroupPolicyInfo - Parameters: GROUPPOLICY to get information about, GROUPPOLICYINFO pointer to receive the information
Returns: Success or Failure
Description: This function fills the passed GROUPPOLICYINFO structure with the information for the GROUPPOLICY
GetGroupPolicyInfoByOSCat - Parameters: GROUP to get information about, OPERATINGSYSTEMCATEGORY to get the policy for, GROUPPOLICYINFO pointer to receive the information
Returns: Success or failure
Description: This function retrieves the information for a policy for the OPERATINGSYSTEMCATEGORY in the GROUP
GetGroupPolicyInfoByOSSubCat - Parameters: GROUP to get information about,

US 9,118,711 B2

**23**                                                                      **24**

TABLE 12-continued

OPERATINGSYSTEMSUBCATEGORY to get the policy for, GROUPPOLICYINFO
pointer to receive the information
Returns: Success or failure
Description: This function retrieves the information for a policy for the
OPERATINGSYSTEMSUBCATEGORY in the GROUP
DeleteGroupPolicy - Parameters: GROUPPOLICY to delete
Returns: Success or failure
Description: This function permanently deletes the GROUPPOLICY
EditGroupPolicy - Parameters: GROUPPOLICYINFO with new information
Returns: Success or failure
Description: This function updates the group policy (contained in
GROUPPOLICYINFO) with the information in GROUPPOLICYINFO
AddGroupPolicy - Parameters: GROUP to add the policy to, GROUPPOLICYINFO containg
the policy information
Returns: Success or Failure
Description: This function creates a new group policy and applies it to the GROUP
GetClientsInGroup - Parameters: GROUP to retrieve the clients from
Returns: LIST of CLIENTS belonging to the group
Description: This function retrieves a list of clients that are members of a specific
group
GetClientsInGroupEx - Parameters: GROUP to retrieve the clients from
Returns: LIST of CLIENTINFOs for clients belonging to the group
Description: This function Returns a list of CLIENTINFO structures containing
information for the clients that belong to this group
AddClientToGroup - Parameters: CLIENT to add to a group, GROUP to add the client to.
Returns: Success or failure
Description: This function adds a client to a group
RemoveClientFromGroup - Parameters: CLIENT to remove from group, GROUP to remove
the client from
Returns: Success or failure.
Description: This function removes a client from a group.
MoveClientToGroup - Parameters: CLIENT to move, GROUP to move client to
Returns: Success or Failure
Description: This function moves CLIENT to GROUP
GetUngroupedClients -- Parameters: None
Returns: LIST of ungrouped clients
Description: This function Returns a LIST of the clients that do not belong to any
group
GetUngroupedClientsEx - Parameters: None
Returns: LIST of CLIENTINFO structures
Description: This function Returns a LIST of CLIENTINFO structures for the clients
that do not belong to any group
GetGroupInfo - Parameters: GROUP to get information about, GROUPINFO pointer to
receive the information
Returns: Success or failure
Description: This function retrieves the information for the GROUP

Table 13 sets forth Client Management Functions.

TABLE 13

GetClientInstalledSoftware - Parameters: CLIENT to get information about
Returns: LIST of SOFTWARE installed on the client
Description: This function retrieves a list of the software that has been detected on the
client
GetClientInstalledSoftwareEx - Parameters: CLIENT to get information about
Returns: LIST of SOFTWAREINFO for software installed on the client
Description: This function returns a LIST of SOFTWAREINFO structures describing
the software detected on the client
GetClientInstalledPatches - Parameters: CLIENT to get information from.
Returns: LIST of PATCHes corresponding to the installed patches on the client
Description: This function retrieves a list of patches that were verified as installed on
the last polling
GetClientInstalledPatchesEx - Parameters: CLIENT to get information from
Returns: LIST of PATCHINFO structures corresponding to the installed patches on the
client
Description: This function retrieves a LIST of PATCHINFO structures for patches that
were verified as installed on the last polling
GetClientPendingPatches - Parameters: CLIENT to get information from.
Returns: LIST of PATCHes corresponding to the pending patches for the client
Description: This function returns a list of patches that the client needs (according to
group policy) as of the last polling.
GetClientPendingPatchesEx - Parameters: CLIENT to get information from
Returns: A LIST of PATCHINFO structures corresponding to the pending patches for
the client
Description: This function returns a LIST of PATCHINFO structures for patches that
the client needs (according to group policy) as of the last polling.
GetClientPendingServicePack - Parameters: CLIENT to get information from

