## EXHIBIT 11

### U.S. Patent No 10,609,063 v. Zoho

### Overview

Plaintiff accuses Defendant of infringement through making, using, selling, offering for sale, and importation of Zoho's ("Defendant" or "Zoho") ManageEngine, including Endpoint Central and Vulnerability Manager Plus (the "Accused System and Method"), and all substantially similar products. The term "Accused System and Method" includes the associated computer hardware, interfaces, software, and data, and the processes and methods related thereto.

The Accused System and Method is accused of directly infringing U.S. Patent No. 10,609,063 (the"'063 Patent"). Plaintiff further accuses Defendant of indirectly infringing the '063 Patent by providing its customers and others the Accused System and Method to utilize in an infringing manner. Defendant intends to cause infringement by its customers and users as Defendant instructs users to use the Accused System and Method in an infringing manner. Defendant deploys client software to implement the Accused System and Method.  Defendant also provides support and implementation services for the Accused System and Method, including providing instructions, guides, online materials, and technical support.

The asserted claims include elements that are implemented, at least in part, by proprietary electronics and software in the Accused System and Method. The precise designs, processes, and algorithms used in them are held secret, at least in part, and are not publicly available in their entirety. An analysis of Defendant's documentation and/or source code may be necessary to fully and accurately describe all infringing features and functionality of the Accused System and, accordingly, Plaintiff reserves the right to supplement these contentions once such information is made available to Plaintiff. Furthermore, Plaintiff reserves the right to revise these contentions, including as discovery in the case progresses, in view of the Court's final claim construction in this action and in connection with the provision of its expert reports.

**EXHIBIT 11**

**U.S. Patent No 10,609,063 v. Zoho**

| 10,609,063  Claim 10 | Evidence |
|---|---|
| A non-transitory computer-readable media storing instructions that, when executed by one or more processors, cause the one or more processors to: | ManageEngine includes *a non-transitory computer-readable media storing instructions that, when executed by one or more processors* (e.g., the system on which the management software is operated)<br><br>**Note:** See, for example, the evidence below (emphasis added, if any):<br><br><br><br>https://www.manageengine.com/vulnerability-management/?pos=EndpointCentral&loc=ProdMenu&cat=UEMS |

**EXHIBIT 11**

**U.S. Patent No 10,609,063 v. Zoho**

| Comprehensive vulnerability scanning |
| --- |
| Eliminating blind spots is the basis of successful vulnerability management. To achieve this, Vulnerability Manager Plus: |
| • Detects known or emerging vulnerabilities across all your network endpoints, including workstations, laptops, servers, web servers, databases, virtual machines, and content management systems. |
| • Offers continuous visibility into your endpoints, whether they are located at the local office, in a demilitarized zone, at a remote location, or always on the move. |
| • Extends your visibility beyond just vulnerabilities and identifies misconfigurations, high-risk software, active ports, and much more. |
| https://www.manageengine.com/vulnerability-management/vulnerability-scanner.html |

**EXHIBIT 11**

**U.S. Patent No 10,609,063 v. Zoho**



https://www.manageengine.com/vulnerability-management/images/vulnerability-management-process.jpg

| | |
|---|---|
| receive first vulnerability information from at least one first data storage that is | ManageEngine includes instructions to *receive first vulnerability information from at least one first data storage* (e.g., The vulnerability information collected across multiple endpoints is consolidated in a web console for centralized management) *that is generated utilizing second vulnerability information from at* |

**EXHIBIT 11**

**U.S. Patent No 10,609,063 v. Zoho**

| | |
|---|---|
| generated utilizing second vulnerability information from at least one second data storage that is used to identify a plurality of potential vulnerabilities; | *least one second data storage* (e.g., a Central Vulnerability Database) *that is used to identify a plurality of potential vulnerabilities* (e.g., a Vulnerability Manager Plus then scans your network for zero-day vulnerabilities and displays them in a dedicated view in the console).<br><br>Note: See, for example, the evidence above (where applicable) and below (emphasis added, if any):<br><br>**Vulnerability Manager Plus Server:**<br><br>The Vulnerability Manager Plus Server helps you to centrally perform all the vulnerability management and compliance tasks in your network endpoints. Some of the tasks include the following:<br><br>- Installing agents in computers<br>- Scanning computers for vulnerabilities and misconfigurations<br>- Deploying patches and secure configurations<br>- Uninstalling high-risk software<br>- Auditing active ports<br>- Auditing for compliance against CIS benchmarks<br><br>Any of the Windows computers in your network with the requirements mentioned here can be hosted as your Vulnerability Manager Plus Server. This Vulnerability Manager Plus Server at the customer site subscribes to the Central Vulnerability Database, from which it synchronizes the latest information on threats, patches, vulnerabilities, and compliance policies. Patches are downloaded directly from vendor sites and stored centrally in the server's patch store and will be replicated to your network endpoints to conserve bandwidth. |

