IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SECURITYPROFILING, LLC, <br><br>Plaintiff, <br><br>v. <br><br>ZOHO CORPORATION <br><br>Defendant. | Civil Action No. 6:24-CV-96-ADA <br><br>JURY TRIAL DEMANDED |

## CASE READINESS STATUS REPORT

Plaintiff SecurityProfiling, LLC ("Plaintiff") and Defendant Zoho Corporation ("Zoho") hereby provide the following status report.

## SCHEDULE

A scheduling order has not yet been filed.

A *Markman* date has not yet been proposed or set.

A trial date has not yet been proposed or set.

## FILING AND EXTENSIONS

Plaintiff filed its initial Complaint on February 19, 2024 (Dkt. 1). Zoho requested an extension of its answer date to May 15, 2024. Plaintiff filed an Amended Complaint on May 14, 2024.

## RESPONSE TO THE COMPLAINT

Zoho filed a Motion to Dismiss the Amended Complaint on May 28, 2024 (Dkt. 11).

## PENDING MOTIONS

Zoho filed a Motion to Dismiss for failure to state a claim on May 28, 2024, which is currently pending before the Court. Zoho intends to move for intra-district transfer of the case to the Austin division; Plaintiff has stated that it opposes the motion.

## RELATED CASES IN THIS JUDICIAL DISTRICT

There are no pending related cases in this judicial district.

## IPR, CBM, AND OTHER PGR FILINGS

There are no pending IPR's, CBM's or PGR's.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted eight patents and eight claims. The asserted patent(s) are U.S. Patent Nos. 10,893,066, 10,873,595, 10,609,063, 9,100,431, 10,154,055, 10,547,631, 10,075,466, and 9,118,711.

Plaintiff has not provided Preliminary Infringement Contentions ("PICs"), however a number of claim charts were attached to Plaintiff's Complaint.

## APPOINTMENT OF TECHNICAL ADVISER

Plaintiff and Zoho do not believe that a technical advisor needs to be appointed.

## MEET AND CONFER STATUS

Plaintiff and Zoho met and conferred. The parties have no pre-Markman issues to raise at the CMC.

Dated: June 4, 2024

Respectfully submitted,

**BUSS & BENEFIELD, PLLC**

By: */s/ Brian Buss*
Brian Buss
State Bar No. 00798089
brian@bussbenefield.com
8202 Two Coves Drive
Austin, Texas 78730
Michael Benefield
State Bar No. 24073408
michael@bussbenefield.com
Phone: 512-619-4451
Fax: 1-844-637-365

**COUNSEL FOR PLAINTIFF
SECURITYPROFILING LLC**

*/s/ Ryan J. Marton*
Ryan J. Marton (admitted *pro hac vice*)
ryan@martonribera.com
Phillip Haack  (admitted *pro hac vice*)
phaack@martonribera.com
MARTON RIBERA SCHUMANN
& CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Tel: 415.360.2511

Darryl J. Adams (TX Bar No. 00796101)
dadams@sgbfirm.com
SLAYDEN GRUBERT BEARD PLLC
401 Congress Ave., Suite 1650
Austin, TX 78701
Tel: 512.402.3550
Fax: 512.402.6865

*Attorneys for Defendant Zoho Corporation*

- 4 -

## CERTIFICATE OF SERVICE

  I hereby certify that on June 4, 2024, a copy of the foregoing document was filed electronically using the Court's ECF system.  Service of this filing will therefore be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.

                */s/ Brian Buss*
                Brian Buss
                Counsel for Plaintiff