# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SECURITYPROFILING, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ZOHO CORPORATION,<br><br>　　　　Defendant. | Civil Action No. 6:24-CV-00096-ADA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, SecurityProfiling, LLC ("Company"), hereby notifies the Court of its voluntary dismissal of this case without prejudice.

Dated: June 18, 2024

**BUSS & BENEFIELD, PLLC**

By: */s/ Michael A. Benefield*
Michael Benefield
State Bar No. 24073408
michael@bussbenefield.com
Brian Buss
State Bar No. 00798089
brian@bussbenefield.com
8202 Two Coves Drive
Austin, Texas 78730
Phone: 512-619-4451
Fax: 1-844-637-365

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 18, 2024, a copy of the foregoing document was filed electronically using the Court's ECF system. Service of this filing will therefore be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.

                                          */s/ Michael A. Benefield*
                                          Michael A. Benefield
                                          Counsel for Plaintiff