US 9,118,711 B2

**25**                                                          **26**

TABLE 13-continued

Returns: SERVICEPACK if a service pack is pending or ● if not
Description: This function returns a SERVICEPACK if there is a service pack pending
for the client (according to group policy) as of the last polling. If there is no service
pack pending it returns ●
GetClientPendingSoftware - Parameters: CLIENT to get information from
Returns: LIST of SOFTWARE that is pending
Description: This function returns a list of software that is pending for the client
(according to group policy) as of the last polling
GetClientLogs - Parameters: CLIENT to get information from
Returns: LIST of LOGs for the client.
Description: This function returns a list of logs for a particular client.
GetClientLogsEx - Parameters: CLIENT to get information from
Returns: LIST of LOGINFO structures
Description: This function returns a list of LOGINFO structures containing log entries
for a particular client.
DeleteClient - Parameters: CLIENT to delete.
Returns: Success or failure.
Description: This function removes all information pertaining to this client from the
SysUpdate database.
GetClientOS - Parameters: CLIENT to get information from
Returns: OPERATINGSYSTEM installed on client
Description: This function returns the OPERATINGSYSTEM installed on the client
GetClientServicePack - Parameters: CLIENT to get information from
Returns: SERVICEPACK installed on client or ●
Description: This function returns the service pack installed on the client or ● if the
client does not have a service pack installed, or if service packs are not applicable to the
client's platform
GetClientInfo - Parameters: CLIENT to get information from CLIENTINFO pointer to
receive the information
Returns: Success or failure
Description: This function fills the passed CLIENTINFO structure with information
pertaining to the passed CLIENT
GetClientFromIP - Parameters: IP address of client
Returns: CLIENT that corresponds to the passed IP address
Description: This function maps IP addresses to clients

Table 14 sets forth Patch Management Functions.

TABLE 14

GetPatchInfo - Parameters: PATCH to get information about, PATCHINFO pointer to receive
information
Returns: Success or failure
Description: This function fills the passed patch info structure with information about
the passed patch
InstallPatchForClient - Parameters: CLIENT to install the patch on, PATCH to install
Returns: Success or failure
Description: This function deploys the patch to the client. Installation proceeds
asynchronously
InstallPatchForGroup - Parameters: GROUP to install the patch on, PATCH to install
Returns: Success or failure
Description: This function deploys the patch to all clients in the group
InstallAllPendingForClient - Parameters: CLIENT to install patches on
Returns: Success or failure
Description: This function deploys all pending patches for a client to the client
InstallAllPendingForGroup - Parameters: GROUP to install patches on
Returns: Success or failure
Description: This function deploys all pending patches to all clients in a group
RejectPatchForClient - Parameters: CLIENT to reject patch for, PATCH to reject
Returns: Success or failure
Description: This function rejects a patch for a client. This patch will not be queued
down or installed
RejectPatchForGroup - Parameters: GROUP to reject patch for, PATCH to reject
Returns: Success or failure
Description: This function rejects a patch for every client in a group. This patch will
not be queued down or installed
RequeuePatchForClient - Parameters: CLIENT to requeue the patch for, PATCH to requeue
Returns: Success or failure
Description: This function requeues a previously rejected patch for a client
RequeuePatchForGroup - Parameters: GROUP to requeue the patch for, PATCH to requeue
Returns: Success or failure
Description: This function requeues a previously rejected patch for every client in a
group
RemovePatchFromClient - Parameters: CLIENT to remove patch from, PATCH to remove
Returns: Success or failure
Description: This function will uninstall a patch from a client
RemovePatchFromGroup - Parameters: GROUP to remove patch from, PATCH to remove
Returns: Success or failure

US 9,118,711 B2

**27**                                                                    **28**

TABLE 14-continued

Description: This function will uninstall a patch for every client in a group
InstallServicePackForClient - Parameters: CLIENT to install service pack on,
SERVICEPACK to install on client
Returns: Success or failure
Description: This function will install a service pack on a client
InstallServicePackForGroup - Parameters: GROUP to install service pack on,
SERVICEPACK to install
Returns: Success or failure
Description: This function will install a service pack on every client in a group
InstallSoftwareForClient - Parameters: CLIENT to install software update on, SOFTWARE to
install
Returns: Success or failure
Description: This function will install a software update on a client
InstallSoftwareForGroup - Parameters: GROUP to install software update on, SOFTWARE to
install
Returns: Success or failure
Description: This function will install a software update on every client in a group.
GetCveIDsFromPatch - Parameters: PATCH to get CveIDs from
Returns: A LIST of CVEIDs
Description: This function returns a list of CVEIDs the correspond to the PATCH

20

Table 15 sets forth Polling Functions.

TABLE 15

PollClient - Parameters: CLIENT to poll
Returns: Success or failure.
Description: This function causes a client to be polled by the OnSite
Server immediately.
PollGroup - Parameters: GROUP to poll

TABLE 15-continued

Returns: Success or failure.
Description: This function causes all the clients in a particular group to
be polled immediately.
25   PollAll - Parameters: NONE
Returns: Success or failure.
Description: This function causes all clients to be polled immediately.