**EXHIBIT 11**

**U.S. Patent No 10,609,063 v. Zoho**

https://www.manageengine.com/vulnerability-management/help/vulnerability-management-architecture.html#v1



https://www.manageengine.com/vulnerability-management/images/vulnerability-management-process.jpg

**EXHIBIT 11**

**U.S. Patent No 10,609,063 v. Zoho**



https://www.manageengine.com/vulnerability-management/vulnerability-assessment.html

**EXHIBIT 11**

**U.S. Patent No 10,609,063 v. Zoho**



https://www.manageengine.com/vulnerability-management/zero-day-vulnerability-mitigation.html

**EXHIBIT 11**

**U.S. Patent No 10,609,063 v. Zoho**

| | |
|---|---|
| said first vulnerability information generated utilizing the second vulnerability information, by: identifying at least one configuration associated with a plurality of devices including a first device, a second device, and a third device, and determining that the plurality of devices is vulnerable to at least one accurately identified vulnerability based on the identified at least one configuration, utilizing the second vulnerability information that is used to identify the plurality of potential vulnerabilities; | ManageEngine includes instructions to receive *first vulnerability information generated utilizing the second vulnerability information* (e.g., The vulnerability information collected across multiple endpoints is consolidated in a web console for centralized management and is generated using information available on a Central Vulnerability Database) *identifying at least one configuration associated with a plurality of devices including a first device, a second device, and a third device* (e.g., The vulnerability information collected across multiple endpoints). *determining that the plurality of devices is vulnerable to at least one accurately identified vulnerability based on the identified at least one configuration, utilizing the second vulnerability information that is used to identify the plurality of potential vulnerabilities (*e.g., scan the system on the basis of the vulnerability definition stored on Central Vulnerability Database)<br><br>Note: See, for example, the evidence above (where applicable) and below (emphasis added, if any): |

**EXHIBIT 11**

**U.S. Patent No 10,609,063 v. Zoho**



https://www.manageengine.com/vulnerability-management/zero-day-vulnerability-mitigation.html

**EXHIBIT 11**

**U.S. Patent No 10,609,063 v. Zoho**



https://www.manageengine.com/vulnerability-management/images/vulnerability-management-process.jpg

**EXHIBIT 11**

**U.S. Patent No 10,609,063 v. Zoho**



https://www.manageengine.com/vulnerability-management/vulnerability-assessment.html

**EXHIBIT 11**

**U.S. Patent No 10,609,063 v. Zoho**

| display information that is based on the first vulnerability information; | ManageEngine includes instructions to display *information that is based on the first vulnerability information* (e.g., The vulnerability information collected across multiple endpoints is consolidated in a web console for centralized management) |
| --- | --- |
| | Note: See, for example, the evidence above (where applicable) and below (emphasis added, if any): |

**EXHIBIT 11**

**U.S. Patent No 10,609,063 v. Zoho**



https://www.manageengine.com/vulnerability-management/vulnerability-assessment.html

| | |
|---|---|
| cause utilization of different occurrence mitigation actions of diverse occurrence | ManageEngine includes instructions to *cause utilization of different occurrence mitigation actions of diverse occurrence mitigation types, including a firewall-based occurrence mitigation type* (e.g., ManageEngine Vulnerability Manager Plus includes firewall option), *an intrusion mitigation system-based* |

**EXHIBIT 11**

**U.S. Patent No 10,609,063 v. Zoho**

| | |
|---|---|
| mitigation types, including a firewall-based occurrence mitigation type and an intrusion mitigation system-based occurrence mitigation type, across the plurality of devices for occurrence mitigation by preventing advantage being taken of accurately identified vulnerabilities utilizing the different occurrence mitigation actions of the diverse occurrence mitigation types across the plurality of devices; and | *occurrence mitigation type* (e.g., ManageEngine Vulnerability Manager Plus includes antivirus option). The ManageEngine provides flexibility to choose the devices for applying the different policies or mitigation techniques according to the requirements. Further, *across the plurality of devices for occurrence mitigation by preventing advantage being taken of accurately identified vulnerabilities utilizing the different occurrence mitigation actions of the diverse occurrence mitigation types across the plurality of devices* (e.g., ManageEngine Vulnerability Manager Plus includes firewall option and the agent on each installed endpoint will actively scan the device details and remediated by deploying available remediation.). ManageEngine Vulnerability Manager Plus provide option to deploy patches and configuration from central dashboard.<br><br>Note: See, for example, the evidence above (where applicable) and below (emphasis added, if any): |

**EXHIBIT 11**

U.S. Patent No 10,609,063 v. Zoho



https://www.youtube.com/watch?v=p2Oh87NruMo&t=98s

## EXHIBIT 11

### U.S. Patent No 10,609,063 v. Zoho



https://www.youtube.com/watch?v=p2Oh87NruMo&t=53s

**EXHIBIT 11**

**U.S. Patent No 10,609,063 v. Zoho**

## Firewall Policy Management

Firewall Analyzer is a firewall administration software, that helps in administering firewall rules and policies into multiple firewalls. The firewall rule automation ensures that firewall rules are pushed into the device seamlessly, avoiding errors and oversight. This firewall administration tool is capable of making the following changes.