Table 16 sets forth User Management Functions.

TABLE 16

GetUsers - Parameters: None
Returns: A LIST of USERs
Description: This function returns a list of all users for the system
GetUserInfo - Parameters: USER to get information about, USERINFO pointer to receive the
information
Returns: Success or failure
Description: This function populates the passed USERINFO structure with information
about the passed USER
GetUserGroupPrivileges - Parameters: USER to get information about
Returns: A LIST of USERGROUPPRIVILEGEs
Description: This function returns a LIST of USERGROUPPRIVILEGES representing
the privileges that a particular user has
GetUserGroupPrivilegesEx - Parameters: USER to get information about
Returns: A LIST of USERGROUPPRIVILEGEINFO structures
Description: This function returns a LIST of USERGROUPPRIVILEGEINFO
structures representing the privileges that a particular user has
GetUserGroupPrivilegeInfo - Parameters: USERGROUPPRIVILEGE to get information
about, USERGROUPPRIVILEGEINFO pointer to receive information
Returns: Success or failure
Description: This function populates the passed USERGROUPPRIVILEGEINFO
structure with the details of the particular privilege
GetUserGroupPrivilegeInfoByGroup - Parameters: USER to get information about, GROUP
to get information for, USERGROUPPRIVILEGEINFO pointer to populate
Returns: Success or failure
Description: This function populates the passed USERGROUPPRIVILEGEINFO
structure with the detailed information regarding the permissions that the passed user
has on the passed group
AddUserGroupPrivilege - Parameters: USERGROUPPRIVILEGEINFO structure to add
Returns: Success or failure
Description: This function adds a USERGROUPPRIVILEGE
EditUserGroupPrivilege - Parameters: USERGROUPPRIVILEGEINFO with new values
Returns: Success or failure
Description: This function edits the USERGROUPPRIVILEGEINFO structure passed
in, assign it the new values
DeleteUserGroupPrivilege - Parameters: USERGROUPPRIVILEGE to delete
Returns: Success or failure
Description: This function deletes the passed USERGROUPPRIVILEGE from the
system
AddUser - Parameters: USERNAME, PASSWORD, and USERTYPE
Returns: USER representing the user that was just created
Description: This function creates a new user with the provided username, password,
and type, and returns a USER representing the new user or 0 in the case of an error

US 9,118,711 B2

**29**

TABLE 16-continued

DeleteUser - Parameters: USER to delete
Returns: Success or failure
Description: This function permanently deletes the USER from the system along with
any privileges the user may have had
ChangeUserPassword - Parameters: USER to change password for, new PASSWORD
Returns: Success or failure
Description: This function changes the password for a user
ChangeUserRole - Parameters: USER to change role, ROLE to change to
Returns: Success or failure
Description: This Function changes a user's role
GetUserFromName - Parameters: USERNAME
Returns: USER corresponding to the passed user name
Description: This function provides a mapping from user names to USERs

**30**

Table 17 sets forth Miscellaneous Functions.

TABLE 17

CreateList - Parameters: None
Returns: A new, empty, LIST
Description: This functions creates a new LIST that is initially empty
GetListItemEx - Parameters: LIST to retrieve item from, INDEX of item to retrieve, VOID
pointer to receive item
Returns: Success or failure
Description: This function populates the memory pointed to by VOID with the
contents of the LIST item at INDEX
GetListSize - Parameters: LIST to get the size of
Returns: the size of the LIST
Description: This function returns the number of elements currently in the list
AddItemToList - pointer to LIST to add the item to, LONG item to add
Returns: None
Description: This function adds an "item" (such as a GROUP or a CLIENT) to a LIST
AddClientInfoExToList - See AddItemToList
AddGroupInfoToList - See AddItemToList
AddPatchInfoExToList - See AddItemToList
AddSoftwareInfoToList - See AddItemToList
AddSoftwareCategoryInfoToList - See AddItemToList
AddUserGroupPrivilegeInfoExToList - See AddItemToList
RemoveItemFromList - Parameters: pointer to LIST to remove the item from, INDEX of item
to remove
Returns: None
Description: This function removes the item at INDEX from the LIST
FreeList - LIST to deallocate
Returns: None
Description: This function deallocates the resources used by LIST
GetSoftwareInfo - Parameters: SOFTWARE to get information for, SOFTWAREINFO
pointer to hold the information
Returns: Success or failure
Description: This function populates the SOFTWAREINFO structure pointed at with
information regarding the SOFTWARE
GetLogInfo - Parameters: LOG to get information about, LOGINFO pointer to contain the
information
Returns: Success or failure
Description: This function populates the LOGINFO structure pointed at with
information regarding the LOG
GetSoftwareCategories - Parameters: None
Returns: A LIST of SOFTWARECATEGORYs
Description: This function returns a LIST of SOFTWARECATEGORYs
GetSoftwareCategoriesEx - Parameters: None
Returns: A LIST of SOFTWARECATEGORYINFO structures
Description: This function returns LIST of SOFTWARECATEGORYINFO structures
for every software category known on the system
GetSoftwareCategoriesForOperatingSystemCategory - Parameters: an
OPERATINGSYSTEMCATEGORY to get information for
Returns: A LIST of SOFTWARECATEGORYs
Description: This function returns a LIST of software categories for the passed
operating system category.
GetSoftwareCategoriesForOperatingSystemCategoryEx - As above only, returning the
appropriate "info" structures in the list
GetSoftwareCategoryInfo - Parameters: SOFTWARECATEGORY to get information
for, SOFTWARECATEGORYIFNO pointer to contain the information
Returns: Success or failure