- Add, modify, and delete network and service objects
- Add, modify, and delete firewall rules
- Analyze the implications of proposed firewall rule changes
- Push changes directly to the firewall

Refer the 'Firewall Rule Administration' page for more details.

Firewall Analyzer is an efficient firewall rule and policy management tool that helps you gain visibility on all firewall rules, optimize firewall rules, and remove rule anomalies. It provides rule management reports for most major firewall devices including Cisco, FortiGate, WatchGuard, and Check Point.

https://www.manageengine.com/products/firewall/firewall-rule-management.html

**EXHIBIT 11**

**U.S. Patent No 10,609,063 v. Zoho**

## Leverage built-in patching to ensure swift and accurate remediation

With the built-in patching functionality automatically correlating patches with corresponding vulnerabilities, you can deliver instant remediation to all affected machines directly. Not only can you decide when patching should begin and end, but you can also customize every aspect of your patching process using flexible deployment policies. Affected target systems are automatically listed; here, you can add or remove targets as desired. You can also retry patch deployments on failed targets as many times as you want and choose to be notified about the deployment status at a frequency of your choosing.



https://www.manageengine.com/vulnerability-management/vulnerability-assessment.html

**EXHIBIT 11**

**U.S. Patent No 10,609,063 v. Zoho**

| | |
|---|---|
| receive an indication that an occurrence has been identified in connection with at least one of the plurality of devices utilizing one or more monitors; | ManageEngine *receive an indication that an occurrence has been identified in connection with at least one of the plurality of devices utilizing one or more monitors* (e.g., The vulnerability information collected across multiple endpoints is consolidated in a web console for centralized management)<br><br>Note: See, for example, the evidence above (where applicable) and below (emphasis added, if any): |

**EXHIBIT 11**

**U.S. Patent No 10,609,063 v. Zoho**



| Leverage a dedicated view for zero-days

ManageEngine's security researchers constantly probe the internet for any details regarding new threats. As soon as details regarding zero-day vulnerabilities and publicly disclosed vulnerabilities come to light, the information is verified and updated to the central vulnerability database at once, and the data is synchronized to the Vulnerability Manager Plus server.



Vulnerability Manager Plus then scans your network for zero-day vulnerabilities and displays them in a dedicated view in the console, preventing them from being jumbled with less critical vulnerabilities. One of the components in the vulnerability dashboard keeps you constantly informed of how many zero-day vulnerabilities remain unresolved in your network.

Furthermore, you can learn in detail about the latest zero-day vulnerability from tech articles available in the security newsfeed. *Subscribe* to the Vulnerability Manager Plus pitstop to receive email notifications on the latest zero day attacks and related news

https://www.manageengine.com/vulnerability-management/zero-day-vulnerability-mitigation.html

**EXHIBIT 11**

**U.S. Patent No 10,609,063 v. Zoho**



https://www.manageengine.com/vulnerability-management/vulnerability-assessment.html

**EXHIBIT 11**

**U.S. Patent No 10,609,063 v. Zoho**

| | |
|---|---|
| wherein the at least one configuration involves at least one operating system. | ManageEngine includes *least one configuration involves at least one operating system* (e.g., ManageEngine Vulnerability Manager Plus includes  operating system information).<br><br>Note: See, for example, the evidence above (where applicable) and below (emphasis added, if any):<br><br>**Comprehensive vulnerability scanning**<br><br>Eliminating blind spots is the basis of successful vulnerability management. To achieve this, Vulnerability Manager Plus:<br><br>• Detects known or emerging vulnerabilities across all your network endpoints, including workstations, laptops, servers, web servers, databases, virtual machines, and content management systems.<br><br>• Offers continuous visibility into your endpoints, whether they are located at the local office, in a demilitarized zone, at a remote location, or always on the move.<br><br>• Extends your visibility beyond just vulnerabilities and identifies misconfigurations, high-risk software, active ports, and much more.<br><br>https://www.manageengine.com/vulnerability-management/vulnerability-scanner.html |

**EXHIBIT 11**

**U.S. Patent No 10,609,063 v. Zoho**

|  | You can set up distribution servers, which replicate primary server commands, for your remote offices simplify management and conserve bandwidth. You can even manage assets within a closed network like a DMZ. |
|  | Identified systems are probed for different attributes: operating systems, open ports, installed software, user accounts, file system structure, system configurations, and more. Using the library of up-to-date scan data, Vulnerability Manager Plus checks the discovered assets for threats and vulnerabilities and delivers appropriate remediation. |
|  | Generally, patches are downloaded directly from vendor sites, stored centrally in the server's patch store, and replicated to your network endpoints to conserve bandwidth. For remote workers, you can have the client machines download essential patches from trusted vendor sites without bottlenecking the limited bandwidth of the VPN gateways. |
|  | The web console is the heart of vulnerability management. It allows you to monitor your security posture and carry out all tasks anywhere, anytime. |
|  | https://www.manageengine.com/vulnerability-management/what-is-vulnerability-management.html |