31

Table 18 sets forth Policy Compliance Functions.

These functions are provided in a separate source tree (policy tree) for the Policy Compliance and Enforcement module. Function include: Password/system access policies, log configurations, audit settings, user/group privilege rights, general service settings, service permissions, registry values, registry permissions, file permissions. It can also perform deltas on and get information about: groups, users, services, and all the "Run" registry keys.

The function calls are being integrated into the live production tree and subject to change.

TABLE 18

| |
| --- |
| GetPolicyItemInfo - As GetOperatingSystemInfo for POLICYITEM and POLICYITEMINFO |
| InstallPolicyItemForClient - As InstallPatchForClient for POLICYITEM |
| InstallPolicyItemForGroup - As InstallPatchForGroup for POLICYITEM |
| InstallAllPendingPolicyItemsForClient - As InstallAllPendingPatchesForClient for POLICYITEM |
| InstallAllPendingPolicyItemsForGroup - As InstallAllPendingPatchesForGroup for POLICYITEM |
| RemovePolicyItemFromClient - As RemovePatchForClient for POLICYITEM |
| RemovePolicyItemFromGroup - As RemovePatchFromGroup for POLICYITEM |

All publications, prior applications, and other documents cited herein are hereby incorporated by reference in their entirety as if each had been individually incorporated by reference and fully set forth.

While the invention has been illustrated and described in detail in the drawings and foregoing description, the same is to be considered as illustrative and not restrictive in character, it being understood that only the preferred embodiments have been shown and described and that all changes and modifications that would occur to one skilled in the relevant art are desired to be protected.

What is claimed is:

1. A computer program product embodied on a non-transitory computer readable medium, comprising:

code for allowing access to first information from at least one first data storage identifying a plurality of potential vulnerabilities including at least one first potential vulnerability and at least one second potential vulnerability;

code for causing at least one operation in connection with at least one of a plurality of networked devices, the at least one operation configured for:

identifying at least one configuration associated with the at least one networked device, and

determining that the at least one networked device is actually vulnerable to one or more actual vulnerabilities, based on the identified at least one configuration and the first information from the at least one first data storage identifying the plurality of potential vulnerabilities, such that second information is stored in at least one second data storage separate from the at least one first data storage, the second information identifying the one or more actual vulnerabilities to which the at least one networked device is actually vulnerable;

code for identifying a first occurrence in connection with the at least one networked device and a second occurrence in connection with the at least one networked device;

code for: determining the first occurrence to have a first severity if the at least one networked device is actually

32

vulnerable to at least one of the actual vulnerabilities that is capable of being taken advantage of by the first occurrence identified in connection with the at least one networked device, and further determining the second occurrence to have a second severity if the at least one networked device is not actually vulnerable to the second occurrence identified in connection with the at least one networked device;

code for reporting the first occurrence and the second occurrence differently based on the first severity and the second severity;

code for displaying, via at least one user interface, a plurality of techniques of different technique types including a first technique for setting or modifying a policy for occurrence mitigation, and a second technique for reacting to packets in connection with the at least one networked device for occurrence mitigation;

code for receiving user input selecting the first technique for setting or modifying the policy for occurrence mitigation, utilizing the at least one user interface;

code for, based on the user input selecting the first technique for setting or modifying the policy for occurrence mitigation, automatically applying the first technique for setting or modifying the policy for occurrence mitigation, such that an identification of a particular actual vulnerability to which the at least one networked device is actually vulnerable is used in connection with the first technique, for mitigating a particular occurrence identified in connection with the at least one networked device if the at least one networked device is actually vulnerable to the particular actual vulnerability and the particular actual vulnerability is capable of being taken advantage of by the particular occurrence identified in connection with the at least one networked device, and further for not mitigating the particular occurrence if the particular actual vulnerability is incapable of being taken advantage of by the particular occurrence identified in connection with the at least one networked device;

code for receiving user input selecting the second technique for reacting to packets in connection with the at least one networked device for occurrence mitigation, utilizing the at least one user interface; and

code for, based on the user input selecting the second technique for reacting to packets in connection with the at least one networked device for occurrence mitigation, automatically applying the second technique for reacting to packets in connection with the at least one networked device for occurrence mitigation, such that an identification of a certain actual vulnerability to which the at least one networked device is actually vulnerable is used in connection with the second technique, for reacting to packets in connection with a certain occurrence identified in connection with the at least one networked device if the at least one networked device is actually vulnerable to the certain actual vulnerability and the certain actual vulnerability is capable of being taken advantage of by the certain occurrence identified in connection with the at least one networked device, and further for not reacting, at least in part, to packets in connection with the certain occurrence if the certain actual vulnerability is incapable of being taken advantage of by the certain occurrence identified in connection with the at least one networked device;

wherein the computer program product is operable such that at least one of:

**33**

said at least one first data storage includes at least one first database; said at least one first data storage is a component of a network operations center (NOC) server;

said at least one second data storage includes at least one second database;

said allowed access to the first information from the at least one first data storage is accomplished by at least one of: receiving at least one update therefrom; pulling at least one update therefrom, communicating therewith, or synchronizing therewith;

said potential vulnerabilities and the actual vulnerabilities include software vulnerabilities in an application or an operating system that are capable of being exploited by an attack or a virus;

said at least one operation includes a vulnerability scan operation;

said at least one configuration includes at least one of service pack information, elements contained in files including at least one of an *.ini or *.conf file, an aspect of an operating system, or registry information;

said determination that the at least one networked device is actually vulnerable to the one or more actual vulnerabilities, is carried out by utilizing at least one of a vulnerability identifier or a profile;

said first occurrence of the first severity includes an incident and said second occurrence of the second severity includes an event;

said second occurrence is reported differently than the first occurrence by not being reported;

said first technique for setting or modifying the policy includes just setting the policy;

said first technique for setting or modifying the policy includes just setting the policy, and said policy is associated with at least one of a policy template, a custom policy, or standardized template;

said second technique for reacting to the packets is carried out utilizing a firewall;

said occurrence mitigation includes at least one of removing the one or more actual vulnerabilities, or reducing an effect of a detected occurrence;

said reacting to packets involves at least one of dropping, blocking, or redirecting;

said occurrence mitigation is carried out for protecting at least one particular aspect of one or more of the networked devices, where the one or more of the networked devices include at least one of a client or a server, and the at least one particular aspect includes at least one of an operating system or an application;

said particular actual vulnerability is at least one of the actual vulnerabilities;

said certain actual vulnerability is at least one of the actual vulnerabilities;

said particular actual vulnerability is the certain actual vulnerability;

said particular occurrence is the certain occurrence;

said particular occurrence includes the first occurrence;

said certain occurrence includes the first occurrence;

said first and second techniques include remediation techniques;

said first occurrence includes an attack;

said computer program product is operable for use with at least one NOC server, a data warehouse, and an SDK for allowing access to the second information and at least one of the plurality of techniques; or

said computer program product is operable such that said determination that the at least one networked

**34**

device is actually vulnerable to the one or more actual vulnerabilities is carried out by directly querying a firmware or an operating system.

**2**. The computer program product of claim **1**, wherein the computer program product is operable such that the potential vulnerabilities and the actual vulnerabilities include software vulnerabilities in an application or an operating system that are capable of being exploited by an attack or a virus.

**3**. The computer program product of claim **1**, wherein the computer program product is operable such that said occurrence mitigation is carried out utilizing a proxy device that sits in front of one or more of the networked devices for protecting an application thereon by analyzing a characterization of attacks.

**4**. The computer program product of claim **1**, wherein the computer program product is operable such that said at least one operation includes a vulnerability scan operation.

**5**. The computer program product of claim **4**, wherein the computer program product is operable such that said vulnerability scan includes an agentless vulnerability scan for supporting a presentation of a plurality of actual vulnerability-relevant policies for being user-selectively applied to one or more of the networked devices that are determined to include one or more corresponding actual vulnerabilities based on the agentless vulnerability scan.

**6**. The computer program product of claim **4**, wherein the computer program product is operable such that said vulnerability scan takes into account at least one of an operating system, an application, or a firmware.

**7**. The computer program product of claim **1**, wherein the computer program product is operable such that the first technique and the second technique are enabled by different underlying security technologies selected from the group consisting of a firewall, an intrusion prevention system, or a compliance application.

**8**. The computer program product of claim **7**, wherein the computer program product is operable such that the first technique is enabled by the firewall that utilizes firewall signatures and the second technique is enabled by the intrusion prevention system that analyzes packet payloads.

**9**. The computer program product of claim **1**, wherein the computer program product is operable such that the networked devices include at least one non-security networked device including at least one of a client or a server, and the policy involves at least one of a non-security application setting or an operating system setting.

**10**. A computer program product embodied on at least one non-transitory computer readable medium, comprising:

    code for receiving a result of at least one operation in connection with at least one of a plurality of networked devices, the at least one operation based on first information from at least one first data storage identifying a plurality of potential vulnerabilities including at least one first potential vulnerability and at least one second potential vulnerability, the at least one operation configured for:

        identifying at least one aspect associated with the at least one networked device, and

        determining that the at least one networked device is actually vulnerable to at least one actual vulnerability, based on the identified at least one aspect and the first information from the at least one first data storage identifying the plurality of potential vulnerabilities, such that second information associated with the result is stored in at least one second data storage separate from the at least one first data storage, the second information relating to the at least one actual

**35**

vulnerability to which the at least one networked device is actually vulnerable;

code for displaying an indication of the at least one networked device and the at least one actual vulnerability to which the at least one networked device is actually vulnerable, utilizing the second information;

code for displaying, via at least one user interface, a plurality of techniques including a first technique for setting a policy for occurrence mitigation, and a second technique for setting an option for occurrence mitigation;

code for receiving user input causing selection of the first technique for setting the policy for occurrence mitigation;

code for, based on the user input causing selection of the first technique for setting the policy for occurrence mitigation, automatically applying the first technique for setting the policy for occurrence mitigation, such that an identification of a particular actual vulnerability to which the at least one networked device is actually vulnerable is capable of being used in connection with the first technique, by virtue of a capability of mitigating a particular occurrence identified in connection with the at least one networked device if the at least one networked device is actually vulnerable to the particular actual vulnerability and the particular actual vulnerability is capable of being taken advantage of by the particular occurrence identified in connection with the at least one networked device, and further by virtue of a capability of not mitigating the particular occurrence if the particular actual vulnerability is incapable of being taken advantage of by the particular occurrence identified in connection with the at least one networked device;

code for receiving user input causing selection of the second technique for setting the option for occurrence mitigation;

code for, based on the user input causing selection of the second technique for setting the option for occurrence mitigation, automatically applying the second technique for setting the option for occurrence mitigation, such that the identification of a certain actual vulnerability to which the at least one networked device is actually vulnerable is capable of being used in connection with the second technique, by virtue of a capability of mitigating a certain occurrence identified in connection with the at least one networked device if the at least one networked device is actually vulnerable to the certain actual vulnerability and the certain actual vulnerability is capable of being taken advantage of by the certain occurrence identified in connection with the at least one networked device, and further by virtue of a capability of not mitigating the certain occurrence if the certain actual vulnerability is incapable of being taken advantage of by the certain occurrence identified in connection with the at least one networked device;

code for identifying:

in connection with the at least one networked device, a first occurrence including at least one first occurrence packet directed to the at least one networked device, and

in connection with the at least one networked device, a second occurrence including at least one second occurrence packet directed to the at least one networked device;

code for determining:

that the first occurrence including the at least one first occurrence packet directed to the at least one networked device is capable of taking advantage of the at

**36**

least one of the actual vulnerability to which the at least one networked device is actually vulnerable;

that the second occurrence including the at least one second occurrence packet directed to the at least one networked device is not capable of taking advantage of the at least one of the actual vulnerability to which the at least one networked device is actually vulnerable; and

code for reporting at least the first occurrence based on the determination that the first occurrence including the at least one first occurrence packet directed to the at least one networked device is capable of taking advantage of the at least one of the actual vulnerability to which the at least one networked device is actually vulnerable;

wherein the computer program product is operable such that the at least one first occurrence packet of the first occurrence is reacted to in response to the identification of the first occurrence, to prevent the first occurrence from taking advantage of the at least one actual vulnerability to which the at least one networked device is actually vulnerable, while there is no update at the at least one of the networked device that removes the at least one actual vulnerability from the at least one networked device;

wherein the computer program product is operable such that at least one of:

said at least one first data storage includes at least one first database;

said at least one first data storage is a component of a network operations center (NOC) server;

said at least one second data storage includes at least one second database;

said first information from the at least one first data storage is accessed by at least one of: receiving at least one update therefrom; pulling at least one update therefrom, communicating therewith, or synchronizing therewith;

said potential vulnerabilities and the actual vulnerabilities include software vulnerabilities in an application or an operating system that are capable of being exploited by an attack or a virus;

said at least one operation includes a vulnerability scan operation;

said at least one aspect includes at least one configuration including at least one of service pack information, elements contained in files including at least one of an *.ini or *.conf file, an aspect of an operating system, or registry information;

said determination that the at least one networked device is actually vulnerable to the at least one actual vulnerability, is carried out by utilizing at least one of a vulnerability identifier or a profile;

said first occurrence includes an incident and said second occurrence includes an event;

said second occurrence is reported differently than the first occurrence by not being reported;

said policy is associated with at least one of a policy template, a custom policy, or standardized template;

said second technique for setting the option is carried out utilizing a firewall; said occurrence mitigation includes at least one of removing the at least one actual vulnerability, or reducing an effect of a detected occurrence;

said occurrence mitigation is carried out for protecting at least one particular aspect of one or more of the networked devices, where the one or more of the networked devices include at least one of a client or a

**37**

server, and the at least one particular aspect includes at least one of an operating system or an application;

said particular actual vulnerability is at least one of the actual vulnerabilities;

said certain actual vulnerability is at least one of the actual vulnerabilities;

said particular actual vulnerability is the certain actual vulnerability;

said particular occurrence is the certain occurrence;

said particular occurrence includes the first occurrence;

said certain occurrence includes the first occurrence;

said first and second techniques include remediation techniques;

said first occurrence includes an attack;

said computer program product is operable for use with at least one NOC server, a data warehouse, and an SDK for allowing access to the second information and at least one of the plurality of techniques; or

said computer program product is operable such that said determination that the at least one networked device is actually vulnerable to the at least one actual vulnerability is carried out by directly querying a firmware or an operating system.

**11**. The computer program product of claim **10**, wherein the computer program product is operable such that the plurality of techniques are displayed via an intrusion prevention system that includes integrated intrusion prevention functionality and firewall functionality that are both supported by a security component that in turn supports at least one aspect of the identification of the first occurrence including the at least one first occurrence packet directed to the at least one networked device and the identification of the second occurrence including the at least one second occurrence packet directed to the at least one networked device, and further includes logic that receives actual vulnerability-related data and utilizes the actual vulnerability-related data to effect the display of the plurality of techniques to selectively utilize the intrusion prevention functionality and the firewall functionality as a function of an existence of one or more actual vulnerabilities to reduce false positives in connection with both the intrusion prevention functionality and the firewall functionality; wherein the computer program product is operable such that the plurality of techniques includes sending a firewall update resulting in utilization of the firewall functionality for occurrence mitigation, and sending an intrusion prevention system update resulting in utilization of the intrusion prevention functionality for occurrence mitigation.

**12**. The computer program product of claim **10**, wherein the computer program product is operable such that said occurrence mitigation is carried out utilizing a proxy device that sits in front of one or more of the networked devices for protecting an application thereon by analyzing a characterization of attacks.

**13**. The computer program product of claim **10**, wherein the computer program product is operable such that said at least one operation includes a vulnerability scan operation, and the vulnerability scan operation is automated for supporting a presentation of a plurality of actual vulnerability-relevant options for being user-selectively applied to one or more non-security networked devices that are determined to include one or more corresponding actual vulnerabilities based on the automated vulnerability scan.

**14**. The computer program product of claim **10**, wherein the computer program product is operable such that the first technique and the second technique are enabled by different underlying security technologies selected from the group

**38**

consisting of a firewall, an intrusion prevention system, or a router-based security application.

**15**. The computer program product of claim **14**, wherein the computer program product is operable such that the first technique is enabled by the firewall that utilizes firewall signatures and the second technique is enabled by the intrusion prevention system that analyzes packet payloads.

**16**. The computer program product of claim **10**, wherein the computer program product is operable such that the networked devices are non-security networked devices, the indication is displayed in connection with the plurality of techniques, and the option includes at least one of a non-security application option or an operating system option.

**17**. A computer program product embodied on a non-transitory computer readable medium, comprising:

code for receiving actual vulnerability information from at least one first data structure that is generated utilizing potential vulnerability information from at least one second data structure that is capable of being used to identify a plurality of potential vulnerabilities, by including:

at least one first potential vulnerability, and

at least one second potential vulnerability;

said actual vulnerability information being generated utilizing the potential vulnerability information by:

identifying at least one aspect associated with at least one of a plurality of networked devices, the at least one aspect relating to at least one of an operating system or an application of the at least one networked device, and

determining that at least one networked device is actually vulnerable to at least one actual vulnerability based on the identified at least one aspect, utilizing the potential vulnerability information that is capable of being used to identify the plurality of potential vulnerabilities;

said actual vulnerability information from the at least one first data structure capable of being used for identifying the at least one actual vulnerability to which at least one networked device is actually vulnerable;

code for displaying, via at least one user interface, one or more options for applying one or more different attack mitigation actions of diverse attack mitigation types;

code for receiving user input selecting the one or more options for applying the one or more different attack mitigation actions of the diverse attack mitigation types;

code for determining whether an attack is capable of taking advantage of the at least one actual vulnerability to which the at least one networked device is actually vulnerable; and

code for, based on the user input, applying the one or more different attack mitigation actions of the diverse attack mitigation types, including at least one of a firewall-based attack mitigation type, an intrusion prevention system-based attack mitigation type, a router-based attack mitigation type, or a compliance attack mitigation type, for preventing the attack from taking advantage of the at least one actual vulnerability at the at least one networked device, based on the determination whether the attack is capable of taking advantage of the at least one actual vulnerability to which the at least one networked device is actually vulnerable, the at least one actual vulnerability being a function of the at least one of the operating system or the application of the at least one networked device and the one or more different attack mitigation actions corresponding to the at least one

US 9,118,711 B2

39

40

actual vulnerability, thereby resulting in one or more relevant attack mitigation actions being selectively applied;

wherein the computer program product is operable such that the identification of the least one actual vulnerability to which the at least one networked device is actually vulnerable is used in connection with the display of the one or more options for applying the one or more different attack mitigation actions of the diverse attack mitigation types, resulting in mitigation of the attack in connection with the at least one networked device if the at least one networked device is actually vulnerable to the least one actual vulnerability and the least one actual vulnerability is capable of being taken advantage of by the attack in connection with the at least one networked device, and further resulting in an avoidance, at least in part, of mitigation of the attack if the least one actual vulnerability is incapable, at least in part, of being taken advantage of by the attack identified in connection with the at least one networked device;

wherein the computer program product is operable such that at least one of:

said at least one first data structure is stored in at least one data storage that includes at least one database;

said at least one second data structure is stored in at least one data storage that is a component of a network operations center (NOC) server;

said at least one second data structure is stored in at least one data storage that includes at least one database;

said potential vulnerability information from the at least one second data structure is accessed by at least one of: receiving at least one update therefrom, pulling at least one update therefrom, communicating therewith, or synchronizing therewith;

said potential vulnerabilities and the actual vulnerabilities include software vulnerabilities in the application or the operating system that are capable of being exploited by an attack or a virus;

said determination that the at least one networked device is actually vulnerable to the at least one actual vulnerability is carried out in connection with a vulnerability scan operation;

said at least one aspect includes at least one configuration involving at least one of service pack information, elements contained in files including at least one of an *.ini or *.conf file, or registry information;

said determination that the at least one networked device is actually vulnerable to the at least one actual vulnerability, is carried out by utilizing at least one of a vulnerability identifier or a profile;

said one or more different attack mitigation actions are applied for protecting at least one particular aspect of one or more of the networked devices, where the one or more of the networked devices include at least one of a client or a server;

said one or more different attack mitigation actions involve one or more remediation techniques;

said computer program product is operable for use with at least one NOC server, a data warehouse, and an

SDK for allowing access to the actual vulnerability information and the one or more different attack mitigation actions; or

said computer program product is operable such that said determination that the at least one networked device is actually vulnerable to the at least one actual vulnerability is carried out by directly querying a firmware or the operating system.

**18**. The computer program product of claim **17**, wherein the computer program product is operable such that the one or more options is displayed via an intrusion prevention system that includes integrated intrusion prevention functionality for supporting one of the different attack mitigation actions of the intrusion prevention system-based attack mitigation type and firewall functionality for supporting one of the different attack mitigation actions of the firewall-based attack mitigation type, wherein the computer program product is further operable such that the intrusion prevention functionality and the firewall functionality are both supported by a security component that in turn supports at least one aspect of the determination whether the attack is capable of taking advantage of the at least one actual vulnerability to which the at least one networked device is actually vulnerable, and further includes logic that receives actual vulnerability data and utilizes the actual vulnerability data in connection with the display of the one or more options to allow selective utilization of the intrusion prevention functionality and the firewall functionality as a function of an existence of one or more actual vulnerabilities to reduce false positives in connection with both the intrusion prevention functionality and the firewall functionality.

**19**. The computer program product of claim **17**, wherein the computer program product provides router-based application capable of being subject to one of the different attack mitigation actions of the router-based attack mitigation type and firewall-based application capable of being subject to one of the different attack mitigation actions of the firewall-based attack mitigation type, wherein the computer program product is operable for utilizing actual vulnerability data related to the router-based application and the firewall-based application in connection with the display of the one or more options to allow selective utilization of at least one of the different attack mitigation actions of the router-based attack mitigation type or the firewall-based attack mitigation type, as a function of an existence of one or more actual vulnerabilities in connection with at least one of the router-based application or the firewall-based application.

**20**. The computer program product of claim **17**, wherein the computer program product is operable such that one or more additional options is displayed for applying the one or more different attack mitigation actions selectively to a subset of the plurality of networked devices that is determined based on the actual vulnerability information, where the one or more different attack mitigation actions is applied by at least one of sending an intrusion prevention system update, a firewall update, or a compliance system update, for use in connection with the determination as to whether the attack is capable of taking advantage of the at least one actual vulnerability.

* * * * *